**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_____ District of  Delaware
                                   (State)

Case number (*If known*): _____ Chapter 7

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| **1. Debtor's name** | Unique Elevator Interiors, LLC | |
| **2. All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as* names | Unique Elevator Interiors<br>UEI, MODA | |
| **3. Debtor's federal Employer Identification Number (EIN)** | 8 2 – 3 3 4 5 1 7 5 | |
| **4. Debtor's address** | **Principal place of business**<br><br>1930  North Loop Road<br>Number   Street<br><br>_____<br><br>Alameda            CA     94502<br>City               State   ZIP Code<br><br>Alameda<br>County | **Mailing address, if different from principal place of business**<br><br>Number   Street<br><br>P.O. Box<br><br>City    State   ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>Number   Street<br><br>_____<br><br>City    State   ZIP Code |
| **5. Debtor's website (URL)** | www.uniqueelevator.com | |

Official Form 201          Voluntary Petition for Non-Individuals Filing for Bankruptcy          page 1

Debtor  **Unique Elevator Interiors, LLC**  Case number *(if known)*_____
         Name

| 6. | **Type of debtor** | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
|---|---|---|
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other. Specify: _____ |

| 7. | **Describe debtor's business** | *A. Check one:* |
|---|---|---|

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☒ None of the above

*B. Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

3  3  3  9

| 8. | **Under which chapter of the Bankruptcy Code is the debtor filing?** | *Check one:* |
|---|---|---|

☒ Chapter 7
☐ Chapter 9
☐ Chapter 11. *Check **all** that apply*:

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

Debtor   Unique Elevator Interiors, LLC_____   Case number (*if known*)_____
         Name

| | | |
|---|---|---|
| 9. | **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?** If more than 2 cases, attach a separate list. | ☒ No<br>☐ Yes. District _____  When ___/___/____  Case number _____<br>District _____  When ___/___/____  Case number _____ |
| 10. | **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?** List all cases. If more than 1, attach a separate list. | ☒ No<br>☐ Yes. Debtor _____  Relationship _____<br>District _____  When ___/___/____<br>Case number, if known _____ |

**11. Why is the case filed in *this district*?**

Check all that apply:

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number    Street

_____
City                                              State ZIP Code

**Is the property insured?**

☐ No
☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

**Statistical and administrative information**

---

Official Form 201              Voluntary Petition for Non-Individuals Filing for Bankruptcy              page **3**

Debtor  Unique Elevator Interiors, LLC                    Case number (*if known*)_____
        Name

| 13. | **Debtor's estimation of available funds** | *Check one:*<br>☒ Funds will be available for distribution to unsecured creditors.<br>☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |
|---|---|---|

| 14. | **Estimated number of creditors**<br>(on a consolidated basis) | ☐ 1-49<br>☐ 50-99<br>☐ 100-199<br>☒ 200-999 | ☐ 1,000-5,000<br>☐ 5,001-10,000<br>☐ 10,001-25,000 | ☐ 25,001-50,000<br>☐ 50,001-100,000<br>☐ More than 100,000 |
|---|---|---|---|---|

| 15. | **Estimated assets**<br>(on a consolidated basis) | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☐ $500,001-$1 million | ☒ $1,000,001-$10 million<br>☐ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |
|---|---|---|---|---|

| 16. | **Estimated liabilities**<br>(on a consolidated basis) | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☐ $500,001-$1 million | ☒ $1,000,001-$10 million<br>☐ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |
|---|---|---|---|---|

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| 17. | **Declaration and signature of authorized representative of debtor** | The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>I have been authorized to file this petition on behalf of the debtor.<br><br>I have examined the information in this petition and have a reasonable belief that the information is true and correct.<br><br>I declare under penalty of perjury that the foregoing is true and correct.<br><br>Executed on  03/07/2024<br>             MM / DD / YYYY<br><br>✘ /s/ Rachel Lehman                              Rachel Lehman<br>Signature of authorized representative of debtor    Printed name<br><br>Title: Manager of Unique Elevator Interiors Holdings, LLC and Authorized Person |
|---|---|---|

Debtor  Unique Elevator Interiors, LLC                           Case number (if known)_____
        Name

1. **Signature of attorney**  ✗ /s/ Paul N. Heath                    Date  03/07/2024
                                Signature of attorney for debtor              MM / DD / YYYY

                                Paul N. Heath
                                Printed name

                                Richards, Layton & Finger, P.A.
                                Firm name

                                920        North King Street
                                Number     Street

                                Wilmington                              DE        19801
                                City                                    State     ZIP Code

                                (302) 651-7700                          heath@rlf.com
                                Contact phone                           Email address

                                  No. 3704                              DE
                                Bar number                              State

Official Form 201               Voluntary Petition for Non-Individuals Filing for Bankruptcy               page **5**

**UNIQUE ELEVATOR INTERIORS HOLDINGS, LLC**
**SECRETARY'S CERTIFICATE**

March 6, 2024

I, Rachel Lehman, in my capacity as the secretary of the March 6, 2024 meeting (the "**March 6 Meeting**") of the board of managers (the "**Board**") of Unique Elevator Interiors Holdings, LLC, a Delaware limited liability company (the "**Company**"), the sole member of Unique Elevator Interiors, LLC, a Delaware limited liability company ("**Opco**"), hereby certify, on behalf of the Company, on its own behalf and on behalf of Opco, and not in my individual capacity, as follows:

1. I am authorized to execute this Certificate on behalf of the Company, on its own behalf and on behalf of Opco.

2. Attached hereto as **Exhibit A** are the resolutions duly adopted by the Board at the March 6 Meeting. Said resolutions have not been amended, modified, supplemented, annulled, revoked or rescinded by any resolution since their adoption and are in full force and effect as of the date hereof. Said resolutions are the only resolutions adopted by the Board, on its own behalf, and on behalf of Opco, or by any committee of or designated by the Board relating to the matters in the resolutions attached hereto as **Exhibit A**. Each manager who was present at the March 6 Meeting was, at the time of such meeting duly elected or appointed, qualified and acting as a manager of the Company.

*[Signature page follows]*

IN WITNESS WHEREOF, in my capacity as secretary of the March 6 Meeting, I have hereunto signed my name to this Certificate on behalf of the Company, on its own behalf and on behalf of Opco, and not in my individual capacity, as of the date first set forth above.

By: _____
Name: Rachel Lehman
Title:  Manager of Unique Elevator Interiors Holdings, LLC, a Delaware limited liability company, and Authorized Person

**RESOLUTIONS OF THE BOARD OF MANAGERS**
**OF UNIQUE ELEVATOR INTERIORS HOLDINGS, LLC**

**March 6, 2024**

WHEREAS, Unique Elevator Interiors Holdings, LLC, a Delaware limited liability company (the "**Company**"), is the sole member of Unique Elevator Interiors, LLC, a Delaware limited liability company ("**Opco**"), and in such capacity manages Opco;

WHEREAS, in the judgement of the board of managers (the "**Board**") of the Company, and after careful consideration of all facts and circumstances regarding Opco's operational and financial affairs, and after consultation with management and the Company's financial, legal, and other advisors, including numerous discussions regarding the liabilities and liquidity situation of Opco, the short-term and long-term prospects of Opco, the restructuring and strategic options available to Opco, and the effect of the foregoing on Opco's business and operations, in the judgment of the Board, it is desirable and in the best interests of Opco, the Company, the Company's members, Opco's creditors, and other interested parties that a voluntary petition (a "**Petition**") commencing a chapter 7 case (the "**Chapter 7 Case**") be filed by Opco to seek relief under the provisions of chapter 7 of title 11 of the United States Code (the "**Bankruptcy Code**") in the United States Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**");

**NOW THEREFORE BE IT RESOLVED** that the Board, on behalf of the Company, on its own behalf and on behalf of Opco, as the sole member of Opco, hereby authorizes and approves in all respects: (a) the filing by Opco, and by the Company or the Authorized Person (as defined below) on behalf of Opco, of a Petition for relief under chapter 7 of the Bankruptcy Code in the Bankruptcy Court, and (b) the performance by Opco, and by the Company or any Authorized Person on behalf of Opco, of any and all such acts as are reasonable, advisable, expedient, convenient, proper or necessary to effect the foregoing; and it be further

**RESOLVED**, that Rachel Lehman (the "**Authorized Person**") shall be, and hereby is, authorized and empowered on behalf of and in the name of Opco and the Company, on its own behalf and on behalf of Opco, as the sole member of Opco, to: (a) verify and execute the Petition, as well as all other ancillary documents, and file, or cause to be filed with the Bankruptcy Court, the Petition and make or cause to be made, prior to execution thereof, any modifications to the Petition or ancillary documents as the Authorized Person, in such person's discretion, deems necessary or desirable to carry out the intent and accomplish the purposes of these Resolutions (the approval of which to be conclusively established by the execution thereof by the Authorized Person); (b) verify, execute and file or cause to be filed all petitions, schedules, statements, lists, and other papers or documents necessary in connection with the foregoing; and (c) take or cause to be taken any and all such further actions on behalf of Opco or the Company, on its own behalf and on behalf of Opco, as the sole member of Opco, as may be related or incidental to the Petition, including, without limitation, executing and delivering any and all agreements, certificates, instruments and other documents and paying all expenses and fees, including filing fees, in each case as in the Authorized Person's judgment shall be necessary or desirable to fully carry out the intent and accomplish the foregoing resolutions, such necessity or desirability to be evidenced conclusively by such actions; and it be further

**RESOLVED**, that any and all acts taken and any and all certificates, instruments, agreements or other documents executed for or on behalf of Opco or the Company, on its own behalf and on behalf of Opco, as the sole member of Opco, by the Authorized Person prior to the adoption of the foregoing resolutions with regard to any of the actions, certificates, instruments, agreements or other documents authorized or approved by the foregoing resolutions be, and they hereby are, ratified, confirmed, adopted and approved in all respects.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 7 |
| Unique Elevator Interiors, LLC, [1] | ) ) ) | Case No. 24-_____ (___) |
| Debtor. | ) ) ) ) |  |

## CORPORATE OWNERSHIP STATEMENT

Pursuant to rules 1007(a)(1) and 7007.1 of the Federal Rules of Bankruptcy Procedure, the following is a list of any corporation, other than a governmental unit, that owns 10% or more of any class of equity interests in the above-captioned debtor:

- Unique Elevator Interiors Holdings, LLC owns 100% of the limited liability company interests of Unique Elevator Interiors, LLC.

---

[1] The last four digits of the Debtor's federal tax identification number are (5175). The main address of the Debtor is 1930 North Loop Road, Alameda, California 94502.

**Fill in this information to identify the case:**

Debtor name: __Unique Elevator Interiors, LLC__

United States Bankruptcy Court for the: District of __Delaware__

(State)

Case number (*If known*): _____

# Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors 12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING – Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)
- ☐ Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)
- ☐ Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)
- ☐ Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)
- ☐ Schedule H: Codebtors (Official Form 206H)
- ☐ Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)
- ☐ Amended Schedule ____
- ☐ Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)
- ✓ Other document that requires a declaration **Corporate Ownership Statement**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __03/07/2024__
MM / DD / YYYY

X  __/s/ Rachel Lehman__
Signature of individual signing on behalf of debtor

__Rachel Lehman__
Printed name

__Manager of Unique Elevator Interiors Holdings, LLC and Authorized Person__
Position or relationship to debtor

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 7 |
| Unique Elevator Interiors, LLC,[1] | ) ) | Case No. 24-_____ (___) |
| Debtor. | ) ) ) ) |  |

### DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

- Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for Unique Elevator Interiors, LLC (the "**Debtor**") and that compensation paid to me within one year before the filing of the petition in bankruptcy court, or agreed to be paid to me, for services rendered or to be rendered on behalf of the Debtor in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept ...........................................................$ 150,000.00

    Prior to the filing of this statement I have received...............................................$ 150,000.00

    Balance Due................................................................................................$ 0.00

- The source of the compensation paid to me was:

    ☒ Debtor          ☐ Other

- Richards, Layton & Finger, P.A. ("**RL&F**") has not agreed to share the above-disclosed compensation with any other person unless they are members and associates of RL&F.

- In return for the above-disclosed fees, RL&F has agreed to render legal service for only the following aspects of this chapter 7 case:

    a. Analysis of the Debtor's financial situation and rendering related advice to the Debtor, including, among other things, determining whether to file for relief under the Bankruptcy Code;

    b. Preparation and filing of the chapter 7 petition, schedules of assets and liabilities, statements of financial affairs and related documents for the Debtor; and

    c. Representation of the Debtor at the meeting of creditors and any adjourned meetings thereof.

- By agreement with the Debtor, the above-disclosed fee does not include the following services:

    As of the date hereof, RLF has agreed to represent the Debtor only in connection with the matters referenced above.

---

[1] The last four digits of the Debtor's federal tax identification number are (5175).  The main address of the Debtor is 1930 North Loop Road, Alameda, California 94502.

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to RL&F for representation of the Debtor in this chapter 7 case.

<u>March 7, 2024</u>
*Date*

By: <u>*/s/ Paul N. Heath*</u>
Paul N. Heath (No. 3704)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701