**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| | ) | |
| In re: | ) | Chapter 7 |
| | ) | |
| Unique Elevator Interiors, LLC,[1] | ) | Case No. 24-10358 (KBO) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| | ) | |

**SCHEDULES OF ASSETS AND LIABILITIES FOR**
**UNIQUE ELEVATOR INTERIORS, LLC**

---

[1] The last four digits of the Debtor's federal tax identification number are (5175).  The main address of the Debtor is 1930 North Loop Road, Alameda, California 94502.

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| Unique Elevator Interiors, LLC,[1] | ) | Case No. 24-10358 (KBO) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| | ) | |

**GLOBAL NOTES REGARDING THE DEBTOR'S SCHEDULES OF**
**ASSETS AND LIABILITIES AND STATEMENT OF FINANCIAL AFFAIRS**

On March 7, 2024, (the "Petition Date"), Unique Elevator Interiors, LLC (the "Debtor") filed its voluntary petition for relief under chapter 7 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the District of Delaware (the "Court"), thereby commencing the above-captioned chapter 7 case (the "Chapter 7 Case").

The Debtor has filed its Schedules of Assets and Liabilities (collectively, the "Schedules") and Statement of Financial Affairs (the "Statement" and, collectively with the Schedules, the "Schedules and Statement") with the Court. The Debtor, with the assistance of its advisors, prepared the Schedules and Statement in accordance with section 521 of the Bankruptcy Code, Rule 1007 of the Federal Rules of Bankruptcy Procedure, and Rule 1007–1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware.

These *Global Notes Regarding the Debtor's Schedules of Assets and Liabilities and Statement of Financial Affairs* (the "Global Notes") pertain to, are incorporated by reference in, and comprise an integral part of, all of the Schedules and Statement. The Global Notes should be referred to and considered in connection with any review of the Schedules and Statement.[2]

The Schedules and Statement have been prepared by the Debtor with support from the Debtor's professionals. In preparing the Schedules and Statement, the Debtor relied on financial data derived from its books and records. The Debtor has made reasonable efforts to ensure that the Schedules and Statement are accurate and complete based on information known to it at the time of preparation after reasonable inquiries. The Schedules and Statement are unaudited and subject to potential adjustment.

Rachel Lehman, a duly authorized representative of the Debtor in this Chapter 7 Case, has signed the Schedules and Statement. In reviewing and signing the Schedules and Statement, Ms.

---

[1] The last four digits of the Debtor's federal tax identification number are (5175). The main address of the Debtor is 1930 North Loop Road, Alameda, California 94502.

[2] These Global Notes supplement and are in addition to any specific notes contained herein.

Lehman has necessarily relied upon the efforts, statements, advice, and representations of the Debtor's personnel and the Debtor's advisors.  Ms. Lehman has not (and could not have) personally verified the accuracy of each such statement and representation contained in the Schedules and Statement, including statements and representations concerning amounts owed to creditors.

## Global Notes and Overview of Methodology

1. **Reporting Date.** Except where otherwise noted, the information provided herein is presented as of January 31, 2024.

2. **Basis of Presentation.** The financial information disclosed herein is unaudited.  The Schedules and Statement do not purport to represent financial statements prepared in accordance with generally accepted accounting principles ("GAAP"), federal or state securities laws or other applicable non-bankruptcy standards, principles, or law, nor are they intended to fully reconcile to the financial statements prepared by the Debtor. Information contained in the Schedules and Statement has been derived from the Debtor's books and records and historical financial statements.

3. **Reservations and Limitations.** Nothing contained in the Schedules and Statement or these Global Notes shall constitute a waiver of any of the Debtor's rights or an admission with respect to the Chapter 7 Case including, but not limited to, any issues involving objections to claims, substantive consolidation, equitable subordination, defenses, characterization or re-characterization of contracts, assumption or rejection of contracts under the provisions of the Bankruptcy Code and/or causes of action arising under the Bankruptcy Code or any other relevant applicable laws to recover assets or avoid transfers.

## General Disclosures Applicable to Schedules and Statement

1. **Causes of Action.** Despite reasonable efforts to identify all known assets, the Debtor may not have listed all of its causes of action as assets in its Schedules and Statement, including, without limitation, avoidance actions arising under chapter 5 of the Bankruptcy Code and actions under other relevant bankruptcy and non-bankruptcy laws to recover assets.

2. **Recharacterization.** Notwithstanding the Debtor's reasonable efforts to correctly characterize, classify, categorize, and designate the claims, assets, executory contracts, unexpired leases, and other items reported in the Schedules and Statement, the Debtor may nevertheless have improperly characterized, classified, categorized, designated, or omitted certain items due to the complexity and size of the Debtor's business.

3. **Claim Designations.** Schedules D, E, and F permit the Debtor to designate a claim as "contingent," "unliquidated," and/or "disputed."  The Debtor reserves all of its rights to dispute, or to assert offsets or defenses to, any claim reflected on its Schedules or Statement on any grounds.  Moreover, the Debtor reserves all of its rights to amend its Schedules and Statement to subsequently designate any claims as "contingent," "unliquidated," and/or "disputed."

4. **Unliquidated Claim Amounts.** Claim amounts that could not be readily quantified by the Debtor may be scheduled as "unliquidated."

5. **Undetermined Amounts.** The description of an amount as "undetermined" or "unknown" is not intended to reflect upon the materiality of such amount. The amounts represented in the Schedules and Statement are totals of all known amounts. When necessary, the Debtor has indicated that the value of certain assets is "unknown." To the extent that any assets have been identified as having an "unknown" value, the actual total may be different from the total listed in the Schedules and Statement.

6. **Net Book Values**. Unless otherwise indicated, the Debtor's Schedules and Statement reflect net book values as of January 31, 2024. Book values of assets prepared in accordance with GAAP generally do not reflect the current performance of the assets and may differ materially from the actual value and/or performance of the underlying assets.

7. **Current Values**. It would be prohibitively expensive, unduly burdensome, and an inefficient use of the Debtor's limited resources to obtain current market valuations of all its assets. For these reasons, where applicable, the Debtor has provided an estimate of resale/recovery value or indicated in the Schedules and Statement that the values of certain assets and liabilities are undetermined or unknown. The actual value may be different from the current value listed in the Schedules and Statement.

8. **Duplication.** Certain of the Debtor's assets, liabilities, and payments may properly be disclosed in response to multiple parts of the Schedules and Statement. To the extent these disclosures would be duplicative, the Debtor has determined to only list such assets, liabilities, and payments once.

9. **Executory Contracts.** While reasonable efforts have been made to ensure the accuracy of Schedule G, including ensuring that all relevant agreements with customers are reflected therein, inadvertent errors or omissions may have occurred. The Debtor hereby reserves all of its rights to (i) dispute the validity, status or enforceability of any contracts, agreements or leases set forth in Schedule G and (ii) amend or supplement such Schedule as necessary. Furthermore, the Debtor reserves all of its rights, claims and causes of action with respect to the contracts and agreements listed on these Schedules, including the right to dispute or challenge the characterization or the structure of any transaction, document or instrument. The presence or absence of a contract or agreement on Schedule G does not constitute an admission that such contract or agreement is or is not an executory contract or unexpired lease.

10. **Classifications.** Listing (i) a claim on (a) Schedule D as "secured," (b) Schedule E/F as "priority," or (c) Schedule E/F as "unsecured" or (ii) a contract or lease on Schedule G as "executory" or "unexpired," does not constitute a waiver of the Debtor's rights to re-characterize or reclassify such claims or contracts or to setoff such claims, as appropriate.

11. **Fiscal Year.** The Debtor's fiscal year ends on December 31.

**12. Currency.** Unless otherwise indicated, all amounts are reflected in U.S. dollars.

**13. Insiders.** For purposes of the Schedules and Statement, the Debtor defined "insiders" in accordance with section 101(31) of the Bankruptcy Code as: (a) directors; (b) officers; (c) persons in control of the Debtor; (d) relatives of the Debtor's directors, officers, or persons in control of the Debtor; and (e) debtor/non-debtor affiliates of the foregoing. Persons listed as "insiders" have been included for informational purposes only and including them in the Schedules and Statement shall not constitute an admission that those persons are insiders for purposes of section 101(31) of the Bankruptcy Code. Moreover, the Debtor does not take any position with respect to: (i) any insider's influence over the control of the Debtor; (ii) the management responsibilities or functions of any such insider; (iii) the decision making or corporate authority of any such insider; or (iv) whether the Debtor or any such insider could successfully argue that he or she is not an "insider" under applicable law or with respect to any theories of liability or for any other purpose.

<u>**Specific Schedules Disclosures**</u>

**Specific Note Regarding Schedule A/B, Part 2, Question 8**

At all relevant times, the Debtor maintained its accounting books and records using the accrual method of accounting. In certain instances, amounts identified in Schedule A/B question 8 were recorded by the Debtor as a prepayment on its books and records consistent with such accrual method of accounting, but no funds were transferred by the Debtor.

**Specific Note Regarding Schedule A/B, Part 3, Question 11**

Amounts reflected in Schedule A/B question 11 are as of the Petition Date. Although the Debtor believes that a material amount of the Debtor's accounts receivable likely is uncollectible in light of the filing of the Chapter 7 Case, the Debtor has not conducted a formal analysis of the collectability of such accounts receivable. Accordingly, the Debtor's response to Schedule A/B question 11 does include any deductions on account of the collectability of the accounts receivable.

**Specific Note Regarding Schedule A/B, Part 11, Question 74**

The Debtor and its advisors have not conducted an investigation of any claims or causes of action. Accordingly, the Debtor has listed "unknown" in response to Schedule A/B question 74. The Debtor hereby reserves all of its rights to amend or supplement Schedule A/B as necessary to the extent it becomes aware of any claims or causes of action.

**Specific Note Regarding Schedule A/B, Part 11, Question 75**

As is common in the Debtor's industry, the Debtor's books and records account for amounts realized in excess of amounts billed to customers on uncompleted contracts (the "Costs in Excess of Billing").  Such Costs in Excess of Billing are subsequently billed to the applicable customer in the ordinary course of business following the Debtor's achievement of certain contractual milestones. Applicable milestones under agreements with certain customers may not have been reached as of January 31, 2024, and therefore the Debtor did not submit an invoice to such customers for the applicable Costs in Excess of Billing.  The aggregate amount of Costs in Excess of Billing owed to the Debtor by its customers as of January 31, 2024, is reflected in Schedule A/B question 75.

**Specific Note Regarding Schedule F**

Prior to the Petition Date, the Debtor billed certain customers for amounts in excess of work completed to date (the "Billings in Excess of Costs").  While reasonable efforts have been made to ensure that all customers holding unsecured claims on account of Billings in Excess of Costs are set forth on the Schedule F, inadvertent errors or omissions may have occurred.  Accordingly, the Debtor hereby reserves all of its rights to amend or supplement Schedule F as necessary.

## Specific Statement Disclosure

**Specific Note Regarding Part 13, Question 26d**

Prior to the Petition Date, the Debtor provided certain financial information to various parties in connection with efforts to obtain financing.  The Debtor also provided certain indirect interest holders with certain financial information.  The aforementioned parties are not identified on Statement question 26d.

<table>
<tr><td><b>Fill in this information to identify the case:</b></td></tr>
<tr><td><b>Debtor name: Unique Elevator Interiors, LLC</b></td></tr>
<tr><td><b>United States Bankruptcy Court for the: Delaware</b></td></tr>
<tr><td><b>Case number: 24-10358</b></td></tr>
</table>

☐ **Check if this is an amended filing**

## Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

**1. Schedule A/B: Assets - Real and Personal Property** (Official Form 206A/B)

| | | |
|---|---|---|
| 1a. **Real property:** | | $70,964.17 |
| Copy line 88 from Schedule A/B | | |
| 1b. **Total personal property:** | | $3,485,788.08 |
| Copy line 91A from Schedule A/B | | |
| 1c. **Total of all property:** | | $3,556,752.25 |
| Copy line 92 from Schedule A/B | | |

**2. Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D) — $159,831.66

Copy the total dollar amount listed in Column A, Amount of claim, from line 3 of Schedule D

**3. Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

| | | |
|---|---|---|
| 3a. **Total claim amounts of priority unsecured claims:** | | $21,269.95 |
| Copy the total claims from Part 1 from line 5a of Schedule E/F | | |
| 3b. **Total amount of claims of nonpriority amount of unsecured claims:** | | $9,534,381.88 |
| Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F | | |

**4. Total Liabilities** — $9,715,483.49

Lines 2 + 3a + 3b

**Fill in this information to identify the case:**

Debtor name: Unique Elevator Interiors, LLC

United States Bankruptcy Court for the: Delaware

Case number: 24-10358

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets — Real and Personal Property 12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:    Cash and Cash Equivalents

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.

☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|
| **2. Cash on hand** | | | |
| 2.1 | | | $0.00 |
| **3. Checking, savings, money market, or financial brokerage accounts** *(Identify all)* | | | |
| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account # | |
| 3.1     Huntington National Bank | Operating Checking Account | 9517 | $230,405.19 |
| 3.2     Huntington National Bank | Money Market Account | 0967 | $4,886.12 |
| Values reported as of 3/7/2024 | | | |
| **4. Other cash equivalents** *(Identify all)* | | | |
| 4.1 | | | $0.00 |

**5. Total of Part 1**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| $235,291.31 |
|---|

## Part 2:  Deposits and prepayments

**6. Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.

☑ Yes. Fill in the information below.

|  | Current value of debtor's interest |
|---|---|
| **7. Deposits, including security deposits and utility deposits**<br>Description, including name of holder of deposit | |
| 7.1  See Schedule AB 7 Attachment | $235,183.78 |
| Values reported as of 2/5/2024 | |
| **8. Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**<br>Description, including name of holder of prepayment | |
| 8.1  See Schedule AB 8 Attachment | $332,494.33 |
| Values reported as of 2/29/2024 | |

**9. Total of Part 2**

Add lines 7 through 8. Copy the total to line 81.

| $567,678.11 |
|---|

## Part 3:  Accounts receivable

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

☑ Yes. Fill in the information below.

|  |  |  |  |  | Current value of debtor's interest |
|---|---|---|---|---|---|
| **11. Accounts receivable** | | | | | |
| 11a. | 90 days old or less: | $1,629,224.92 <br> face amount | − | $0.00 <br> doubtful or uncollectible accounts | = ........ ➔ $1,629,224.92 |
| 11b. | Over 90 days old: | $262,571.54 <br> face amount | − | $0.00 <br> doubtful or uncollectible accounts | = ........ ➔ $262,571.54 |

Values reported as of 3/7/2024

**12. Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.

| $1,891,796.46 |
|---|

## Part 4:  Investments

**13. Does the debtor own any investments?**

☑ No. Go to Part 5.

☐ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

**14. Mutual funds or publicly traded stocks not included in Part 1**
Name of fund or stock:

| | | |
|---|---|---|
| 14.1 | | $0.00 |

**15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**
Name of entity:                           % of ownership:

| | | |
|---|---|---|
| 15.1 | | $0.00 |

**16. Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**
Describe:

| | | |
|---|---|---|
| 16.1 | | $0.00 |

**17. Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.

$0.00

**Part 5:    Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.

☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| 19.1 Aluminum | 12/31/2023 | | Average Cost | $77,052.78 |
| 19.2 Bronze | 12/31/2023 | | Average Cost | $27,503.98 |
| 19.3 Hardware | 12/31/2023 | | Average Cost | $15,785.12 |
| 19.4 Stainless Steel | 12/31/2023 | | Average Cost | $69,753.88 |
| 19.5 Steel | 12/31/2023 | | Average Cost | $21,074.93 |
| 19.6 Wood | 12/31/2023 | | Average Cost | $15,514.31 |

Values reported as of 1/31/2024

**20. Work in progress**

| | | | | |
|---|---|---|---|---|
| 20.1 | | | | $0.00 |

**21. Finished goods, including goods held for resale**

21.1

_____   _____   _____   _____   $0.00

**22. Other inventory or supplies**

22.1

Included in Schedule AB 20 - Raw Materials   _____   _____   _____   $0.00

**23. Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.                    | $226,685.00 |

**24. Is any of the property listed in Part 5 perishable?**

☑ No

☐ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☑ Yes     Book value     $117,383.07     Valuation method   Cost     Current value     $117,383.07

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
| --- | --- |

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- |

**28. Crops—either planted or harvested**

28.1

_____   _____   _____   _____   $0.00

**29. Farm animals** _Examples:_ Livestock, poultry, farm-raised fish

29.1

_____   _____   _____   _____   $0.00

**30. Farm machinery and equipment** (Other than titled motor vehicles)

30.1

_____   _____   _____   _____   $0.00

**31. Farm and fishing supplies, chemicals, and feed**

31.1

_____   _____   _____   _____   $0.00

**32. Other farming and fishing-related property not already listed in Part 6**

32.1

_____   _____   _____   _____   $0.00

**33. Total of Part 6**

Add lines 28 through 32. Copy the total to line 85.

| $0.00 |
|---|

**34. Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

     ☐ No

     ☐ Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes    Book value _____    Valuation method _____    Current value _____

**36. Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

**37. Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39. Office furniture** | | | |
| 39.1 Office Furniture, Equipment & Computers | $48,286.22 | Net Book Value | $48,286.22 |
| Value reported as of 1/31/2024 | | | |
| **40. Office fixtures** | | | |
| 40.1 Included in Schedule AB 39 - Office Furniture | | | $0.00 |
| **41. Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| 41.1 Spectrum Accounting ERP Systems | $15,977.61 | Net Book Value | $15,977.61 |
| Value reported as of 1/31/2024 | | | |
| **42. Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 | | | $0.00 |

**43. Total of Part 7**

Add lines 39 through 42. Copy the total to line 86.

| $64,263.83 |
|---|

**44. Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No

☑ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---------|-------------------------------------|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

☑ Yes. Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1<br>See Schedule AB 47 Attachment | $179,631.00 | Net Book Value | $179,631.00 |
| Values reported as of 1/31/2024 | | | |
| **48. Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1 | | | $0.00 |
| **49. Aircraft and accessories** | | | |
| 49.1 | | | $0.00 |
| **50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| 50.1<br>Tools & Equipment | $307,002.01 | Net Book Value | $307,002.01 |
| 50.2<br>WA Start Up Supplies | $782.36 | Net Book Value | $782.36 |
| Values reported as of 1/31/2024 | | | |

**51. Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.

| $487,415.37 |
|---|

**52. Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No

☑ Yes

**53. Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No

☐ Yes

Debtor    Unique Elevator Interiors, LLC
          Name

Case number *(if known)* 24-10358

## Part 9:    Real Property

**54. Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

☑ Yes. Fill in the information below.

**55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 Leasehold Improvements – 1930 North Loop Road, Alameda, CA | Leased | $26,182.10 | Depreciated Cost Value | $26,182.10 |
| 55.2 Leasehold Improvements – 7633 South 180th Street, Kent, WA | Leased | $44,782.07 | Depreciated Cost Value | $44,782.07 |
| 55.3 HQ & Manufacturing Facility - 1930 North Loop Road, Alameda, CA | Leased | | N/A | Undetermined |
| 55.4 Manufacturing Facility - 7633 South 180th Street, Kent, WA | Leased | | N/A | Undetermined |
| 55.5 Storage Unit - Public Storage, 4501 W MacArthur Blvd, #1024, Santa Ana, CA | Leased | | N/A | Undetermined |
| 55.6 Storage Unit - Public Storage, 4501 W MacArthur Blvd, #P113, Santa Ana, CA | Leased | | N/A | Undetermined |

Values reported as of 1/31/2024

**56. Total of Part 9.**

Add the current value of all lines in question 55 and entries from any additional sheets. Copy the total to line 88.

| $70,964.17 |
|---|

**57. Is a depreciation schedule available for any of the property listed in Part 9?**

☐ No

☑ Yes

**58. Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No

☐ Yes

## Part 10:    Intangibles and intellectual property

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60. Patents, copyrights, trademarks, and trade secrets** | | | |
| 60.1    Trademarks | | Cost | $8,075.00 |
| Value reported as of 1/31/2024 | | | |
| **61. Internet domain names and websites** | | | |
| 61.1    https://uniqueelevator.com/ | | N/A | Undetermined |
| **62. Licenses, franchises, and royalties** | | | |
| 62.1 | | | $0.00 |
| **63. Customer lists, mailing lists, or other compilations** | | | |
| 63.1 | | | $0.00 |
| **64. Other intangibles, or intellectual property** | | | |
| 64.1 | | | $0.00 |
| **65. Goodwill** | | | |
| 65.1    Goodwill | $6,727,797.00 | N/A | Undetermined |
| Net Book Value reported as of 1/31/2024 | | | |

**66. Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

| | $8,075.00 |
|---|---|

**67. Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?

☐ No
☑ Yes

**68. Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☐ No
☑ Yes

**69. Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No
☐ Yes

**Part 11:   All other assets**

**70. Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
☑ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

**71. Notes receivable**
Description (include name of obligor)

71.1

_____    _____    -    _____    =  ➜    $0.00
                     total face amount          doubtful or uncollectible
                                                amount

**72. Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

72.1

_____    Tax year _____    $0.00

**73. Interests in insurance policies or annuities**

73.1

Employee/Worker LLC Surety Bond - Liberty Mutual    $4,583.00

Value reported as of 2/5/2024

**74. Causes of action against third parties (whether or not a lawsuit has been filed)**

74.1

Unknown    Undetermined

Nature of Claim    To Be Determined

Amount requested    Undetermined

**75. Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

75.1

Various Customers    Undetermined

Nature of Claim    Costs in Excess of Billings

Amount requested    $1,326,467.39

Amount requested reported as of 3/7/2024

**76. Trusts, equitable or future interests in property**

76.1

_____    $0.00

**77. Other property of any kind not already listed** *Examples:* Season tickets, country club membership

77.1

_____    $0.00

**78. Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.    $4,583.00

**79. Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 12: | Summary |
| --- | --- |

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of property | Current value of personal property | Current value of real property |
| --- | --- | --- |
| 80. **Cash, cash equivalents, and financial assets.** Copy line 5, Part 1. | $235,291.31 | |
| 81. **Deposits and prepayments.** Copy line 9, Part 2. | $567,678.11 | |
| 82. **Accounts receivable.** Copy line 12, Part 3. | $1,891,796.46 | |
| 83. **Investments.** Copy line 17, Part 4. | $0.00 | |
| 84. **Inventory.** Copy line 23, Part 5. | $226,685.00 | |
| 85. **Farming and fishing-related assets.** Copy line 33, Part 6. | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** Copy line 43, Part 7. | $64,263.83 | |
| 87. **Machinery, equipment, and vehicles.** Copy line 51, Part 8. | $487,415.37 | |
| 88. **Real property. Copy line 56, Part 9.** | → | $70,964.17 |
| 89. **Intangibles and intellectual property..** Copy line 66, Part 10. | $8,075.00 | |
| 90. **All other assets.** Copy line 78, Part 11. | $4,583.00 | |
| 91. **Total. Add lines 80 through 90 for each column** 91a. | $3,485,788.08 | 91b. $70,964.17 |
| 92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. | | $3,556,752.25 |

**SCHEDULE AB 7 ATTACHMENT**
Deposits, including security deposits and utility deposits

| Description, including name of holder of deposit | Current Value |
|---|---|
| Associated Terazzo | 86,870.25 |
| Euro West | 2,097.11 |
| Forms + Surfaces | 13,701.69 |
| Gateway Springbrook, LLC - Deposit on Seattle Facility | 21,413.00 |
| Kent Engineering | 4,987.45 |
| Kirby Electric | 9,860.56 |
| McGrory Glass - Materials Deposit | 31,887.16 |
| McGrory Glass - Materials Deposit | 3,516.84 |
| McGrory Glass - Materials Deposit | 3,989.22 |
| Pulp Studio | 1,106.98 |
| Safe-Air Dowco | 2,443.77 |
| Stoltz Marketing Group | 14,538.75 |
| Wise Digital | 38,771.00 |

**TOTAL**                                                **235,183.78**

**SCHEDULE AB 8 ATTACHMENT**

Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent

| Description, including name of holder of prepayment | Current Value |
|---|---|
| Alameda County - Property Taxes | 3,202.23 |
| Anthem Insurance - Benefits | 37,228.81 |
| Berkshire Hathaway - Workers Comp | 34,917.42 |
| Crawford & Irion - Premier Building Package | 3,861.85 |
| Crawford & Irion - Property Taxes C&I | 22,570.32 |
| ISU Massie & Beck - Cyber Liability | 5,048.78 |
| Kaiser Insurance - Benefits | 13,031.06 |
| King County - Property Taxes | 4,842.72 |
| North Loop Association - Dues | 1,101.09 |
| P4G Management - Fees | 20,833.34 |
| Principal Insurance - Benefits | 5,034.07 |
| QuickBase - Enablement Service | 70,714.28 |
| QuickBase - Software License | 11,475.00 |
| Risk Strategies - Management Liability | 20,271.74 |
| SFMTA - SF Parking Permits | 4,972.50 |
| Spectrum - Accounting Software Subscription | 29,076.58 |
| Travelers - Automobile | 11,543.95 |
| Travelers - Commercial Package | 25,855.24 |
| Travelers - Umbrella | 6,913.35 |

**TOTAL**      **332,494.33**

**SCHEDULE AB 47 ATTACHMENT**
Automobiles, Vans, Trucks, Motorcycles, Trailers, and Titled Farm Vehicles

| General Description (Include year, make, model, and identification numbers) | Net Book Value | Valuation Method | Current Value |
|---|---:|---|---:|
| 2001 Ford F-250 (VIN 1FTNF20S71EA70259) | 0.00 | Net Book Value | 0.00 |
| 2004 GMC Sierra 1500 (VIN 1GTEC14T04E166714) | 0.00 | Net Book Value | 0.00 |
| 2004 GMC Sierra C1500 (VIN 1GTEC14T44E133196) | 0.00 | Net Book Value | 0.00 |
| 2006 Trailer (VIN 4JUBF16216N020705) | 0.00 | Net Book Value | 0.00 |
| 2008 Ford F-250 (VIN 1FTNF205X8EA72138) | 0.00 | Net Book Value | 0.00 |
| 2008 Toyota Tundra (VIN 5TFRV54198X066333) | 0.00 | Net Book Value | 0.00 |
| 2011 GMC Sierra C1500 (VIN 1GTR1WE04BZ398067) | 0.00 | Net Book Value | 0.00 |
| 2012 GMC Sierra 2500 (VIN 1GT01ZCG3CF241255) | 3,976.16 | Net Book Value | 3,976.16 |
| 2013 Freightliner Sprinter 2500 (VIN WDYPE7CC1D5809437) | 3,400.01 | Net Book Value | 3,400.01 |
| 2013 Toyota Tundra (VIN 5TFBY5F19DX278178) | 0.00 | Net Book Value | 0.00 |
| 2014 Acura MDX (VIN 5FRYD4H81EB011525) | 0.00 | Net Book Value | 0.00 |
| 2014 Acura MDX (VIN 5FRYD4H86EB011553) | 0.00 | Net Book Value | 0.00 |
| 2014 Big Trailer (VIN 16VDX1223E5H28351) | 0.00 | Net Book Value | 0.00 |
| 2014 Ford Truck Transit (VIN NM0LS7F77E1165501) | 0.00 | Net Book Value | 0.00 |
| 2015 Chevy Silverado 2500 (VIN 1GC0CUEG9FZ524966) | 0.00 | Net Book Value | 0.00 |
| 2015 Ford Truck Transit (VIN NM0LS7F78F1192465) | 0.00 | Net Book Value | 0.00 |
| 2015 Isuzu 14' Stakebed (VIN 54DB4W1B2FS807905) | 0.00 | Net Book Value | 0.00 |
| 2016 Chevy Silverado (VIN 3GCPCSEC6GG382626) | 7,214.60 | Net Book Value | 7,214.60 |
| 2017 Chevy Silverado (VIN 3GCUKSEC8HG166638) | 0.00 | Net Book Value | 0.00 |
| 2017 Ford Truck Transit (VIN NM0LS7F70H1297407) | 0.00 | Net Book Value | 0.00 |
| 2018 Ford Truck Transit (Tall) (VIN 1FTYR2XM9JKA35218) | 0.00 | Net Book Value | 0.00 |
| 2018 Ford Truck Transit (VIN NM0LS7E70J1346094) | 0.00 | Net Book Value | 0.00 |
| 2019 Ford Truck Transit  (VIN NM0LS7E27K1423422) | 4,301.89 | Net Book Value | 4,301.89 |
| 2019 Ford Truck Transit (VIN NM0LS7E20K1415940) | 1,953.09 | Net Book Value | 1,953.09 |
| 2020 Ford Truck Transit (VIN NM0LS7E20L1446896) | 4,689.03 | Net Book Value | 4,689.03 |
| 2020 Ford Truck Transit (VIN NM0LS7E27L1450881) | 4,673.35 | Net Book Value | 4,673.35 |
| 2020 Ford Truck Transit (VIN NM0LS7E29L1450879) | 11,256.49 | Net Book Value | 11,256.49 |
| 2021 GMC Sierra (VIN 3GTU9DED7MG163546) | 28,813.45 | Net Book Value | 28,813.45 |
| 2023 Ford Ranger (VIN 1FTER4FH0PLE15943) | 51,887.26 | Net Book Value | 51,887.26 |
| 2023 Ford Transit Van (VIN 1FTBR1X88PKB29943) | 57,465.67 | Net Book Value | 57,465.67 |
| **TOTAL** | **179,631.00** | | **179,631.00** |

**Fill in this information to identify the case:**

Debtor name: Unique Elevator Interiors, LLC

United States Bankruptcy Court for the: Delaware

Case number: 24-10358

☐ Check if this is an amended filing

## Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property

**Be as complete and accurate as possible.**

**Part 1:    List Creditors Who Have Claims Secured by Property**

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor`s other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in the information below.

**2. List creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | *Column A*<br>**Amount of Claim**<br>Do not deduct the value of collateral. | *Column B*<br>**Value of collateral that supports this claim** |
|---|---|---|

2.1

Bowen Scarff Ford Sales, Inc.,
1157 Central Ave N Kent, WA 98032

**Describe debtor's property that is subject to the lien:**
Ford Credit 2020 Transit 23422

| | $4,903.11 | Undetermined |
|---|---|---|

**Date debt was incurred?**
1/24/2020

**Last 4 digits of account number**
8607

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.

**Describe the lien**
Vehicle Financing

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

## 2.2

Dublin GMC ,
4400 John Monego Court
Dublin, CA 94568

**Date debt was incurred?**
3/8/2021

**Last 4 digits of account number**
2853

**Do multiple creditors have an interest in the same property?**
☑ No

☐ Yes. Specify each creditor, including this creditor, and its relative priority.

**Describe debtor's property that is subject to the lien:**
GMF 2021 GMC Sierra

**Describe the lien**
Vehicle Financing

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors(Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$39,236.60    Undetermined

## 2.3

Livermore Auto Group,
2266 Kitty Hawk Rd,
Livermore, CA 94551

**Date debt was incurred?**
7/24/2023

**Last 4 digits of account number**
3968

**Do multiple creditors have an interest in the same property?**
☑ No

☐ Yes. Specify each creditor, including this creditor, and its relative priority.

**Describe debtor's property that is subject to the lien:**
2023 Ford Ranger (Vehicle)

**Describe the lien**
Vehicle Financing

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors(Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$49,045.21    Undetermined

2.4

The Ford Store San Leandro,
1111 Marina Boulevard,
San Leandro, CA 94577

**Date debt was incurred?**
6/21/2019

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No

☐ Yes. Specify each creditor, including this creditor, and its relative priority.

_____

**Describe debtor's property that is subject to the lien:**
Ford Credit 2019 Transit 15940

**Describe the lien**
Vehicle Financing

**Is the creditor an insider or related party?**
☑ No

☐ Yes

**Is anyone else liable on this claim?**
☑ No

☐ Yes. Fill out Schedule H: Codebtors(Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

$1,572.79          Undetermined

2.5

The Ford Store San Leandro,
1111 Marina Boulevard,
San Leandro, CA 94577

**Date debt was incurred?**
1/26/2020

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No

☐ Yes. Specify each creditor, including this creditor, and its relative priority.

_____

**Describe debtor's property that is subject to the lien:**
Ford Credit 2020 Transit 46896

**Describe the lien**
Vehicle Financing

**Is the creditor an insider or related party?**
☑ No

☐ Yes

**Is anyone else liable on this claim?**
☑ No

☐ Yes. Fill out Schedule H: Codebtors(Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

$5,022.93          Undetermined

2.6

The Ford Store San Leandro,
1111 Marina Boulevard,
San Leandro, CA 94577

**Date debt was incurred?**
1/26/2020

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No

☐ Yes. Specify each creditor, including this creditor, and its relative priority.

**Describe debtor's property that is subject to the lien:**
Ford Credit 2020 Transit 50879

**Describe the lien**
Vehicle Financing

**Is the creditor an insider or related party?**
☑ No

☐ Yes

**Is anyone else liable on this claim?**
☑ No

☐ Yes. Fill out Schedule H: Codebtors(Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

$5,011.25    Undetermined

---

2.7

The Ford Store San Leandro,
1111 Marina Boulevard,
San Leandro, CA 94577

**Date debt was incurred?**
1/26/2020

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No

☐ Yes. Specify each creditor, including this creditor, and its relative priority.

**Describe debtor's property that is subject to the lien:**
Ford Credit 2020 Transit 50881

**Describe the lien**
Vehicle Financing

**Is the creditor an insider or related party?**
☑ No

☐ Yes

**Is anyone else liable on this claim?**
☑ No

☐ Yes. Fill out Schedule H: Codebtors(Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

$5,011.25    Undetermined

2.8

The Ford Store San Leandro,
1111 Marina Boulevard.
San Leandro, CA 94577

**Date debt was incurred?**
10/15/2023

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor, and its relative priority.

**Describe debtor's property that is subject to the lien:**    $50,028.52    Undetermined
Ford Credit Ford Ranger

**Describe the lien**
Vehicle Financing

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors(Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    $159,831.66

**Part 2:    List Others to Be Notified for a Debt That You Already Listed**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.
If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
| --- | --- | --- |

3.1

**Fill in this information to identify the case:**

Debtor name: Unique Elevator Interiors, LLC

United States Bankruptcy Court for the: Delaware

Case number: 24-10358

☐ Check if this is an amended filing

## Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

**Part 1:    List All Creditors with PRIORITY Unsecured Claims**

**1. Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

☑ Yes. Go to line 2.

**2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | Total claim | Priority amount |
|---|---|---|

**2.1**

Assessor County of Alameda, 1221 Oak Street, Room 145, Oakland, CA 94612

| As of the petition filing date, the claim is: | Undetermined | Undetermined |
|---|---|---|

*Check all that apply.*

☑ Contingent

**Date or dates debt was incurred**
4/1/2024

☑ Unliquidated

☐ Disputed

**Last 4 digits of account number**
0100

**Basis for the claim:**
Tax Claim

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **8** )

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.2**

CA Dept of Tax and Fee Admin, PO Box 942879, Sacramento, CA 94279

| As of the petition filing date, the claim is: | $2,688.69 | $2,688.69 |
|---|---|---|

*Check all that apply.*

☐ Contingent

**Date or dates debt was incurred**
3/31/2024

☐ Unliquidated

☐ Disputed

**Last 4 digits of account number**
6033

**Basis for the claim:**
Tax Claim

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **8** )

**Is the claim subject to offset?**
☑ No
☐ Yes

2.3

California Franchise Tax Board, PO box 942857,
Sacramento, CA 94257

**Date or dates debt was incurred**
4/15/2024

**Last 4 digits of account number**
2024

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**                    $12,770.00                    $12,770.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Tax Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

2.4

City of Bellevue, PO Box 90012, Bellevue, WA 98009

**Date or dates debt was incurred**
12/31/2023

**Last 4 digits of account number**
2023

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**                    Undetermined                    Undetermined
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**
Tax Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

2.5

City of Kent Business & Occupation, 400 W Gowe #122,
Kent , WA 98032

**Date or dates debt was incurred**
12/31/2023

**Last 4 digits of account number**
151138

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**                    Undetermined                    Undetermined
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**
Tax Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**2.6**

City of Los Angeles, PO Box 53233, Los Angeles, CA 90053

**Date or dates debt was incurred**
1/24/2024

**Last 4 digits of account number**
9085

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **8** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Tax Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined        Undetermined

**2.7**

Dept of Revenue Washington State, PO Box 47464, Olympia , WA 98504

**Date or dates debt was incurred**
1/31/2024

**Last 4 digits of account number**
3811

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **8** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Tax Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined        Undetermined

**2.8**

King County Dept of Assessments, 201 S Jackson St, #710, Seattle, WA 98104

**Date or dates debt was incurred**
6/15/2024

**Last 4 digits of account number**
4750

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **8** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Tax Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$5,811.26        $5,811.26

**2.9**

San Francisco Treasurer, PO Box 7425, San Francisco, CA 94120

**Date or dates debt was incurred**
2/29/2024

**Last 4 digits of account number**
9990

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**    Undetermined    Undetermined
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**
Tax Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

**3. List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|--|--|--|

**3.1**

Advanced Elevator Solutions, 5650 Imhoff Dr., Suite B, Concord, CA 94520

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**    $500.00
*Check all that apply.*

☑ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Contract Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.2**

Airgas USA LLC, P.O. Box 102289, Pasadena, CA 91189-2289

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**    $377.33
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim - Accounts Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

3.3

Alameda Municipal Power, PO Box 511427, Los Angeles, CA 90051-7982

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                    $2,156.26
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim - Accounts Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

---

3.4

American Benefits Group, PO Box 1209, Northampton, MA 01061-1209

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                       $100.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim - Accounts Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

---

3.5

American Metals, Unit 91 P.O. Box 4900, Portland, OR 97208-4900

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                    $3,897.92
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim - Accounts Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

---

3.6

American Steel, Unit 91 PO Box 4900, Portland, OR 97208-4900

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                      $878.49
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim - Accounts Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.7**

Anthem, Inc., PO Box 51011, Los Angeles, CA 90051-5311

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $37,228.81
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Claim - Accounts Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.8**

Apple Elevator Co., 2325 West Street, Oakland, CA 94612

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $300.00
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Contract Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.9**

Architectural Metal Polishing, L-4283, Columbus, OH 43260-4283

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $29,500.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Claim - Accounts Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.10**

Associated Terrazzo Co. Inc., 1991 Oakdale Avenue, San Francisco, CA 94124-2003

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $1,400.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Claim - Accounts Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.11**

Bay Alarm, P.O. Box 51041, Los Angeles, CA 90051-5337

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**  $265.17
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Claim - Accounts Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.12**

Bay Bolt Inc., 4610 Malat St., Oakland, CA 94601

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**  $889.24
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Claim - Accounts Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.13**

Bay Center Investor, LLC, 555 12th Street, Oakland, CA 94607

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**  $4,785.24
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Claim - Billings In Excess of Costs

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.14**

Berger Enterprises, 1000 Marina Village Parkway, Alameda, CA 94501

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**  $750.00
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Contract Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.15**

Blaisdells Business Products, 7677 Oakport Street, Oakland, CA 94621

**Date or dates debt was incurred**

As of the petition filing date, the claim is:   $259.55
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Claim - Accounts Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.16**

BOMA - Greater Los Angeles, 700 S. Flower Street, Los Angeles, CA 90017

**Date or dates debt was incurred**

As of the petition filing date, the claim is:   $5,000.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Claim - Accounts Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.17**

BR Funsten & Tom Duffy Co., PO Box 884426, Los Angeles, CA 90088-4426

**Date or dates debt was incurred**

As of the petition filing date, the claim is:   $698.28
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Claim - Accounts Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.18**

Brand W, LLC, 1092 Greg Street, Sparks, NV 89431

**Date or dates debt was incurred**

As of the petition filing date, the claim is:   $5,800.63
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Claim - Accounts Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.19**

Briggs Development, 100 Century Center Court, San Jose, CA 95112

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $50,348.23
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim - Billings In Excess of Costs

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.20**

Bron Tapes of California Inc., PO Box 5304, Denver, CO 80217

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                       $757.53
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim - Accounts Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.21**

BT Laser, Inc., 425 Reed Street, Santa Clara, CA 95050

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                     $4,093.25
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim - Accounts Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.22**

Bulling Metal Works Inc., 459 Hester Street, San Leandro, CA 94577

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                     $4,252.81
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim - Accounts Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

3.23

CA Dept of Tax & Fee Admin, 450 N Street, Sacramento, CA 94279

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $4,571.84
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim - Accounts Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

3.24

Caltime Metals Inc., 5402 Business Dr., Huntington Beach, CA 92649

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $14,320.34
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim - Accounts Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

3.25

Carlos Navarro Roofing, 1959 Deodar Ave, Antioch, CA 94509

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $1,450.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim - Accounts Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

3.26

Cascadia Metals, Inc., PO Box 1276, Longview, WA 98632

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $4,095.64
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim - Accounts Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.27**

CBIZ Accounting, PO Box 743733, Los Angeles, CA 90074-3733

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                    $24,908.11
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim - Accounts Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.28**

CBRE, 1255 Treat Blvd. Suite 210, Walnut Creek, CA 94597

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                    $16,544.50
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim - Billings In Excess of Costs

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.29**

CBRE, 1255 Treat Blvd. Suite 210, Walnut Creek, CA 94597

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                    $10,751.20
*Check all that apply.*

☑ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Contract Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.30**

Central Welding Supply, P.O. Box 179, Lakewood, WA 98259

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                    $75.98
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim - Accounts Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

3.31

City of Livermore Airport, 3500 Robertson Park Rd., Livermore, CA 94550

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                          $5,600.00
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Contract Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.32

Coast Aluminum Inc, Dept 710070 P.O. Box 514670, Los Angeles, CA 90051-4670

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                          $12,438.16
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Claim - Accounts Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.33

Comcast, PO BOX 37601, Philadelphia, PA 19101-0601

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                          $2,267.08
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Claim - Accounts Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.34

Comcast Business, PO Box 60533, City of Industry, CA 91716-0533

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                          $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Claim - Accounts Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.35**

Crawford & Irion, LLC, 3330 Freeman Road, Walnut Creek, CA 94595

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                        $53,385.38
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☑ Disputed

**Basis for the claim:**
Rent Past Due

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.36**

Cushman & Wakefield of CA, Inc, 201 Spear Street, Suite 175, Attn: Property Manager, San Francisco, CA 94105

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                        $7,664.00
*Check all that apply.*

☑ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Contract Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.37**

D & R Machinery, LLC, PO BOX 564, Arlington, WA 98223

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                        $1,045.95
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim - Accounts Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.38**

Diamond Elevator Inc, 38 Beta Court, Unit C-3, San Ramon, CA 94583

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                        $1,175.00
*Check all that apply.*

☑ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Contract Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

3.39

DMV Renewal, P.O. Box 942897, Sacramento, CA 94297-0897

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $962.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim - Accounts Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

3.40

Dwan Elevator Co., 699 4th street, Oakland, CA 94607

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $4,250.00
*Check all that apply.*

☑ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Contract Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

3.41

E. B. Bradley Co. Inc., Dept 710002 P.O. Box 514670, Los Angeles, CA 90051-4670

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $1,094.83
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim - Accounts Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

3.42

Edgebanding Services Inc., 828 W Cienega Ave, San Dimas, CA 91773-2849

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $425.20
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim - Accounts Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

3.43

Ellis Partners LLC, 111 Sutter Street, Suite 800, San Francisco, CA 94104

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**    $14,163.62
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim - Billings In Excess of Costs

**Is the claim subject to offset?**
☑ No

☐ Yes

---

3.44

Evolv Surfaces, Inc., 1208 Hensley St., Richmond, CA 94801

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**    $1,274.60
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim - Accounts Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

---

3.45

FedEx, P.O. Box 7221, Pasadena, CA 91109-7321

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**    $317.40
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim - Accounts Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

---

3.46

FedEx Freight, PO Box 21415, Pasadena, CA 91185-1415

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**    $3,586.45
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim - Accounts Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.47**

Ford Credit, P.O. Box 552679, Detroit, MI 48255-2679

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**      $2,084.04
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim - Accounts Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.48**

Fujitec America, 7258 Innovation Way, Mason, OH 45040

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**      $635.00
*Check all that apply.*

☑ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Contract Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.49**

G. J. Nikolas & Co., Inc., 2800 Washington Blvd., Bellwood, IL 60104

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**      $1,647.88
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim - Accounts Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.50**

Goldenwest Property Management, 18558 Gale Avenue 258, City of Industry, CA 91748

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**      $9,507.69
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim - Billings In Excess of Costs

**Is the claim subject to offset?**
☑ No

☐ Yes

Debtor  Unique Elevator Interiors, LLC
Name

Case number *(if known)* 24-10358

**3.51**

Grainger, Dept. 857463418, Palatine, IL 60038-0001

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $145.70
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim - Accounts Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.52**

GREP Southwest, LLC, 800 5th Ave., Suite 4000, Seattle, WA 98104

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $31,018.63
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim - Billings In Excess of Costs

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.53**

Harbor Bay Business Park Assoc, 5674 Sonoma Drive, Pleasanton, CA 94566

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $261.45
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim - Accounts Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.54**

Harrison & Bonini, 1122 Harrison Street, San Francisco, CA 94103

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $301.72
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim - Accounts Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

3.55

Hathaway Dinwiddie Const., 275 Battery Street, Suite 300, San Francisco, CA 94111-3330

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $12,783.65
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim - Billings In Excess of Costs

**Is the claim subject to offset?**
☑ No

☐ Yes

3.56

Hathaway Dinwiddie Const., 275 Battery Street, Suite 300, San Francisco, CA 04111-3330

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $10,163.00
*Check all that apply.*

☑ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Contract Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

3.57

HCC Surety Group, PO Box 4312, Woodland Hills, CA 91365-4312

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $185.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim - Accounts Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

3.58

Highbridge Oakland II LP, 409 13th Street, Oakland, CA 94612

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $4,486.81
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim - Billings In Excess of Costs

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.59**

Jackson Lewis P.C., P.O. Box 416019, Boston, MA 02241-6019

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $343.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim - Accounts Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.60**

Kirkland & Ellis LLP, 555 California St, San Francisco, CA 94104

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $209,866.25
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim - Accounts Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.61**

Kone Inc. - San Leandro Office, Attn: Accounts Payable, San Leandro, CA 94577

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $157,179.46
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim - Billings In Excess of Costs

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.62**

Kone Inc. - San Leandro Office, Attn: Accounts Payable, San Leandro, CA 94577

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $17,557.39
*Check all that apply.*

☑ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Contract Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

Debtor   Unique Elevator Interiors, LLC.
_____Name_____

Case number *(if known)* 24-10358

**3.63**

Kone Inc. - Seattle Office, 8343 154th Ave NE Suite 100, Redmond, WA 98052

**Date or dates debt was incurred**

As of the petition filing date, the claim is:          $170,921.86
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Claim - Billings In Excess of Costs

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.64**

Kone Inc. - Seattle Office, 8343 154th Ave NE Suite 100, Redmond, WA 98052

**Date or dates debt was incurred**

As of the petition filing date, the claim is:          $34,090.00
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Contract Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.65**

Lakeside Company, 505 14th St., Oakland, CA 94612

**Date or dates debt was incurred**

As of the petition filing date, the claim is:          $9,993.89
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Claim - Billings In Excess of Costs

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.66**

Man-D-Tec Inc., 8175 E. Paradise Lane, Suite 1, Scottsdale, AZ 85260

**Date or dates debt was incurred**

As of the petition filing date, the claim is:          $12,455.12
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Claim - Accounts Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.67

McKillican American Inc., PO Box 31001-1581, Pasadena, CA 91110-1581

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $2,247.77
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim - Accounts Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.68

McMaster-Carr Supply Co., P.O. Box 7690, Chicago, IL 60680-7690

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $595.60
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim - Accounts Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.69

Melrose Metal Finishing Inc., 10222 Pearmain Street, Oakland, CA 94603

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $1,830.15
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim - Accounts Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.70

Metro Elevator - NorCal, 45 Lansing Street, San Francisco, CA 94105

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $1,990.00
*Check all that apply.*

☑ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Contract Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.71

Milestone Holdings, 500 La Gonda Way, Suite 207, Danville, CA 94526

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                          $16,931.20
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim - Billings In Excess of Costs

**Is the claim subject to offset?**
☑ No

☐ Yes

3.72

Mirror Metals, Inc., 350 Hearst Drive, Oxnard, CA 93030

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                          $9,358.37
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim - Accounts Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

3.73

Mitsubishi Electric US, Inc., Elevators and Escalators Divis, Oakland, CA 94621

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                          $3,717.65
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim - Billings In Excess of Costs

**Is the claim subject to offset?**
☑ No

☐ Yes

3.74

Mitsubishi Electric US, Inc., Elevator/Escalator Division, Cypress, CA 90630

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                          $6,237.70
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim - Billings In Excess of Costs

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.75**

Mitsubishi Electric US, Inc., 5900-A Katella Ave, Cypress, CA 90630

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $43,877.41
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim - Billings In Excess of Costs

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.76**

Mitsubishi Electric US, Inc., 5900-A Katella Ave, Cypress, CA 90630

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $15,630.00
*Check all that apply.*

☑ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Contract Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.77**

Mitsubishi Electric US, Inc., Elevators and Escalators Divis, Oakland, CA 94621

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $13,830.00
*Check all that apply.*

☑ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Contract Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.78**

Mitsubishi Electric US, Inc., Elevator/Escalator Division, 5900-A Katella Avenue, Cypress, CA 90630

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $300.00
*Check all that apply.*

☑ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Contract Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

3.79

Montaire c/o HOA Organizers, 20847 Sherman Way, Penthouse, Winnetka, CA 91306

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $1,150.00
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Contract Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.80

Moore Newton Quality Hardwoods, 2115 Williams Street, San Leandro, CA 94577

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $3,949.19
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Claim - Accounts Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.81

Mr. Plastics, 844 Doolittle Drive, San Leandro, CA 94577

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $322.28
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Claim - Accounts Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.82

Multi-Craft Plastics, 7298 SW Tech Center Dr, Tigard, OR 97223-8046

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $165.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Claim - Accounts Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.83

National Elevator Industry Pension Plan, 19 Campus Blvd, Ste 200, Newtown Square, PA 19073-3288

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

**Basis for the claim:**
Pension Contributions

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Undetermined

3.84

Nineteen Sixty Vallejo Street, 1960 Vallejo Street, San Francisco, CA 94123

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
Trade Claim - Billings In Excess of Costs

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

$21,304.69

3.85

Nora Systems Inc., 23248 Network Place, Chicago, IL 60673-1232

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
Trade Claim - Accounts Payable

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

$3,173.15

3.86

North Loop Center Association, 5674 Sonoma Drive, Pleasanton, CA 94566

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
Trade Claim - Accounts Payable

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

$3,303.25

3.87

Oaktown Management Group, 6114 La Salle Ave #630, Oakland, CA 94611

**Date or dates debt was incurred**

As of the petition filing date, the claim is:          $1,965.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim - Accounts Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

3.88

Omnify Lighting, 2700 John Street, Markham, ON L3R 2W4

**Date or dates debt was incurred**

As of the petition filing date, the claim is:          $9,709.28
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim - Accounts Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

3.89

Original Glass Designs, 1740-D Junction Avenue, San Jose, CA 95112

**Date or dates debt was incurred**

As of the petition filing date, the claim is:          $552.89
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim - Accounts Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

3.90

Otis Elevator Co. Los Angeles, 11760 US Hwy 1, Palm Beach Gardens, FL 33408

**Date or dates debt was incurred**

As of the petition filing date, the claim is:          $11,037.04
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim - Billings In Excess of Costs

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.91**

Otis Elevator Co. Oakland, 11760 US Hwy 1, Palm Beach Gardens, FL 33408

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Claim - Billings In Excess of Costs

**Is the claim subject to offset?**
☑ No
☐ Yes

$20,372.00

**3.92**

Otis Elevator Co. Oakland, 11760 US Hwy 1, Palm Beach Gardens, FL 33408

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Contract Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$23,872.00

**3.93**

Otis Elevator Co. Phoenix, 11760 US Hwy 1, Suite W600, Palm Beach Gardens, FL 33408

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Contract Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$2,950.00

**3.94**

Otis Elevator Co. San Diego, 11760 US Hwy 1, Suite W600, Palm Beach Gardens, CA 33408

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Claim - Billings In Excess of Costs

**Is the claim subject to offset?**
☑ No
☐ Yes

$45,407.93

**3.95**

Otis Elevator Co. San Jose, 11760 US Hwy 1, Palm Beach Gardens, FL 33408

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                           $175,084.64
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Claim - Billings In Excess of Costs

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.96**

Otis Elevator Co. San Jose, 11760 US Hwy 1, Palm Beach Gardens, FL 33408

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                           $15,339.20
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Contract Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.97**

Otis Elevator Co. Seattle, 11760 US Hwy 1, Palm Beach Gardens, FL 33408

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                           $23,961.62
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Claim - Billings In Excess of Costs

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.98**

Otis Elevator Co. Seattle, 11760 US Hwy 1, Palm Beach Gardens, FL 33408

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                           $3,600.00
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Contract Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.99

Otis Elevator Co. Seattle, 11760 US Hwy 1, Suite W600, Palm Beach
Gardens, FL 33408

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $11,000.00
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Contract Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.100

Otis Elevator Co.San Francisco, 11760 US Hwy 1, Palm Beach Gardens,
FL 33408

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $329,218.64
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Claim - Billings In Excess of Costs

**Is the claim subject to offset?**
☑ No
☐ Yes

3.101

Otis Elevator Co.San Francisco, 11760 US Hwy 1, Palm Beach Gardens,
FL 33408

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $10,722.50
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Contract Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.102

Otis OAK Elevator Company, 11760 US Hwy 1, Suite W600, Palm Beach
Gardens, FL 33408

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $4,570.00
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Contract Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.103**

Otis SAC Elevator Company, 11760 US Hwy 1, Suite W600, Palm Beach Gardens, FL 33408

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                      $1,000.00
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Contract Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.104**

Otis SF Elevator Company, 11760 US Hwy 1, Suite W600, Palm Beach Gardens, FL 33408

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                     $13,555.00
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Contract Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.105**

Otis SJ Elevator Company, 11760 US Hwy 1, Suite W600, Palm Beach Gardens, FL 33408

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                      $7,870.00
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Contract Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.106**

P4G Capital Management LLC, 150 California Street, 21st Floor, San Francisco, CA 94111

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $762,355.79
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Contract Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.107

PC Professional, Inc., 1615 Webster Street, Oakland, CA 94612

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $2,457.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Claim - Accounts Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.108

Principal Life Insurance Co., PO Box 77202, Minneapolis, MN 55480-7200

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $5,034.07
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Claim - Accounts Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.109

Pulp Studio Incorporated, 2100 W. 139th St., Gardena, CA 90249-2412

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $49,452.07
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Claim - Accounts Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.110

R.S. Hughes Company Inc., 2405 Verna Court, San Leandro, CA 94577

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $1,734.16
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Claim - Accounts Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.111

Ramp, 71 5th Avenue, 6th Floor, New York, NY 10003

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $19,781.90
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Credit Card Balance

**Is the claim subject to offset?**
☑ No
☐ Yes

3.112

Related California, 6888 Lion Way, Oakland, CA 94621

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $10,610.96
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Claim - Billings In Excess of Costs

**Is the claim subject to offset?**
☑ No
☐ Yes

3.113

Richlen Construction, 115 Aspen Drive, Pacheco, CA 94553

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $30,425.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Claim - Billings In Excess of Costs

**Is the claim subject to offset?**
☑ No
☐ Yes

3.114

Richlen Construction, 115 Aspen Drive, Pacheco, CA 94553

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $30,425.00
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Contract Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.115**

Rimex Metals (USA) Inc., 2850 Woodbridge Ave, Edison, NJ 08837

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                $33,360.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim - Accounts Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.116**

Rockhill Management, L.L.C. (1, 100 Pine Street, San Francisco, CA 94111

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                $2,650.00
*Check all that apply.*

☑ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Contract Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.117**

Royal Plywood Company LLC, PO Box 728, La Mirada, CA 90637-0728

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                $28,728.56
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim - Accounts Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.118**

Ryerson Livermore, P.O. Box 100097, Pasadena, CA 91189-0097

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                $28,949.42
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim - Accounts Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

3.119

San Francisco Elevator Srvcs, 6509 Sierra Lane, Dublin, CA 94568

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $2,191.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim - Billings In Excess of Costs

**Is the claim subject to offset?**
☑ No

☐ Yes

3.120

San Francisco Elevator Srvcs, 6509 Sierra Lane, Dublin, CA 94568

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $6,173.23
*Check all that apply.*

☑ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Contract Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

3.121

Schindler - San Leandro, 3 Ravinia Drive, 7th Floor, Atlanta, GA 30346

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $13,991.27
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim - Billings In Excess of Costs

**Is the claim subject to offset?**
☑ No

☐ Yes

3.122

Schindler - San Leandro, 3 Ravinia Drive, 7th Floor, Atlanta, GA 30346

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $18,418.00
*Check all that apply.*

☑ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Contract Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

Debtor    Unique Elevator Interiors, LLC
          Name

Case number (if known) 24-10358

**3.123**

Schindler - Sylmar, 3 Ravinia Drive, 7th Floor, Atlanta, GA 30346

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $22,555.89
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim - Billings In Excess of Costs

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.124**

Schindler - Washington, 3 Ravinia Drive, 7th Floor, Atlanta Business Service Ctr, Atlanta, GA 30346

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $8,112.00
*Check all that apply.*

☑ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Contract Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.125**

Scotia Tool and Machine Inc., 1720 Timothy Drive, San Leandro, CA 94577

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $450.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim - Accounts Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.126**

Shorenstein Realty Services,LP, 621 Capitol Mall, Suite 1475, Sacramento, CA 95814

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $1,063,866.84
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim - Billings In Excess of Costs

**Is the claim subject to offset?**
☑ No

☐ Yes

Debtor    Unique Elevator Interiors, LLC
Name

Case number (if known) 24-10358

---

**3.127**

Sierra Forest Products, Inc, Dept LA24968, Pasadena, CA 91185-4968

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Claim - Accounts Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,487.50

---

**3.128**

Skyline Construction, 731 Sansome, 4th Floor, San Francisco, CA 94111

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Claim - Billings In Excess of Costs

**Is the claim subject to offset?**
☑ No
☐ Yes

$8,226.36

---

**3.129**

Solution Harbor, Inc., P.O. Box 1923, Blue Jay, CA 92317

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Claim - Accounts Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

$10,000.00

---

**3.130**

Star Elevator, Inc., 601 Harbor Blvd., Belmont, CA 94002

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Claim - Billings In Excess of Costs

**Is the claim subject to offset?**
☑ No
☐ Yes

$3,643.20

**3.131**

Star Elevator, Inc., 601 Harbor Blvd., Belmont, CA 94002

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Contract Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$4,083.20

**3.132**

Stud Welding Products Inc., P.O. Box 68887, Seattle, WA 98168

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Claim - Accounts Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

$2,425.61

**3.133**

Superior Saw & Supply, Inc., 2712 Pacific Avenue, Tacoma, WA 98402

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Claim - Accounts Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

$131.26

**3.134**

Swift Real Estate Partners, 260 California Street, San Francisco, CA 94111

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Claim - Billings In Excess of Costs

**Is the claim subject to offset?**
☑ No
☐ Yes

$4,405.38

3.135

Tacoma Screw Products, Inc., 2001 CENTER ST, Tacoma, WA 98409-7895

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $14.62
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Claim - Accounts Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.136

The Purple Maids, 19219 68th Ave S, Ste M102, Kent, WA 98032

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $500.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Claim - Accounts Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.137

Thomas-Swan Sign Company, INC, 2717 Goodrick Avenue, Richmond, CA 94801

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $862.50
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Claim - Accounts Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.138

TK Elevator - Portland, 3100 Interstate N Circle SE, Atlanta, GA 30339-2227

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $25,608.16
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Claim - Billings In Excess of Costs

**Is the claim subject to offset?**
☑ No
☐ Yes

3.139

TK Elevator - San Francisco, 3100 Interstate N Circle SE, Ste 500, Atlanta,
GA 30339-2227

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $3,690.00
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Contract Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.140

TK Elevator - San Jose, 3100 Interstate N Circle SE, Ste 500, Atlanta, GA
30339-2227

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $4,100.00
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Contract Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.141

TK Elevator - San Leandro, 3100 Interstate N Circle SE, Atlanta, GA
30339-2227

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $77,802.75
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Claim - Billings In Excess of Costs

**Is the claim subject to offset?**
☑ No
☐ Yes

3.142

TK Elevator - San Leandro, 3100 Interstate N Circle SE, Atlanta, GA
30339-2227

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $20,557.20
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Contract Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.143

TK Elevator - Seattle, 3100 Interstate N Circle SE, Atlanta, GA 30339-2227

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                 $73,822.29
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim - Billings In Excess of Costs

**Is the claim subject to offset?**
☑ No

☐ Yes

3.144

TMG Partners R.E., LLC, , One Post Street, 33rd Floor, San Francisco, CA 94104

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                  $9,500.00
*Check all that apply.*

☑ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Contract Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

3.145

Travelers, PO Box 660317, Dallas, TX 75266-0317

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                 $34,454.16
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim - Accounts Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

3.146

Trinity Management Services, 1145 Market St., Suite 1200, San Francisco, CA 94103-6761

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                    $400.00
*Check all that apply.*

☑ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Contract Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

3.147

T-Tech Machining, 3250 Keller Street Suite # 6, Santa Clara, CA 95045

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim - Accounts Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

$1,500.00

3.148

Uline, PO Box 88741, Chicago, IL 60680-1741

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim - Accounts Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

$2,730.84

3.149

Unique Elevator Interiors, Inc., 1930 North Loop Road, Alameda, CA 94502

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Unsecured Seller Note

**Is the claim subject to offset?**
☑ No

☐ Yes

$5,187,807.96

3.150

Valley Iron Inc., P.O. Box 12024, Fresno, CA 93776-2024

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim - Accounts Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

$468.70

**3.151**

Vintage Elevator Services, Inc, 21 Willow Lane, Belmont, CA 94002

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $950.00
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Contract Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.152**

WA Dept.of Labor & Industries, PO Box 44000, Olympia, WA 98504-4000

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $5,000.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Claim - Accounts Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.153**

West Coast Laminating LLC, Dept 710003 P.O. Box 514670, Los Angeles, CA 90051-4670

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $9,306.40
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Claim - Accounts Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.154**

Westcoast Companies Inc., 725 E Washington Blvd., Pasadena, CA 91104

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $2,368.70
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Claim - Accounts Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.155

Wheatley Properties, L.P., c/o Wheatley Properties LP, Palo Alto, CA 94304

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $6,949.61
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim - Billings In Excess of Costs

**Is the claim subject to offset?**
☑ No

☐ Yes

3.156

WiLine Networks Inc., P.O. Box 102150, Pasadena, CA 91189-2150

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $1,793.44
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim - Accounts Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

3.157

WM Corporate Services, Inc., PO Box 541065, Los Angeles, CA 90054-1065

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $135.17
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim - Accounts Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |
|---|---|

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1 | Line | |
| | ☐ Not listed. Explain | |

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | | **Total of claim amounts** |
|---|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | | $21,269.95 |
| 5b. **Total claims from Part 2** | 5b. | | $9,534,381.88 |
| 5c. **Total of Parts 1 and 2** Lines 5a + 5b = 5c. | 5c. | | $9,555,651.83 |

**Fill in this information to identify the case:**

Debtor name: Unique Elevator Interiors, LLC

United States Bankruptcy Court for the: Delaware

Case number: 24-10358

☐ Check if this is an amended filing

## Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**Schedule G:**  Executory Contracts and Unexpired Leases

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1 **State what the contract or lease is for and the nature of the debtor's interest** Customer Agreement(s) and all related purchase order(s) (if any) re: Job #A424 - 274 Brannan Elevator<br>**State the term remaining**<br>**List the contract number of any government contract** | 2105 Bancroft Fee Owner CA,LLC, c/o Harvest Properties, 555 12th Street, Suite 650, Oakland, CA 94607 |
| 2.2 **State what the contract or lease is for and the nature of the debtor's interest** Customer Agreement(s) and all related purchase order(s) (if any) re: Job #A879 - 98 Union<br>**State the term remaining**<br>**List the contract number of any government contract** | 98 Union, 98 Union c/o 392 CWD Group, PO Box 4579 Dept. 392, Houston, TX 77210 |
| 2.3 **State what the contract or lease is for and the nature of the debtor's interest** Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14772 - 2225 El Portal<br>**State the term remaining**<br>**List the contract number of any government contract** | Advanced Elevator Solutions, 5650 Imhoff Dr., Suite B, Concord, CA 94520 |

| 2.4 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #A840 - 33 Seneca | Andersen, Jung & CO, 2131 19th Ave., Suite 202, San Francisco, CA 94116 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.5 | State what the contract or lease is for and the nature of the debtor's interest | Health Insurance Policy | Anthem Bule Cross, PO Box 51011, Los Angeles, CA 90051-5311 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.6 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14673 - 60 Leavenworth | Apple Elevator Co., 2325 West Street, Oakland, CA 94612 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.7 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #A758 - 928 12th Street | Basic Resources, Inc., 928 12th Street, Suite 700, Modesto, CA 95354 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.8 | State what the contract or lease is for and the nature of the debtor's interest | Bay Alarm Services Agreement | Bay Alarm, PO Box 51041, Los Angeles, CA 90051-5337 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.9 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #A816 - 6475 Christie Ave - Bay | Bay Center Investor, LLC, 555 12th Street, Oakland, CA 94607 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

2.10 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #A745 - Met Park East Phase One | BCAL Met Park Property, LLC, 1100 Olive Way, Suite 101, Seattle, WA 98101
| **State the term remaining** | |
| **List the contract number of any government contract** | |

2.11 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #A783 - Met Park East Phase Two | BCAL Met Park Property, LLC, 1100 Olive Way, Suite 101, Seattle, WA 98101
| **State the term remaining** | |
| **List the contract number of any government contract** | |

2.12 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #A796 - Met Park West | BCAL Met Park Property, LLC, 1100 Olive Way, Suite 101, Seattle, WA 98101
| **State the term remaining** | |
| **List the contract number of any government contract** | |

2.13 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14656 - 2485 Shoreline Dr - State | Berger Enterprises, 1000 Marina Village Parkway, Alameda, CA 94501
| **State the term remaining** | |
| **List the contract number of any government contract** | |

2.14 | **State what the contract or lease is for and the nature of the debtor's interest** | Workers Comp Insurance Policy | Berkshire Hathaway, 315 Lennon Lane, Julie Rector, Walnut Creek, CA 94598
| **State the term remaining** | |
| **List the contract number of any government contract** | |

2.15 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #A805 - 201 Industrial Rd - | BioMed Realty, 4570 Executive Drive, Suite 400, San Diego, CA 92121
| **State the term remaining** | |
| **List the contract number of any government contract** | |

| | | |
|---|---|---|
| 2.16 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #A771 - Riot Games - 3003 7th Ave |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |

BNBuilders, Inc., 2601 4th Ave. Suite 350, Seattle, WA 98121-1283

| | | |
|---|---|---|
| 2.17 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #A896 - 3555 Monte Villa Pkwy - |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |

BNBuilders, Inc., 2601 4th Ave. Suite 350, Seattle, WA 98121-1283

| | | |
|---|---|---|
| 2.18 | **State what the contract or lease is for and the nature of the debtor's interest** | Vehicle Credit Agreement - Ford Credit 2020 Transit 23422 |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | 12/24/2024 |

Bowen Scarff Ford Sales, Inc., 1157 Central Ave N, Kent, WA 98032

| | | |
|---|---|---|
| 2.19 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #A846 - 100 Century Center Court |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |

Briggs Development, 100 Century Center Court, San Jose, CA 95112

| | | |
|---|---|---|
| 2.20 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #A842 - 343 Sansome- Shuttle Flr. |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |

CBRE, 1255 Treat Blvd. Suite 210, Walnut Creek, CA 94597

| | | |
|---|---|---|
| 2.21 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #A859 - 505 Montgomery - 24th Flr |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |

CBRE, 1255 Treat Blvd. Suite 210, Walnut Creek, CA 94597

| 2.22 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #A860 - One Maritime Plaza - SF | CBRE, 1255 Treat Blvd. Suite 210, Walnut Creek, CA 94597 |
|---|---|---|---|
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.23 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #A874 - One Maritime Plaza - SF | CBRE, 1255 Treat Blvd. Suite 210, Walnut Creek, CA 94597 |
|---|---|---|---|
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.24 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #A900 - 500 Washington - Glass | CBRE, 1255 Treat Blvd. Suite 210, Walnut Creek, CA 94597 |
|---|---|---|---|
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.25 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #A905 - One Maritime Plaza - SF | CBRE, 1255 Treat Blvd. Suite 210, Walnut Creek, CA 94597 |
|---|---|---|---|
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.26 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #A909 - 500 Washington - Lower | CBRE, 1255 Treat Blvd. Suite 210, Walnut Creek, CA 94597 |
|---|---|---|---|
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.27 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14483 - One South Park | CitiScape Property Management, Attn: Paul Mora, 3450 Third Street, Suite 1A, San Francisco, CA 94124 |
|---|---|---|---|
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.28 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14739 - 1310 Filmore | CitiScape Property Management, Attn: Paul Mora, 3450 Third Street, Suite 1A, San Francisco, CA 94124 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.29 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #15139 - Livermore Airport | City of Livermore Airport, 3500 Robertson Park Rd., Livermore, CA 94550 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.30 | State what the contract or lease is for and the nature of the debtor's interest | Comcast Internet Services Agreement | Comcast Business, PO Box 60533, City of Industry, CA 91716-0533 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.31 | State what the contract or lease is for and the nature of the debtor's interest | 1930 North Loop Road, Alameda, CA 17,430 sq ft | Crawford & Irion, LLC, ATTN: Tim Crawford, 3330 Freeman Road, Walnut Creek, CA 94595 |
| | State the term remaining | | |
| | List the contract number of any government contract | 12/8/2027 | |

| 2.32 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #A574 - 201 Spear Street, San | Cushman & Wakefield of CA, Inc, 201 Spear Street, Suite 175, Attn: Property Manager, San Francisco, CA 94105 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.33 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #A574B - 201 Spear St. - Light | Cushman & Wakefield of CA, Inc, 201 Spear Street, Suite 175, Attn: Property Manager, San Francisco, CA 94105 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| | | |
|---|---|---|
| 2.34 | **State what the contract or lease is for and the nature of the debtor's interest** | Building Package Policy | Deans & Homer, ATTN: Crawford & Irion/Deans & Homer, 315 Lennon Lane, Walnut Creek, CA 94598 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.35 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #A799 - Nvidia - Mission College | Devcon Construction, Inc., 690 Gibraltar Drive, Milpitas, CA 95035 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.36 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14346 - 2111 S Duxbury Circle, LA | Diamond Elevator Inc, 38 Beta Court, Unit C-3, San Ramon, CA 94583 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.37 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14423 - 4747 Willow Road | Diamond Elevator Inc, 38 Beta Court, Unit C-3, San Ramon, CA 94583 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.38 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14430 - 2230 Leavenworth | Diamond Elevator Inc, 38 Beta Court, Unit C-3, San Ramon, CA 94583 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.39 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14505 - 4198 Oakhill Ave | Diamond Elevator Inc, 38 Beta Court, Unit C-3, San Ramon, CA 94583 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.40 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14620 - 4198 Oakhill Rd | Diamond Elevator Inc, 38 Beta Court, Unit C-3, San Ramon, CA 94583 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.41 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14621 - 1050 Stradella | Diamond Elevator Inc, 38 Beta Court, Unit C-3, San Ramon, CA 94583 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.42 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14622 - 755 E. Capital | Diamond Elevator Inc, 38 Beta Court, Unit C-3, San Ramon, CA 94583 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.43 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14805 - 102 Britton Ave | Diamond Elevator Inc, 38 Beta Court, Unit C-3, San Ramon, CA 94583 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.44 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14811 - 512 Westline Drive | Diamond Elevator Inc, 38 Beta Court, Unit C-3, San Ramon, CA 94583 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.45 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14824 - 755 Capital Milpitas | Diamond Elevator Inc, 38 Beta Court, Unit C-3, San Ramon, CA 94583 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.46 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14845 - 552 Capp street | Diamond Elevator Inc, 38 Beta Court, Unit C-3, San Ramon, CA 94583 |
|---|---|---|---|
| 2.47 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14965 - 1855 Jones | Diamond Elevator Inc, 38 Beta Court, Unit C-3, San Ramon, CA 94583 |
| 2.48 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14966 - 425 First Street | Diamond Elevator Inc, 38 Beta Court, Unit C-3, San Ramon, CA 94583 |
| 2.49 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #15018 - 1855 Jones SF | Diamond Elevator Inc, 38 Beta Court, Unit C-3, San Ramon, CA 94583 |
| 2.50 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #15070 - 2610 E 37th St. | Diamond Elevator Inc, 38 Beta Court, Unit C-3, San Ramon, CA 94583 |
| 2.51 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #15133 - 1855 Jones | Diamond Elevator Inc, 38 Beta Court, Unit C-3, San Ramon, CA 94583 |

| 2.52 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #A577 - 199 Fremont Street, San | Divco West Real Estate, 575 Market St. 35th floor, San Francisco, CA 94105 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.53 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #A795 - 999 Baker Way | Dome Construction, 393 East Grand Avenue, South San Francisco, CA 94080 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.54 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14749 - Kress Building Tacoma | Dotcom Associates 1 LLC, 7621 Rainier Ave S, Seattle, WA 98118 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.55 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14751 - 1550 Bryant | DP Management Services, Inc., 550 Montgomery St., Suite 400, San Francisco, CA 94111 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.56 | **State what the contract or lease is for and the nature of the debtor's interest** | Vehicle Credit Agreement - GMF 2021 GMC Sierra | Dublin GMC, 4400 John Monego Court, Dublin, CA 94568 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | 2/8/2028 | |

| 2.57 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14860 - 3771 23rd St., SF | Dwan Elevator Co., 699 4th street, Oakland, CA 94607 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.58 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14919 - 3316 24th Street | Dwan Elevator Co., 699 4th street, Oakland, CA 94607 |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.59 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14840 - 351 Lester/406 Van Buren | Elevator Industries, 623 West Stadium Lane, Sacramento, CA 95834 |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.60 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14865 - 351 Lester/406 Van Buren | Elevator Industries, 623 West Stadium Lane, Sacramento, CA 95834 |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.61 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #A866 - 385 Moffett Park Dr | Ellis Partners LLC, 111 Sutter Street, Suite 800, San Francisco, CA 94104 |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.62 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #A853 - 45 Belden Place - SF | Fairfield Associates, 235 Montgomery St., Suite 970, San Francisco, CA 941104 |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.63 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #A880 - 355 Santana Row | Federal Realty, 355 Santana Row, San Jose, CA 95128 |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.64 | **State what the contract or lease is for and the nature of the debtor's interest** | Vehicle Credit Agreement - Ford Credit | Ford Credit, PO Bx 552679, Detroit, MI 48255-2679 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.65 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14838 - Fred LInd Manor | Fred Lind Manor, 1802 17th Avenue, Seattle, WA 98122 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.66 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #A779 - Fred Lind Manor | Fred Lind Manor, 1802 17th Avenue, Seattle, WA 98122 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.67 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #A856 - 5555 Montgomery - Floors | Front Porch, 800 North Brand Blvd., Fl 19, Glendale, CA 91203 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.68 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14044 - Fuji Tech I Beam | Fujitec America, 7258 Innovation Way, Mason, OH 45040 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.69 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14945 - "L" Angle | Fujitec America, 7258 Innovation Way, Mason, OH 45040 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.70 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #A802 - 191 Sutter St - Galleria | Galleria Park Hotel, 191 Sutter Street, San Francisco, CA 94104 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.71 | State what the contract or lease is for and the nature of the debtor's interest | Real Estate Lease - 7633 South 180th Street, Kent WA 14, 543 sq ft | Gateway Springbrook, LLC c/o CBRE, ATTN: Property Manager, 20415 72nd Ave S, Suite 210, Kent, WA 98032 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.72 | State what the contract or lease is for and the nature of the debtor's interest | Real Estate Lease - 7633 South 180th Street, Kent WA 14, 543 sq ft | Gateway Springbrook, LLC c/o Stonebridge Real Estate Funds, ATTN: Asset Manager, Four Embarcadero Center, Suite 3300, San Francisco, CA 94111 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.73 | State what the contract or lease is for and the nature of the debtor's interest | Vehicle Credit Agreement - GM Financial | GM Financial, PO Box 78143, Phoenix, AZ 85062-8143 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.74 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #A870 - 18558 E Gale Ave | Goldenwest Property Management, 18558 Gale Avenue 258, City of Industry, CA 91748 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.75 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #A877 - 1300 S Eliseo- 2023 | Greenbrae Management, Inc., 50 Bon Air Center #200, Greenbrae, CA 94904 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| | | |
|---|---|---|
| 2.76 | **State what the contract or lease is for and the nature of the debtor's interest**<br>**State the term remaining**<br>**List the contract number of any government contract** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #A888 - 1430 2nd - West Edge | GREP Southwest, LLC, 800 5th Ave., Suite 4000, Seattle, WA 98104 |
| 2.77 | **State what the contract or lease is for and the nature of the debtor's interest**<br>**State the term remaining**<br>**List the contract number of any government contract** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #A806 - Harbor Heights - 525 W | Harbor Heights, 525 West La Palma Ave., Anaheim, CA 92801 |
| 2.78 | **State what the contract or lease is for and the nature of the debtor's interest**<br>**State the term remaining**<br>**List the contract number of any government contract** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #15069 - 10431 N De Anza Blvd | Hathaway Dinwiddie Const., 275 Battery Street, Suite 300, San Francisco, CA 4111-3330 |
| 2.79 | **State what the contract or lease is for and the nature of the debtor's interest**<br>**State the term remaining**<br>**List the contract number of any government contract** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #A257 - 2180 Sand Hill Road, | Hathaway Dinwiddie Const., 275 Battery Street, Suite 300, San Francisco, CA 4111-3330 |
| 2.80 | **State what the contract or lease is for and the nature of the debtor's interest**<br>**State the term remaining**<br>**List the contract number of any government contract** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #A727 - 10431 N De Anza Blvd-DA07 | Hathaway Dinwiddie Const., 275 Battery Street, Suite 300, San Francisco, CA 4111-3330 |
| 2.81 | **State what the contract or lease is for and the nature of the debtor's interest**<br>**State the term remaining**<br>**List the contract number of any government contract** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #A786 - 10431 N De Anza Blvd-DA07 | Hathaway Dinwiddie Const., 275 Battery Street, Suite 300, San Francisco, CA 4111-3330 |

2.82  **State what the contract or lease is for and the nature of the debtor's interest**
**State the term remaining**
**List the contract number of any government contract**

Customer Agreement(s) and all related purchase order(s) (if any) re: Job #A832 - 10431 N De Anza Blvd -

Hathaway Dinwiddie Const., 275 Battery Street, Suite 300, San Francisco, CA 4111-3330

2.83  **State what the contract or lease is for and the nature of the debtor's interest**
**State the term remaining**
**List the contract number of any government contract**

Settlement Agreement

Haygood, James, 11096 Inspiration Circle, Dublin, CA 94568

2.84  **State what the contract or lease is for and the nature of the debtor's interest**
**State the term remaining**
**List the contract number of any government contract**

Customer Agreement(s) and all related purchase order(s) (if any) re: Job #A849 - 1515 Webster

HBO Webster Street, LLC, c/o LEHO Properties, 1515 Webster Street, Oakland, CA 94612

2.85  **State what the contract or lease is for and the nature of the debtor's interest**
**State the term remaining**
**List the contract number of any government contract**

Customer Agreement(s) and all related purchase order(s) (if any) re: Job #A719 - 405 14th St.

Highbridge Oakland II LP, 409 13th Street, Oakland, CA 94612

2.86  **State what the contract or lease is for and the nature of the debtor's interest**
**State the term remaining**
**List the contract number of any government contract**

Customer Agreement(s) and all related purchase order(s) (if any) re: Job #A785 - 1056 Continentals Way

Hillsboro Properties, 1300 S El Camino Real, Suite 525, San Mateo, CA 94402

2.87  **State what the contract or lease is for and the nature of the debtor's interest**
**State the term remaining**
**List the contract number of any government contract**

Customer Agreement(s) and all related purchase order(s) (if any) re: Job #A759 - 700 E Campbell Ave

Hotel Makeover, 6601 Cypresswood Drive, Suite 200, Spring, TX 77379

| 2.88 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14895 - SMT Cab Pads | Howard S. Wright, 415 1st Ave North, Suite 400, Seattle, WA 98109 |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.89 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #A812 - Central Way Plaza | HST Construction, Inc., 11512 NE 20th Street, Bellevue, WA 98004 |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.90 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #A743 - 333 Battery St - | HTLV SF, LLC, c/o KHP Capital Partners, L.P., 101 California St., Suite 980, San Francisco, CA 94111 |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.91 | State what the contract or lease is for and the nature of the debtor's interest | Cyber Liability Insurance Policy | Hudson Excess , ATTN: ISU Massie & Beck, Julie Rector, 315 Lennon Lane, Walnut Creek, CA 94598 |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.92 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14468 - 226 Airport Parkway | Hudson Pacific Properties, Inc, 5201 Great America Pkwy, Suite 237, Santa Clara, CA 95054 |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.93 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14469 - 224 Airport Parkway | Hudson Pacific Properties, Inc, 5201 Great America Pkwy, Suite 237, Santa Clara, CA 95054 |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.94 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #A826 - Hudson Palo Alto Square | Hudson Palo Alto Square, LLC, 3000 El Camino Real, 2 PA Sq., Suite 200, Palo Alto, CA 94306 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.95 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #A774 - 702 Marhsall St - Lobby | J & S Management, 702 Marshall Street, Suite 420, Redwood City, CA 94063 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.96 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #A831 - 702 Marshall - Interiors | J & S Management, 702 Marshall Street, Suite 420, Redwood City, CA 94063 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.97 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #A887 - 456 Montgomery - | JLL, 525 Almanor, LLC, c/o Jones Lang LaSalle, Menlo Park, CA 94025 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.98 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #A872 - 515 South Figueroa St | John Hancock Life Insurance Co, 515 South Figueroa St., Los Angeles, CA 90071 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.99 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #A810 - 135 Main St - JLL Service | Jones Lang LaSalle Americas, 135 Main St., Suite 1140, San Francisco, CA 94105 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.100 | State what the contract or lease is for and the nature of the debtor's interest | Health Insurance Policy | Kaiser Permanente, PO Box 629028, Jeff Jensen, El Dorado Hills, CA 95762-9028 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.101 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement(s) and all related purchase order(s) (if any): Job #A761 - O'Shea Building - 1524 | KG Investment Properties, 705 2nd Ave, Suite 601, Seattle, WA 98104 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.102 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement(s) and all related purchase order(s) (if any): Job #A861 - 303 2nd St.- Glass Repair | Kilroy Realty Corporation (WA), 10900 NE 4th Street, Suite 100, Bellevue, WA 98004 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.103 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14277 - 55 W 5th St. | Kone Inc. - San Francisco, 567 7th Street, San Francisco, CA 94103 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.104 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14445 - One Market Plaza | Kone Inc. - San Francisco, 567 7th Street, San Francisco, CA 94103 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.105 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14466 - The Village at Serramonte | Kone Inc. - San Francisco, 567 7th Street, San Francisco, CA 94103 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.106 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14472 - 55 W. 5th Street | Kone Inc. - San Francisco, 567 7th Street, San Francisco, CA 94103 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.107 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14512 - Moscone South | Kone Inc. - San Francisco, 567 7th Street, San Francisco, CA 94103 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.108 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14607 - 300 3rd St., SF | Kone Inc. - San Francisco, 567 7th Street, San Francisco, CA 94103 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.109 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14647 - 300 3rd St. | Kone Inc. - San Francisco, 567 7th Street, San Francisco, CA 94103 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.110 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14743 - Escalator Glass Deck | Kone Inc. - San Francisco, 567 7th Street, San Francisco, CA 94103 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.111 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14878 - 55 W 5th St., San Mateo | Kone Inc. - San Francisco, 567 7th Street, San Francisco, CA 94103 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

2.112 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14917 - 1075 Sutter | Kone Inc. - San Francisco, 567 7th Street, San Francisco, CA 94103
| **State the term remaining** | |
| **List the contract number of any government contract** | |

2.113 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14927 - 555 9th St. SF | Kone Inc. - San Francisco, 567 7th Street, San Francisco, CA 94103
| **State the term remaining** | |
| **List the contract number of any government contract** | |

2.114 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #15053 - 1489 Webster (Elev. 1) | Kone Inc. - San Francisco, 567 7th Street, San Francisco, CA 94103
| **State the term remaining** | |
| **List the contract number of any government contract** | |

2.115 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #15064 - KPIX sf | Kone Inc. - San Francisco, 567 7th Street, San Francisco, CA 94103
| **State the term remaining** | |
| **List the contract number of any government contract** | |

2.116 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #15095 - KPIX | Kone Inc. - San Francisco, 567 7th Street, San Francisco, CA 94103
| **State the term remaining** | |
| **List the contract number of any government contract** | |

2.117 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #15110 - Long Hospital, SF | Kone Inc. - San Francisco, 567 7th Street, San Francisco, CA 94103
| **State the term remaining** | |
| **List the contract number of any government contract** | |

| 2.118 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #15124 - 2017 Google | Kone Inc. - San Francisco, 567 7th Street, San Francisco, CA 94103 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.119 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #15150 - SFO | Kone Inc. - San Francisco, 567 7th Street, San Francisco, CA 94103 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.120 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #15167 - 1489 Webster (Elev. 2) | Kone Inc. - San Francisco, 567 7th Street, San Francisco, CA 94103 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.121 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #A686 - UCSF Mt Zion - 1600 | Kone Inc. - San Francisco, 567 7th Street, San Francisco, CA 94103 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.122 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #A765 - 200 Pine St. | Kone Inc. - San Francisco, 567 7th Street, San Francisco, CA 94103 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.123 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #13327 - 201 Spear | Kone Inc. - San Leandro Office, Attn: Accounts Payable, San Leandro, CA 94577 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.124 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #13494 - Kohl's | Kone Inc. - San Leandro Office, Attn: Accounts Payable, San Leandro, CA 94577 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.125 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #13572 - 15021 Wicks Blvd. | Kone Inc. - San Leandro Office, Attn: Accounts Payable, San Leandro, CA 94577 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.126 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14280 - 201 Spear | Kone Inc. - San Leandro Office, Attn: Accounts Payable, San Leandro, CA 94577 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.127 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14342 - 550 5th St., Santa Rosa | Kone Inc. - San Leandro Office, Attn: Accounts Payable, San Leandro, CA 94577 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.128 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14437 - 55 W. 5th | Kone Inc. - San Leandro Office, Attn: Accounts Payable, San Leandro, CA 94577 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.129 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14461 - 300 3rd St. | Kone Inc. - San Leandro Office, Attn: Accounts Payable, San Leandro, CA 94577 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

2.130 **State what the contract or lease is for and the nature of the debtor's interest**
**State the term remaining**
**List the contract number of any government contract**

Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14476 - 1661 Pine

Kone Inc. - San Leandro Office, Attn: Accounts Payable, San Leandro, CA 94577

2.131 **State what the contract or lease is for and the nature of the debtor's interest**
**State the term remaining**
**List the contract number of any government contract**

Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14500 - 1000 Market

Kone Inc. - San Leandro Office, Attn: Accounts Payable, San Leandro, CA 94577

2.132 **State what the contract or lease is for and the nature of the debtor's interest**
**State the term remaining**
**List the contract number of any government contract**

Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14516 - 201 Spear St. - Service

Kone Inc. - San Leandro Office, Attn: Accounts Payable, San Leandro, CA 94577

2.133 **State what the contract or lease is for and the nature of the debtor's interest**
**State the term remaining**
**List the contract number of any government contract**

Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14597 - Cisco

Kone Inc. - San Leandro Office, Attn: Accounts Payable, San Leandro, CA 94577

2.134 **State what the contract or lease is for and the nature of the debtor's interest**
**State the term remaining**
**List the contract number of any government contract**

Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14610 - 3575 Mendocino Phase 2

Kone Inc. - San Leandro Office, Attn: Accounts Payable, San Leandro, CA 94577

2.135 **State what the contract or lease is for and the nature of the debtor's interest**
**State the term remaining**
**List the contract number of any government contract**

Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14626 - Genesis Marina; Brisbane

Kone Inc. - San Leandro Office, Attn: Accounts Payable, San Leandro, CA 94577

| 2.136 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14662 - Laney College | Kone Inc. - San Leandro Office, Attn: Accounts Payable, San Leandro, CA 94577 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.137 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14667 - Genesis Marina; Building | Kone Inc. - San Leandro Office, Attn: Accounts Payable, San Leandro, CA 94577 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.138 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14679 - Kone Shop | Kone Inc. - San Leandro Office, Attn: Accounts Payable, San Leandro, CA 94577 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.139 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14685 - 1000 Market; SF | Kone Inc. - San Leandro Office, Attn: Accounts Payable, San Leandro, CA 94577 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.140 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14688 - The Village at Serramonte | Kone Inc. - San Leandro Office, Attn: Accounts Payable, San Leandro, CA 94577 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.141 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14769 - 475 N First St., San Jose | Kone Inc. - San Leandro Office, Attn: Accounts Payable, San Leandro, CA 94577 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

Debtor    Unique Elevator Interiors, LLC_____    Case number *(if known)* 24-10358_____
　　　　Name

| | | |
|---|---|---|
| 2.142 | **State what the contract or lease is for and the nature of the debtor's interest** **State the term remaining** **List the contract number of any government contract** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14773 - 200 Pine St. | Kone Inc. - San Leandro Office, Attn: Accounts Payable, San Leandro, CA 94577 |
| 2.143 | **State what the contract or lease is for and the nature of the debtor's interest** **State the term remaining** **List the contract number of any government contract** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14780 - Cisco | Kone Inc. - San Leandro Office, Attn: Accounts Payable, San Leandro, CA 94577 |
| 2.144 | **State what the contract or lease is for and the nature of the debtor's interest** **State the term remaining** **List the contract number of any government contract** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14781 - 3300 Marina Blvd., Bldg 1 | Kone Inc. - San Leandro Office, Attn: Accounts Payable, San Leandro, CA 94577 |
| 2.145 | **State what the contract or lease is for and the nature of the debtor's interest** **State the term remaining** **List the contract number of any government contract** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14784 - 55 W 5th San Mateo | Kone Inc. - San Leandro Office, Attn: Accounts Payable, San Leandro, CA 94577 |
| 2.146 | **State what the contract or lease is for and the nature of the debtor's interest** **State the term remaining** **List the contract number of any government contract** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14788 - 225 N. Santa Cruz | Kone Inc. - San Leandro Office, Attn: Accounts Payable, San Leandro, CA 94577 |
| 2.147 | **State what the contract or lease is for and the nature of the debtor's interest** **State the term remaining** **List the contract number of any government contract** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14821 - Reno Mod | Kone Inc. - San Leandro Office, Attn: Accounts Payable, San Leandro, CA 94577 |

2.148  **State what the contract or lease is for and the nature of the debtor's interest**
**State the term remaining**
**List the contract number of any government contract**

Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14870 - 1700 Dell Ave., Campbell

Kone Inc. - San Leandro Office, Attn: Accounts Payable, San Leandro, CA 94577

2.149  **State what the contract or lease is for and the nature of the debtor's interest**
**State the term remaining**
**List the contract number of any government contract**

Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14889 - Genesis Marina; Bldg 2

Kone Inc. - San Leandro Office, Attn: Accounts Payable, San Leandro, CA 94577

2.150  **State what the contract or lease is for and the nature of the debtor's interest**
**State the term remaining**
**List the contract number of any government contract**

Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14915 - 1565, 1545, and 1585

Kone Inc. - San Leandro Office, Attn: Accounts Payable, San Leandro, CA 94577

2.151  **State what the contract or lease is for and the nature of the debtor's interest**
**State the term remaining**
**List the contract number of any government contract**

Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14916 - 1565 Charlson, Google

Kone Inc. - San Leandro Office, Attn: Accounts Payable, San Leandro, CA 94577

2.152  **State what the contract or lease is for and the nature of the debtor's interest**
**State the term remaining**
**List the contract number of any government contract**

Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14925 - Reno Mod

Kone Inc. - San Leandro Office, Attn: Accounts Payable, San Leandro, CA 94577

2.153  **State what the contract or lease is for and the nature of the debtor's interest**
**State the term remaining**
**List the contract number of any government contract**

Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14926 - Apple Cupertino

Kone Inc. - San Leandro Office, Attn: Accounts Payable, San Leandro, CA 94577

| 2.154 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14991 - 555 9th St SF | Kone Inc. - San Leandro Office, Attn: Accounts Payable, San Leandro, CA 94577 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.155 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14998 - 1545 Charleston, Google | Kone Inc. - San Leandro Office, Attn: Accounts Payable, San Leandro, CA 94577 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.156 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14999 - 201 Spear | Kone Inc. - San Leandro Office, Attn: Accounts Payable, San Leandro, CA 94577 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.157 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #15014 - 1951 Shattuck | Kone Inc. - San Leandro Office, Attn: Accounts Payable, San Leandro, CA 94577 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.158 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #15022 - San Bruno Rec | Kone Inc. - San Leandro Office, Attn: Accounts Payable, San Leandro, CA 94577 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.159 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #15035 - Highland Hospital | Kone Inc. - San Leandro Office, Attn: Accounts Payable, San Leandro, CA 94577 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.160 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #15043 - 100 Altair | Kone Inc. - San Leandro Office, Attn: Accounts Payable, San Leandro, CA 94577 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.161 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #15049 - UCSF Parnassus | Kone Inc. - San Leandro Office, Attn: Accounts Payable, San Leandro, CA 94577 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.162 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #15085 - 235 Montgomery | Kone Inc. - San Leandro Office, Attn: Accounts Payable, San Leandro, CA 94577 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.163 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #15087 - 474 Valencia, SF | Kone Inc. - San Leandro Office, Attn: Accounts Payable, San Leandro, CA 94577 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.164 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #15107 - San Francisco Airport | Kone Inc. - San Leandro Office, Attn: Accounts Payable, San Leandro, CA 94577 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.165 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #15111 - 405 Parnassus | Kone Inc. - San Leandro Office, Attn: Accounts Payable, San Leandro, CA 94577 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

2.166 **State what the contract or lease is for and the nature of the debtor's interest**

**State the term remaining**

**List the contract number of any government contract**

Customer Agreement(s) and all related purchase order(s) (if any) re: Job #15117 - 565 Airport Blvd

Kone Inc. - San Leandro Office, Attn: Accounts Payable, San Leandro, CA 94577

2.167 **State what the contract or lease is for and the nature of the debtor's interest**

**State the term remaining**

**List the contract number of any government contract**

Customer Agreement(s) and all related purchase order(s) (if any) re: Job #15140 - 384 University

Kone Inc. - San Leandro Office, Attn: Accounts Payable, San Leandro, CA 94577

2.168 **State what the contract or lease is for and the nature of the debtor's interest**

**State the term remaining**

**List the contract number of any government contract**

Customer Agreement(s) and all related purchase order(s) (if any) re: Job #15144 - Stanford 74-75

Kone Inc. - San Leandro Office, Attn: Accounts Payable, San Leandro, CA 94577

2.169 **State what the contract or lease is for and the nature of the debtor's interest**

**State the term remaining**

**List the contract number of any government contract**

Customer Agreement(s) and all related purchase order(s) (if any) re: Job #15184 - 955 S El Camino

Kone Inc. - San Leandro Office, Attn: Accounts Payable, San Leandro, CA 94577

2.170 **State what the contract or lease is for and the nature of the debtor's interest**

**State the term remaining**

**List the contract number of any government contract**

Customer Agreement(s) and all related purchase order(s) (if any) re: Job #A493 - 235 Montgomery Street, SF

Kone Inc. - San Leandro Office, Attn: Accounts Payable, San Leandro, CA 94577

2.171 **State what the contract or lease is for and the nature of the debtor's interest**

**State the term remaining**

**List the contract number of any government contract**

Customer Agreement(s) and all related purchase order(s) (if any) re: Job #A494 - 235 Montgomery Street, SF

Kone Inc. - San Leandro Office, Attn: Accounts Payable, San Leandro, CA 94577

| | | |
|---|---|---|
| 2.172 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #A495 - 235 Montgomery Street, SF |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |
| | | Kone Inc. - San Leandro Office, Attn: Accounts Payable, San Leandro, CA 94577 |
| 2.173 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #A511 - Genesis Marina, 3500 |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |
| | | Kone Inc. - San Leandro Office, Attn: Accounts Payable, San Leandro, CA 94577 |
| 2.174 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #A574C - 201 Spear St Shuttle Cab |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |
| | | Kone Inc. - San Leandro Office, Attn: Accounts Payable, San Leandro, CA 94577 |
| 2.175 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #A688 - 300 Kansas Street |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |
| | | Kone Inc. - San Leandro Office, Attn: Accounts Payable, San Leandro, CA 94577 |
| 2.176 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #A756 - 855 Battery |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |
| | | Kone Inc. - San Leandro Office, Attn: Accounts Payable, San Leandro, CA 94577 |
| 2.177 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #A776 - 1000 Market |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |
| | | Kone Inc. - San Leandro Office, Attn: Accounts Payable, San Leandro, CA 94577 |

2.178 **State what the contract or lease is for and the nature of the debtor's interest**
**State the term remaining**
**List the contract number of any government contract**

Customer Agreement(s) and all related purchase order(s) (if any) re: Job #A788 - Stanford 300P Elevators

Kone Inc. - San Leandro Office, Attn: Accounts Payable, San Leandro, CA 94577

2.179 **State what the contract or lease is for and the nature of the debtor's interest**
**State the term remaining**
**List the contract number of any government contract**

Customer Agreement(s) and all related purchase order(s) (if any) re: Job #A797 - Cisco SJC11- 350 E Tasman

Kone Inc. - San Leandro Office, Attn: Accounts Payable, San Leandro, CA 94577

2.180 **State what the contract or lease is for and the nature of the debtor's interest**
**State the term remaining**
**List the contract number of any government contract**

Customer Agreement(s) and all related purchase order(s) (if any) re: Job #A818 - Emeryville Center of

Kone Inc. - San Leandro Office, Attn: Accounts Payable, San Leandro, CA 94577

2.181 **State what the contract or lease is for and the nature of the debtor's interest**
**State the term remaining**
**List the contract number of any government contract**

Customer Agreement(s) and all related purchase order(s) (if any) re: Job #A848 - SFIA Terminal 1

Kone Inc. - San Leandro Office, Attn: Accounts Payable, San Leandro, CA 94577

2.182 **State what the contract or lease is for and the nature of the debtor's interest**
**State the term remaining**
**List the contract number of any government contract**

Customer Agreement(s) and all related purchase order(s) (if any) re: Job #A852 - Stanford 300P Elevator

Kone Inc. - San Leandro Office, Attn: Accounts Payable, San Leandro, CA 94577

2.183 **State what the contract or lease is for and the nature of the debtor's interest**
**State the term remaining**
**List the contract number of any government contract**

Customer Agreement(s) and all related purchase order(s) (if any) re: Job #A855 - LPCH Cab#56

Kone Inc. - San Leandro Office, Attn: Accounts Payable, San Leandro, CA 94577

2.184 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #A891 - Stanford Cab 78-79 | Kone Inc. - San Leandro Office, Attn: Accounts Payable, San Leandro, CA 94577
| **State the term remaining** | |
| **List the contract number of any government contract** | |

2.185 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #A892 - Stanford 300P Elevator | Kone Inc. - San Leandro Office, Attn: Accounts Payable, San Leandro, CA 94577
| **State the term remaining** | |
| **List the contract number of any government contract** | |

2.186 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #A897 - 300 Kansas - Handrails | Kone Inc. - San Leandro Office, Attn: Accounts Payable, San Leandro, CA 94577
| **State the term remaining** | |
| **List the contract number of any government contract** | |

2.187 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #15068 - 222 Dexter Pit Grating | Kone Inc. - Seattle Office, 8343 154th Ave NE Suite 100, Redmond, WA 98052
| **State the term remaining** | |
| **List the contract number of any government contract** | |

2.188 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #A603 - Amazon Bellevue 600 | Kone Inc. - Seattle Office, 8343 154th Ave NE Suite 100, Redmond, WA 98052
| **State the term remaining** | |
| **List the contract number of any government contract** | |

2.189 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #A617 - Amazon Bellevue 600 - | Kone Inc. - Seattle Office, 8343 154th Ave NE Suite 100, Redmond, WA 98052
| **State the term remaining** | |
| **List the contract number of any government contract** | |

| 2.190 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #A739 - 1200 Stewart Pit Platform | Kone Inc. - Seattle Office, 8343 154th Ave NE Suite 100, Redmond, WA 98052 |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.191 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #A753 - 1200 Stewart | Kone Inc. - Seattle Office, 8343 154th Ave NE Suite 100, Redmond, WA 98052 |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.192 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #A748 - Red Wind Casino | Korsmo Construction, 1940 E D St., Ste 300, Tacoma, WA 98421 |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.193 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #A871 - 2940 16th St | Lakeside Company, 505 14th St., Oakland, CA 94612 |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.194 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #A881 - 851 Irwin St | Lakeside Company, 505 14th St., Oakland, CA 94612 |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.195 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #A857 - 1916 Boren | Lease Crutcher Lewis, 2200 Western Ave., #500, Seattle, WA 98121 |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor  Unique Elevator Interiors, LLC.
        Name

Case number *(if known)* 24-10358

| 2.196 | State what the contract or lease is for and the nature of the debtor's interest | Employee/Worker LLC Surety Bond License #795495 | Liberty Mutual, 790 The City Drive South, Suite 200, Orange, CA 92868 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.197 | State what the contract or lease is for and the nature of the debtor's interest | Vehicle Credit Agreement - 2023 Ford Ranger (Vehicle) | Livermore Auto Group, 2266 Kitty Hawk Rd, Livermore, CA 94551 |
| | State the term remaining | | |
| | List the contract number of any government contract | 6/24/2028 | |

| 2.198 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #A665 - 75 Hawthorne - Freight | Manulife Investment Management, 75 Hawthorne Street, San Francisco, CA 94105 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.199 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #A640 - 609 Sutter St - Marines | Marines' Memorial Association, 609 Sutter Street, San Francisco, CA 94102 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.200 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14396 - Park Day School | Metro Elevator - NorCal, 45 Lansing Street, San Francisco, CA 94105 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.201 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14403 - Park Day School | Metro Elevator - NorCal, 45 Lansing Street, San Francisco, CA 94105 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.202 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14543 - Park Day School | Metro Elevator - NorCal, 45 Lansing Street, San Francisco, CA 94105 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.203 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14787 - 2300 Contra Costa Blvd | Metro Elevator - NorCal, 45 Lansing Street, San Francisco, CA 94105 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.204 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14890 - City of San Jose, Parking | Metro Elevator - NorCal, 45 Lansing Street, San Francisco, CA 94105 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.205 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14907 - 95 3rd Street | Metro Elevator - NorCal, 45 Lansing Street, San Francisco, CA 94105 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.206 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #15097 - 2300 Contra Costa Blvd | Metro Elevator - NorCal, 45 Lansing Street, San Francisco, CA 94105 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.207 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #15112 - SJ Garages, 4th Street | Metro Elevator - NorCal, 45 Lansing Street, San Francisco, CA 94105 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

2.208 **State what the contract or lease is for and the nature of the debtor's interest**
**State the term remaining**
**List the contract number of any government contract**

Customer Agreement(s) and all related purchase order(s) (if any) re: Job #15113 - SJ Garages, 45 N. Market

Metro Elevator - NorCal, 45 Lansing Street, San Francisco, CA 94105

2.209 **State what the contract or lease is for and the nature of the debtor's interest**
**State the term remaining**
**List the contract number of any government contract**

Customer Agreement(s) and all related purchase order(s) (if any) re: Job #15114 - SJ Garages, 95 N. Third

Metro Elevator - NorCal, 45 Lansing Street, San Francisco, CA 94105

2.210 **State what the contract or lease is for and the nature of the debtor's interest**
**State the term remaining**
**List the contract number of any government contract**

Customer Agreement(s) and all related purchase order(s) (if any) re: Job #15154 - 120 Gramercy

Metro Elevator - NorCal, 45 Lansing Street, San Francisco, CA 94105

2.211 **State what the contract or lease is for and the nature of the debtor's interest**
**State the term remaining**
**List the contract number of any government contract**

Customer Agreement(s) and all related purchase order(s) (if any) re: Job #A906 - 1660 Olympic Blvd, WC

Milestone Holdings, 500 La Gonda Way, Suite 207, Danville, CA 94526

2.212 **State what the contract or lease is for and the nature of the debtor's interest**
**State the term remaining**
**List the contract number of any government contract**

Customer Agreement(s) and all related purchase order(s) (if any) re: Job #13477 - Mission Rock Parcel B

Mitsubishi Electric US, Inc., Elevators and Escalators Divis, Oakland, CA 94621

2.213 **State what the contract or lease is for and the nature of the debtor's interest**
**State the term remaining**
**List the contract number of any government contract**

Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14499 - 121 - 131 Steuart

Mitsubishi Electric US, Inc., Elevators and Escalators Divis, Oakland, CA 94621

Debtor    Unique Elevator Interiors, LLC
    Name

Case number *(if known)* 24-10358

| 2.214 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14522 - Palace Hotel; Car 8 | Mitsubishi Electric US, Inc., Elevators and Escalators Divis, Oakland, CA 94621 |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.215 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14531 - Palace Hotel, Car 8 | Mitsubishi Electric US, Inc., Elevators and Escalators Divis, Oakland, CA 94621 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.216 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14587 - 1340 Clay; SF | Mitsubishi Electric US, Inc., Elevators and Escalators Divis, Oakland, CA 94621 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.217 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14599 - Hotel Nikko Escalators | Mitsubishi Electric US, Inc., Elevators and Escalators Divis, Oakland, CA 94621 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.218 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14609 - Mission Rock Parcel B | Mitsubishi Electric US, Inc., Elevators and Escalators Divis, Oakland, CA 94621 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.219 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14637 - A Frame / Shop Tools | Mitsubishi Electric US, Inc., Elevators and Escalators Divis, Oakland, CA 94621 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor    Unique Elevator Interiors, LLC
   Name

Case number (if known) 24-10358

| | | |
|---|---|---|
| 2.220 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14642 - I-Beam / Shop Tools |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |

Mitsubishi Electric US, Inc., Elevators and Escalators Divis, Oakland, CA 94621

| | | |
|---|---|---|
| 2.221 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14652 - Oyster Point PH2; Bldg D |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |

Mitsubishi Electric US, Inc., Elevators and Escalators Divis, Oakland, CA 94621

| | | |
|---|---|---|
| 2.222 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14653 - Oyster Point PH2; Bldg E |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |

Mitsubishi Electric US, Inc., Elevators and Escalators Divis, Oakland, CA 94621

| | | |
|---|---|---|
| 2.223 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14654 - Oyster Point PH2; Bldg F |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |

Mitsubishi Electric US, Inc., Elevators and Escalators Divis, Oakland, CA 94621

| | | |
|---|---|---|
| 2.224 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14659 - Mission Rock, Parcel F |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |

Mitsubishi Electric US, Inc., Elevators and Escalators Divis, Oakland, CA 94621

| | | |
|---|---|---|
| 2.225 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14682 - Oyster Point |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |

Mitsubishi Electric US, Inc., Elevators and Escalators Divis, Oakland, CA 94621

Debtor  Unique Elevator Interiors, LLC
Name

Case number *(if known)* 24-10358

| 2.226 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14868 - Omni Hotel, SF | Mitsubishi Electric US, Inc., Elevators and Escalators Divis, Oakland, CA 94621 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.227 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14935 - Omni Hotel | Mitsubishi Electric US, Inc., Elevators and Escalators Divis, Oakland, CA 94621 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.228 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14957 - 1340 Clay; SF | Mitsubishi Electric US, Inc., Elevators and Escalators Divis, Oakland, CA 94621 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.229 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14979 - Tasman East Coterie | Mitsubishi Electric US, Inc., Elevators and Escalators Divis, Oakland, CA 94621 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.230 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14981 - 2905 Stender Way, SC | Mitsubishi Electric US, Inc., Elevators and Escalators Divis, Oakland, CA 94621 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.231 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #15016 - Tasman East Coterie | Mitsubishi Electric US, Inc., Elevators and Escalators Divis, Oakland, CA 94621 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

2.232  **State what the contract or lease is for and the nature of the debtor's interest**
**State the term remaining**
**List the contract number of any government contract**

Customer Agreement(s) and all related purchase order(s) re: Job #15020 - 222 Sutter, Four Seasons

Mitsubishi Electric US, Inc., Elevators and Escalators Divis, Oakland, CA 94621

2.233  **State what the contract or lease is for and the nature of the debtor's interest**
**State the term remaining**
**List the contract number of any government contract**

Customer Agreement(s) and all related purchase order(s) (if any) re: Job #15028 - 1340 Clay

Mitsubishi Electric US, Inc., Elevators and Escalators Divis, Oakland, CA 94621

2.234  **State what the contract or lease is for and the nature of the debtor's interest**
**State the term remaining**
**List the contract number of any government contract**

Customer Agreement(s) and all related purchase order(s) (if any) re: Job #15062 - Cable Separator Tool

Mitsubishi Electric US, Inc., Elevator/Escalator Division, 5900-A Katella Avenue, Cypress, CA 90630

2.235  **State what the contract or lease is for and the nature of the debtor's interest**
**State the term remaining**
**List the contract number of any government contract**

Customer Agreement(s) and all related purchase order(s) (if any) re: Job #15115 - 300 Lake

Mitsubishi Electric US, Inc., Elevators and Escalators Divis, Oakland, CA 94621

2.236  **State what the contract or lease is for and the nature of the debtor's interest**
**State the term remaining**
**List the contract number of any government contract**

Customer Agreement(s) and all related purchase order(s) (if any) re: Job #15130 - 300 Lake

Mitsubishi Electric US, Inc., Elevators and Escalators Divis, Oakland, CA 94621

2.237  **State what the contract or lease is for and the nature of the debtor's interest**
**State the term remaining**
**List the contract number of any government contract**

Customer Agreement(s) and all related purchase order(s) (if any) re: Job #15132 - 300 Lake

Mitsubishi Electric US, Inc., Elevators and Escalators Divis, Oakland, CA 94621

| | | |
|---|---|---|
| 2.238 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #15152 - Residential Tower | Mitsubishi Electric US, Inc., Elevators and Escalators Divis, Oakland, CA 94621 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.239 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #A781 - 302 NE Northgate - Target | Mitsubishi Electric US, Inc., Elevator/Escalator Division, 5900-A Katella Avenue, Cypress, CA 90630 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.240 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #A784 - 1401 2nd Ave - Target | Mitsubishi Electric US, Inc., Elevator/Escalator Division, 5900-A Katella Avenue, Cypress, CA 90630 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.241 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #A821 - 121 Steuart | Mitsubishi Electric US, Inc., Elevators and Escalators Divis, Oakland, CA 94621 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.242 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #A822 - 131 Steuart St - Frieze | Mitsubishi Electric US, Inc., Elevators and Escalators Divis, Oakland, CA 94621 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.243 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #A867 - 4th and Bell, Elev 01 (A) | Mitsubishi Electric US, Inc., 5900-A Katella Ave, Cypress, CA 90630 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.244 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #A868 - 4th and Bell, Elev 02-03 | Mitsubishi Electric US, Inc., 5900-A Katella Ave, Cypress, CA 90630 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.245 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #A878 - 1340 Clay St/Montaire HOA | Mitsubishi Electric US, Inc., Elevators and Escalators Divis, Oakland, CA 94621 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.246 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #A883 - 1401 2nd Ave - Target | Mitsubishi Electric US, Inc., Elevator/Escalator Division, 5900-A Katella Avenue, Cypress, CA 90630 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.247 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #A911 - 170 Baytech | Mitsubishi Electric US, Inc., Elevators and Escalators Divis, Oakland, CA 94621 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.248 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #A913 - The Commodore | Mitsubishi Electric US, Inc., Elevator/Escalator Division, Cypress, CA 90630 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.249 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #15026 - 1340 Clay St/Montaire HOA | Montaire c/o HOA Organizers, 20847 Sherman Way, Penthouse, Winnetka, CA 91306 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

2.250 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #A793 - 1960 Vallejo Street | Nineteen Sixty Vallejo Street, 1960 Vallejo Street, San Francisco, CA 94123
| **State the term remaining** | |
| **List the contract number of any government contract** | |

2.251 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #A782 - River Terrace Inn - Napa | Noble House Hotels, 600 6th Street South, Kirkland, WA 98033
| **State the term remaining** | |
| **List the contract number of any government contract** | |

2.252 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #A850 - 84 W Santa Clara - | OPI Builders, 1202 Lincoln Ave., Suite 10, San Jose, CA 95125
| **State the term remaining** | |
| **List the contract number of any government contract** | |

2.253 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #A829 - 930 De Guigne Drive | Orchard Commercial, 3350 Thomas Road, Suite 201, Santa Clara, CA 95054
| **State the term remaining** | |
| **List the contract number of any government contract** | |

2.254 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #A830 - 950 De Guigne Dr | Orchard Commercial, 3350 Thomas Road, Suite 201, Santa Clara, CA 95054
| **State the term remaining** | |
| **List the contract number of any government contract** | |

2.255 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #A669 - Disneyland - Paradise | Otis Elevator Co. Los Angeles, 11760 US Hwy 1, Palm Beach Gardens, FL 33408
| **State the term remaining** | |
| **List the contract number of any government contract** | |

| 2.256 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #A695 - 3577 Overland Ave. - aka | Otis Elevator Co. Los Angeles, 11760 US Hwy 1, Palm Beach Gardens, FL 33408 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.257 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #A729 - 1800 Beverly Blvd | Otis Elevator Co. Los Angeles, 11760 US Hwy 1, Palm Beach Gardens, FL 33408 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.258 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #A851 - Olympic + Hill - 230 W. | Otis Elevator Co. Los Angeles, 11760 US Hwy 1, Palm Beach Gardens, FL 33408 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.259 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #A869 - Disney - PPH - Ceilings | Otis Elevator Co. Los Angeles, 11760 US Hwy 1, Palm Beach Gardens, FL 33408 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.260 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14326 - Secure Storage | Otis Elevator Co. Oakland, 11760 US Hwy 1, Palm Beach Gardens, FL 33408 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.261 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14520 - Mill District Phase I | Otis Elevator Co. Oakland, 11760 US Hwy 1, Palm Beach Gardens, FL 33408 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor  Unique Elevator Interiors, LLC
        Name

Case number *(if known)* 24-10358

| | | |
|---|---|---|
| 2.262 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14629 - Oakland Airport Cab Floor |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |

Otis Elevator Co. Oakland, 11760 US Hwy 1, Palm Beach Gardens, FL 33408

| | | |
|---|---|---|
| 2.263 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14849 - 600 Addison |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |

Otis Elevator Co. Oakland, 11760 US Hwy 1, Palm Beach Gardens, FL 33408

| | | |
|---|---|---|
| 2.264 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #15000 - 401 Tunnel (1 of 2) |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |

Otis Elevator Co. Oakland, 11760 US Hwy 1, Palm Beach Gardens, FL 33408

| | | |
|---|---|---|
| 2.265 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #15046 - 401 Tunnel Rd (2 of 2) |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |

Otis Elevator Co. Oakland, 11760 US Hwy 1, Palm Beach Gardens, FL 33408

| | | |
|---|---|---|
| 2.266 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #15128 - SFPUC Biodigester Bld 600 |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |

Otis Elevator Co. Oakland, 11760 US Hwy 1, Palm Beach Gardens, FL 33408

| | | |
|---|---|---|
| 2.267 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #A841 - La Bahia - 215 Beach St |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |

Otis Elevator Co. Oakland, 11760 US Hwy 1, Palm Beach Gardens, FL 33408

2.268 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #A907 - 100 Van Ness Ave | Otis Elevator Co. Oakland, 11760 US Hwy 1, Palm Beach Gardens, FL 33408
| **State the term remaining** | |
| **List the contract number of any government contract** | |

2.269 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14576 - Great Hearts SS Plates | Otis Elevator Co. Phoenix, 11760 US Hwy 1, Suite W600, Palm Beach Gardens, FL 33408
| **State the term remaining** | |
| **List the contract number of any government contract** | |

2.270 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14602 - Great Hearts Veritas | Otis Elevator Co. Phoenix, 11760 US Hwy 1, Suite W600, Palm Beach Gardens, FL 33408
| **State the term remaining** | |
| **List the contract number of any government contract** | |

2.271 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14853 - Wells Fargo Doghouse - | Otis Elevator Co. Phoenix, 11760 US Hwy 1, Suite W600, Palm Beach Gardens, FL 33408
| **State the term remaining** | |
| **List the contract number of any government contract** | |

2.272 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14875 - 1SC Otis Hall Lantern | Otis Elevator Co. Phoenix, 11760 US Hwy 1, Suite W600, Palm Beach Gardens, FL 33408
| **State the term remaining** | |
| **List the contract number of any government contract** | |

2.273 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14883 - Bronze Tri-Flame | Otis Elevator Co. Phoenix, 11760 US Hwy 1, Suite W600, Palm Beach Gardens, FL 33408
| **State the term remaining** | |
| **List the contract number of any government contract** | |

| | | |
|---|---|---|
| 2.274 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14891 - Wells Fargo Doghouse - | Otis Elevator Co. Phoenix, 11760 US Hwy 1, Suite W600, Palm Beach Gardens, FL 33408 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.275 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14971 - Phoenician Face Plates | Otis Elevator Co. Phoenix, 11760 US Hwy 1, Suite W600, Palm Beach Gardens, FL 33408 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.276 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #15159 - Toe Guard - Bulleri | Otis Elevator Co. Phoenix, 11760 US Hwy 1, Suite W600, Palm Beach Gardens, FL 33408 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.277 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #A575 - 651 Bannon Street, | Otis Elevator Co. Sacramento, 11760 US Hwy 1, Suite W600, Palm Beach Gardens, FL 33408 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.278 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #A637 - 651 Bannon - Cladding | Otis Elevator Co. Sacramento, 11760 US Hwy 1, Suite W600, Palm Beach Gardens, FL 33408 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.279 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #A811 - Sutter Buhler | Otis Elevator Co. Sacramento, 11760 US Hwy 1, Suite W600, Palm Beach Gardens, FL 33408 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.280 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #A845 - UCSD Hillcrest | Otis Elevator Co. San Diego, 11760 US Hwy 1, Suite W600, Palm Beach Gardens, CA 33408 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.281 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #13468 - Serra Point | Otis Elevator Co. San Jose, 11760 US Hwy 1, Palm Beach Gardens, FL 33408 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.282 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #13473 - 500 Arguello | Otis Elevator Co. San Jose, 11760 US Hwy 1, Palm Beach Gardens, FL 33408 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.283 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #13914 - 675 N. First Street | Otis Elevator Co. San Jose, 11760 US Hwy 1, Palm Beach Gardens, FL 33408 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.284 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #13916 - Mission Towers I | Otis Elevator Co. San Jose, 11760 US Hwy 1, Palm Beach Gardens, FL 33408 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.285 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #13917 - Mission Towers II | Otis Elevator Co. San Jose, 11760 US Hwy 1, Palm Beach Gardens, FL 33408 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.286 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #13925 - Mission Towers 1 | Otis Elevator Co. San Jose, 11760 US Hwy 1, Palm Beach Gardens, FL 33408 |
| --- | --- | --- | --- |
| 2.287 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #13926 - Mission Towers 2 | Otis Elevator Co. San Jose, 11760 US Hwy 1, Palm Beach Gardens, FL 33408 |
| 2.288 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #13958 - Sierra Point Towers - 800 | Otis Elevator Co. San Jose, 11760 US Hwy 1, Palm Beach Gardens, FL 33408 |
| 2.289 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #13959 - Sierra Point Towers - | Otis Elevator Co. San Jose, 11760 US Hwy 1, Palm Beach Gardens, FL 33408 |
| 2.290 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14240 - 2000 Sierra Point Pkwy | Otis Elevator Co. San Jose, 11760 US Hwy 1, Palm Beach Gardens, FL 33408 |
| 2.291 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14300 - 1730, 1732, 1734 N. 1st S | Otis Elevator Co. San Jose, 11760 US Hwy 1, Palm Beach Gardens, FL 33408 |

| 2.292 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14341 - 675 N first St., SJ | Otis Elevator Co. San Jose, 11760 US Hwy 1, Palm Beach Gardens, FL 33408 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.293 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14369 - Ritz Carlton | Otis Elevator Co. San Jose, 11760 US Hwy 1, Palm Beach Gardens, FL 33408 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.294 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14370 - 265 Lytton Palo Alto | Otis Elevator Co. San Jose, 11760 US Hwy 1, Palm Beach Gardens, FL 33408 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.295 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14606 - Sunnyvale Business Park | Otis Elevator Co. San Jose, 11760 US Hwy 1, Palm Beach Gardens, FL 33408 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.296 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14657 - SFPUC | Otis Elevator Co. San Jose, 11760 US Hwy 1, Palm Beach Gardens, FL 33408 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.297 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14731 - El Camino Women's Hospital | Otis Elevator Co. San Jose, 11760 US Hwy 1, Palm Beach Gardens, FL 33408 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor  Unique Elevator Interiors, LLC
Name

Case number *(if known)* 24-10358

| 2.298 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14732 - 460 California | Otis Elevator Co. San Jose, 11760 US Hwy 1, Palm Beach Gardens, FL 33408 |
| 2.299 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14737 - Mission Towers 2 | Otis Elevator Co. San Jose, 11760 US Hwy 1, Palm Beach Gardens, FL 33408 |
| 2.300 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14744 - Kaiser Daly City | Otis Elevator Co. San Jose, 11760 US Hwy 1, Palm Beach Gardens, FL 33408 |
| 2.301 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14825 - Sunnyvale Business Park | Otis Elevator Co. San Jose, 11760 US Hwy 1, Palm Beach Gardens, FL 33408 |
| 2.302 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14852 - SFPUC Biodigester 615 | Otis Elevator Co. San Jose, 11760 US Hwy 1, Palm Beach Gardens, FL 33408 |
| 2.303 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14861 - SFPUC Biodigester 610 | Otis Elevator Co. San Jose, 11760 US Hwy 1, Palm Beach Gardens, FL 33408 |

| 2.304 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14934 - Lincoln Glenn, San Jose | Otis Elevator Co. San Jose, 11760 US Hwy 1, Palm Beach Gardens, FL 33408 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.305 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #15010 - 2000 Sierra Point Towers | Otis Elevator Co. San Jose, 11760 US Hwy 1, Palm Beach Gardens, FL 33408 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.306 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #15042 - 240 s Taaffe Sunnyvale | Otis Elevator Co. San Jose, 11760 US Hwy 1, Palm Beach Gardens, FL 33408 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.307 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #A518 - 1950 Charleston, Mountain | Otis Elevator Co. San Jose, 11760 US Hwy 1, Palm Beach Gardens, FL 33408 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.308 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #A585 - 901 Cherry - Google | Otis Elevator Co. San Jose, 11760 US Hwy 1, Palm Beach Gardens, FL 33408 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.309 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #A694 - 1350 Grundy Ln-Google SBO | Otis Elevator Co. San Jose, 11760 US Hwy 1, Palm Beach Gardens, FL 33408 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor  Unique Elevator Interiors, LLC
        Name                                                        Case number *(if known)* 24-10358

| 2.310 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #A704 - 1730 North 1st Street | Otis Elevator Co. San Jose, 11760 US Hwy 1, Palm Beach Gardens, FL 33408 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.311 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #A707 - Genentech B6 - 660 Forbes | Otis Elevator Co. San Jose, 11760 US Hwy 1, Palm Beach Gardens, FL 33408 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.312 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #A728 - 223 Twin Dolphin Drive - | Otis Elevator Co. San Jose, 11760 US Hwy 1, Palm Beach Gardens, FL 33408 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.313 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #A767 - 580 Arrastradero - Tan | Otis Elevator Co. San Jose, 11760 US Hwy 1, Palm Beach Gardens, FL 33408 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.314 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #A809 - 3260 Bayshore Blvd | Otis Elevator Co. San Jose, 11760 US Hwy 1, Palm Beach Gardens, FL 33408 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.315 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #A844 - 1625 The Alameda - CLS | Otis Elevator Co. San Jose, 11760 US Hwy 1, Palm Beach Gardens, FL 33408 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

2.316 **State what the contract or lease is for and the nature of the debtor's interest**
**State the term remaining**
**List the contract number of any government contract**

Customer Agreement(s) and all related purchase order(s) (if any) re: Job #A890 - 303 Bryant St.

Otis Elevator Co. San Jose, 11760 US Hwy 1, Palm Beach Gardens, FL 33408

2.317 **State what the contract or lease is for and the nature of the debtor's interest**
**State the term remaining**
**List the contract number of any government contract**

Customer Agreement(s) and all related purchase order(s) (if any) re: Job #A914 - 5353 Almaden Plaza

Otis Elevator Co. San Jose, 11760 US Hwy 1, Palm Beach Gardens, FL 33408

2.318 **State what the contract or lease is for and the nature of the debtor's interest**
**State the term remaining**
**List the contract number of any government contract**

Customer Agreement(s) and all related purchase order(s) (if any) re: Job #12284 - Rainier Tower Lobby Lante

Otis Elevator Co. Seattle, 11760 US Hwy 1, Palm Beach Gardens, FL 33408

2.319 **State what the contract or lease is for and the nature of the debtor's interest**
**State the term remaining**
**List the contract number of any government contract**

Customer Agreement(s) and all related purchase order(s) (if any) re: Job #12910 - Rainier Tower Transoms

Otis Elevator Co. Seattle, 11760 US Hwy 1, Palm Beach Gardens, FL 33408

2.320 **State what the contract or lease is for and the nature of the debtor's interest**
**State the term remaining**
**List the contract number of any government contract**

Customer Agreement(s) and all related purchase order(s) (if any) re: Job #13191 - Centerpoint COP Main 1

Otis Elevator Co. Seattle, 11760 US Hwy 1, Palm Beach Gardens, FL 33408

2.321 **State what the contract or lease is for and the nature of the debtor's interest**
**State the term remaining**
**List the contract number of any government contract**

Customer Agreement(s) and all related purchase order(s) (if any) re: Job #13192 - Centerpoint COP Main 2

Otis Elevator Co. Seattle, 11760 US Hwy 1, Palm Beach Gardens, FL 33408

Debtor  Unique Elevator Interiors, LLC
        Name

Case number *(if known)* 24-10358

| 2.322 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #13278 - Centerpoint Aux Swings | Otis Elevator Co. Seattle, 11760 US Hwy 1, Palm Beach Gardens, FL 33408 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.323 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #13464 - Seattle Municipal Tower | Otis Elevator Co. Seattle, 11760 US Hwy 1, Palm Beach Gardens, FL 33408 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.324 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14127 - Peoples' Storage Traveler | Otis Elevator Co. Seattle, 11760 US Hwy 1, Suite W600, Palm Beach Gardens, FL 33408 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.325 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14270 - Court in the Square Lobby | Otis Elevator Co. Seattle, 11760 US Hwy 1, Suite W600, Palm Beach Gardens, FL 33408 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.326 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14351 - Harbor Step Doors | Otis Elevator Co. Seattle, 11760 US Hwy 1, Suite W600, Palm Beach Gardens, FL 33408 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.327 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14355 - Court in the Square Toe | Otis Elevator Co. Seattle, 11760 US Hwy 1, Suite W600, Palm Beach Gardens, FL 33408 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.328 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14363 - Court in the Square Plate | Otis Elevator Co. Seattle, 11760 US Hwy 1, Suite W600, Palm Beach Gardens, FL 33408 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.329 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14375 - 110 Virginia Fixture | Otis Elevator Co. Seattle, 11760 US Hwy 1, Suite W600, Palm Beach Gardens, FL 33408 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.330 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14478 - Centerpoint Toe Guard | Otis Elevator Co. Seattle, 11760 US Hwy 1, Suite W600, Palm Beach Gardens, FL 33408 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.331 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14539 - Tower 801 Toe Guards | Otis Elevator Co. Seattle, 11760 US Hwy 1, Suite W600, Palm Beach Gardens, FL 33408 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.332 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14544 - S1- Sound Deadening | Otis Elevator Co. Seattle, 11760 US Hwy 1, Suite W600, Palm Beach Gardens, FL 33408 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.333 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14578 - SMT Face Plates | Otis Elevator Co. Seattle, 11760 US Hwy 1, Suite W600, Palm Beach Gardens, FL 33408 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

Debtor   Unique Elevator Interiors, LLC
         Name
                                          Case number *(if known)* 24-10358

| | | |
|---|---|---|
| 2.334 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14666 - Centerpoint |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |

Otis Elevator Co. Seattle, 11760 US Hwy 1, Suite W600, Palm Beach Gardens, FL 33408

| | | |
|---|---|---|
| 2.335 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14698 - Court in the Square Toe |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |

Otis Elevator Co. Seattle, 11760 US Hwy 1, Suite W600, Palm Beach Gardens, FL 33408

| | | |
|---|---|---|
| 2.336 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14699 - Centerpoint Machine Guard |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |

Otis Elevator Co. Seattle, 11760 US Hwy 1, Suite W600, Palm Beach Gardens, FL 33408

| | | |
|---|---|---|
| 2.337 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14735 - Columbia Center Pads |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |

Otis Elevator Co. Seattle, 11760 US Hwy 1, Palm Beach Gardens, FL 33408

| | | |
|---|---|---|
| 2.338 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14736 - Yesler Block 4 |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |

Otis Elevator Co. Seattle, 11760 US Hwy 1, Palm Beach Gardens, FL 33408

| | | |
|---|---|---|
| 2.339 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14750 - Centerpoint Governor |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |

Otis Elevator Co. Seattle, 11760 US Hwy 1, Suite W600, Palm Beach Gardens, FL 33408

Debtor  Unique Elevator Interiors, LLC
        Name
                                                      Case number *(if known)* 24-10358

| 2.340 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14771 - Court in the Square Toe | Otis Elevator Co. Seattle, 11760 US Hwy 1, Suite W600, Palm Beach Gardens, FL 33408 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.341 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14806 - Centerpoint Machine | Otis Elevator Co. Seattle, 11760 US Hwy 1, Suite W600, Palm Beach Gardens, FL 33408 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.342 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14807 - Harbor Steps Toe Guard | Otis Elevator Co. Seattle, 11760 US Hwy 1, Suite W600, Palm Beach Gardens, FL 33408 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.343 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14830 - Plaza Yarrow Bay Front | Otis Elevator Co. Seattle, 11760 US Hwy 1, Suite W600, Palm Beach Gardens, FL 33408 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.344 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14872 - TRC Tower Cab Extension | Otis Elevator Co. Seattle, 11760 US Hwy 1, Palm Beach Gardens, FL 33408 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.345 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14897 - Harbor Steps Door Re-skin | Otis Elevator Co. Seattle, 11760 US Hwy 1, Suite W600, Palm Beach Gardens, FL 33408 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.346 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14951 - Amazon 1.0 Diamond Plate | Otis Elevator Co. Seattle, 11760 US Hwy 1, Suite W600, Palm Beach Gardens, FL 33408 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.347 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14967 - Madison Tower Lobby Panel | Otis Elevator Co. Seattle, 11760 US Hwy 1, Suite W600, Palm Beach Gardens, FL 33408 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.348 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14969 - Centerpoint Machine | Otis Elevator Co. Seattle, 11760 US Hwy 1, Suite W600, Palm Beach Gardens, FL 33408 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.349 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #15013 - Carillon Point Toe Guards | Otis Elevator Co. Seattle, 11760 US Hwy 1, Suite W600, Palm Beach Gardens, FL 33408 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.350 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #15031 - Amazon 1.0 Silk Screen | Otis Elevator Co. Seattle, 11760 US Hwy 1, Suite W600, Palm Beach Gardens, FL 33408 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.351 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #15071 - Yarrow Bay Return Panel # | Otis Elevator Co. Seattle, 11760 US Hwy 1, Suite W600, Palm Beach Gardens, FL 33408 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.352 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #15091 - Plaza Yarrow Bay Toe Guar | Otis Elevator Co. Seattle, 11760 US Hwy 1, Suite W600, Palm Beach Gardens, FL 33408 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.353 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #15096 - Belgrove Court Machine | Otis Elevator Co. Seattle, 11760 US Hwy 1, Suite W600, Palm Beach Gardens, FL 33408 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.354 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #15099 - Belgrove Court | Otis Elevator Co. Seattle, 11760 US Hwy 1, Suite W600, Palm Beach Gardens, FL 33408 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.355 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #15101 - SMT Car 34 | Otis Elevator Co. Seattle, 11760 US Hwy 1, Suite W600, Palm Beach Gardens, FL 33408 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.356 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #15102 - SMT Car 34 Back Box | Otis Elevator Co. Seattle, 11760 US Hwy 1, Suite W600, Palm Beach Gardens, FL 33408 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.357 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #15103 - Belgrove Court Traveler | Otis Elevator Co. Seattle, 11760 US Hwy 1, Suite W600, Palm Beach Gardens, FL 33408 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor  Unique Elevator Interiors, LLC
Name

Case number *(if known)* 24-10358

| 2.358 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #15116 - SMT Door Re-Skin | Otis Elevator Co. Seattle, 11760 US Hwy 1, Suite W600, Palm Beach Gardens, FL 33408 |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.359 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #15137 - Athena-North Car | Otis Elevator Co. Seattle, 11760 US Hwy 1, Suite W600, Palm Beach Gardens, FL 33408 |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.360 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #15149 - Belgrove Court Door Build | Otis Elevator Co. Seattle, 11760 US Hwy 1, Suite W600, Palm Beach Gardens, FL 33408 |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.361 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #15151 - Amazon Fixture Plate | Otis Elevator Co. Seattle, 11760 US Hwy 1, Suite W600, Palm Beach Gardens, FL 33408 |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.362 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #A741 - Unison | Otis Elevator Co. Seattle, 11760 US Hwy 1, Palm Beach Gardens, FL 33408 |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.363 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #A778 - Rainier Tower | Otis Elevator Co. Seattle, 11760 US Hwy 1, Palm Beach Gardens, FL 33408 |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| | | |
|---|---|---|
| 2.364 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #A824 - Redmond Place Apartments |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |

Otis Elevator Co. Seattle, 11760 US Hwy 1, Palm Beach Gardens, FL 33408

| | | |
|---|---|---|
| 2.365 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #A833 - Pine Building |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |

Otis Elevator Co. Seattle, 11760 US Hwy 1, Palm Beach Gardens, FL 33408

| | | |
|---|---|---|
| 2.366 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #A835 - 4415 SW Oregon |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |

Otis Elevator Co. Seattle, 11760 US Hwy 1, Palm Beach Gardens, FL 33408

| | | |
|---|---|---|
| 2.367 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #A847 - Urbana |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |

Otis Elevator Co. Seattle, 11760 US Hwy 1, Palm Beach Gardens, FL 33408

| | | |
|---|---|---|
| 2.368 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #A858 - Almquist Place |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |

Otis Elevator Co. Seattle, 11760 US Hwy 1, Palm Beach Gardens, FL 33408

| | | |
|---|---|---|
| 2.369 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #A864 - 1505 Westlake Ave N - |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |

Otis Elevator Co. Seattle, 11760 US Hwy 1, Palm Beach Gardens, FL 33408

2.370 **State what the contract or lease is for and the nature of the debtor's interest**

Customer Agreement(s) and all related purchase order(s) (if any) re: Job #11963 - Workday 5928 Stoneridge

Otis Elevator Co.San Francisco, 11760 US Hwy 1, Palm Beach Gardens, FL 33408

**State the term remaining**

**List the contract number of any government contract**

2.371 **State what the contract or lease is for and the nature of the debtor's interest**

Customer Agreement(s) and all related purchase order(s) (if any) re: Job #11964 - 101 Second St.

Otis Elevator Co.San Francisco, 11760 US Hwy 1, Palm Beach Gardens, FL 33408

**State the term remaining**

**List the contract number of any government contract**

2.372 **State what the contract or lease is for and the nature of the debtor's interest**

Customer Agreement(s) and all related purchase order(s) (if any) re: Job #11967 - Work Day Garage Car

Otis Elevator Co.San Francisco, 11760 US Hwy 1, Palm Beach Gardens, FL 33408

**State the term remaining**

**List the contract number of any government contract**

2.373 **State what the contract or lease is for and the nature of the debtor's interest**

Customer Agreement(s) and all related purchase order(s) (if any) re: Job #12112 - Workday Traction Cars A-D

Otis Elevator Co.San Francisco, 11760 US Hwy 1, Palm Beach Gardens, FL 33408

**State the term remaining**

**List the contract number of any government contract**

2.374 **State what the contract or lease is for and the nature of the debtor's interest**

Customer Agreement(s) and all related purchase order(s) (if any) re: Job #12113 - Workday Parking Garage

Otis Elevator Co.San Francisco, 11760 US Hwy 1, Palm Beach Gardens, FL 33408

**State the term remaining**

**List the contract number of any government contract**

2.375 **State what the contract or lease is for and the nature of the debtor's interest**

Customer Agreement(s) and all related purchase order(s) (if any) re: Job #12734 - 101 Second St.

Otis Elevator Co.San Francisco, 11760 US Hwy 1, Palm Beach Gardens, FL 33408

**State the term remaining**

**List the contract number of any government contract**

| 2.376 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #13074 - 180 Howard | Otis Elevator Co.San Francisco, 11760 US Hwy 1, Palm Beach Gardens, FL 33408 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.377 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #13498 - Workday 5928 Stoneridge | Otis Elevator Co.San Francisco, 11760 US Hwy 1, Palm Beach Gardens, FL 33408 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.378 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #13892 - 50 California | Otis Elevator Co.San Francisco, 11760 US Hwy 1, Palm Beach Gardens, FL 33408 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.379 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #13957 - 150 California | Otis Elevator Co.San Francisco, 11760 US Hwy 1, Palm Beach Gardens, FL 33408 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.380 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #13965 - 2238 Geary | Otis Elevator Co.San Francisco, 11760 US Hwy 1, Palm Beach Gardens, FL 33408 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.381 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14125 - Transamerica - 600 | Otis Elevator Co.San Francisco, 11760 US Hwy 1, Palm Beach Gardens, FL 33408 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.382 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14159 - 2411 Broadway | Otis Elevator Co.San Francisco, 11760 US Hwy 1, Palm Beach Gardens, FL 33408 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.383 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14218 - 255 California | Otis Elevator Co.San Francisco, 11760 US Hwy 1, Palm Beach Gardens, FL 33408 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.384 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14234 - 180 Howard | Otis Elevator Co.San Francisco, 11760 US Hwy 1, Palm Beach Gardens, FL 33408 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.385 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14361 - Otis Shop | Otis Elevator Co.San Francisco, 11760 US Hwy 1, Palm Beach Gardens, FL 33408 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.386 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14381 - 50 California | Otis Elevator Co.San Francisco, 11760 US Hwy 1, Palm Beach Gardens, FL 33408 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.387 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14467 - UCSF MSB, Car 9 | Otis Elevator Co.San Francisco, 11760 US Hwy 1, Palm Beach Gardens, FL 33408 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| | | | |
|---|---|---|---|
| 2.388 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14471 - One Tenth Street | Otis Elevator Co.San Francisco, 11760 US Hwy 1, Palm Beach Gardens, FL 33408 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.389 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14477 - 50 California | Otis Elevator Co.San Francisco, 11760 US Hwy 1, Palm Beach Gardens, FL 33408 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.390 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14498 - Kaiser 785 Hickey Blvd | Otis Elevator Co.San Francisco, 11760 US Hwy 1, Palm Beach Gardens, FL 33408 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.391 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14624 - 50 Cal; Freight Car | Otis Elevator Co.San Francisco, 11760 US Hwy 1, Palm Beach Gardens, FL 33408 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.392 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14646 - Berkeley Commons | Otis Elevator Co.San Francisco, 11760 US Hwy 1, Palm Beach Gardens, FL 33408 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.393 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14671 - 50 Cal | Otis Elevator Co.San Francisco, 11760 US Hwy 1, Palm Beach Gardens, FL 33408 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.394 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14686 - Berkeley Commons | Otis Elevator Co.San Francisco, 11760 US Hwy 1, Palm Beach Gardens, FL 33408 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.395 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14779 - Bishop Ranch Car 18/19 | Otis Elevator Co.San Francisco, 11760 US Hwy 1, Palm Beach Gardens, FL 33408 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.396 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14782 - 50 California | Otis Elevator Co.San Francisco, 11760 US Hwy 1, Palm Beach Gardens, FL 33408 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.397 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14785 - Bishop Ranch Car 12/13 | Otis Elevator Co.San Francisco, 11760 US Hwy 1, Palm Beach Gardens, FL 33408 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.398 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14786 - Bishop Ranch Car 14 | Otis Elevator Co.San Francisco, 11760 US Hwy 1, Palm Beach Gardens, FL 33408 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.399 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14794 - 550 Terry A FranÃ§ois Blv | Otis Elevator Co.San Francisco, 11760 US Hwy 1, Palm Beach Gardens, FL 33408 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.400 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14896 - Sutter Buhler, Sacramento | Otis Elevator Co.San Francisco, 11760 US Hwy 1, Palm Beach Gardens, FL 33408 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.401 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14931 - 1301 Harbor Bay Parkway | Otis Elevator Co.San Francisco, 11760 US Hwy 1, Palm Beach Gardens, FL 33408 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.402 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14962 - 50 Cal | Otis Elevator Co.San Francisco, 11760 US Hwy 1, Palm Beach Gardens, FL 33408 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.403 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #15098 - 1730 1732 1734 N First St | Otis Elevator Co.San Francisco, 11760 US Hwy 1, Palm Beach Gardens, FL 33408 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.404 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #15141 - Kaiser Daly City | Otis Elevator Co.San Francisco, 11760 US Hwy 1, Palm Beach Gardens, FL 33408 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.405 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #A547 - 55 Hawthorne St, San | Otis Elevator Co.San Francisco, 11760 US Hwy 1, Palm Beach Gardens, FL 33408 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.406 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #A609 - 135 Main Street, SF | Otis Elevator Co.San Francisco, 11760 US Hwy 1, Palm Beach Gardens, FL 33408 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.407 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #A621 - 2238 Geary - Kaiser Geary | Otis Elevator Co.San Francisco, 11760 US Hwy 1, Palm Beach Gardens, FL 33408 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.408 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #A657 - 2525 Van Ness Avenue | Otis Elevator Co.San Francisco, 11760 US Hwy 1, Palm Beach Gardens, FL 33408 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.409 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #A659 - 2685 Ventura Ave - Santa | Otis Elevator Co.San Francisco, 11760 US Hwy 1, Palm Beach Gardens, FL 33408 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.410 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #A675 - 180 Howard | Otis Elevator Co.San Francisco, 11760 US Hwy 1, Palm Beach Gardens, FL 33408 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.411 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #A717 - 255 California CLS Clean | Otis Elevator Co.San Francisco, 11760 US Hwy 1, Palm Beach Gardens, FL 33408 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.412 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #A752 - 1950 Oxford Street | Otis Elevator Co.San Francisco, 11760 US Hwy 1, Palm Beach Gardens, FL 33408 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.413 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #A764 - 600 Montgomery St - | Otis Elevator Co.San Francisco, 11760 US Hwy 1, Palm Beach Gardens, FL 33408 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.414 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #A769 - 48 Stockton | Otis Elevator Co.San Francisco, 11760 US Hwy 1, Palm Beach Gardens, FL 33408 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.415 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #A770 - Kaiser Walnut Creek - | Otis Elevator Co.San Francisco, 11760 US Hwy 1, Palm Beach Gardens, FL 33408 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.416 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #A794 - 101 Second Street - | Otis Elevator Co.San Francisco, 11760 US Hwy 1, Palm Beach Gardens, FL 33408 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.417 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #A798 - 302 Silver - Jewish | Otis Elevator Co.San Francisco, 11760 US Hwy 1, Palm Beach Gardens, FL 33408 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.418 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #A807 - 832 Folsom - Mod 2023 | Otis Elevator Co.San Francisco, 11760 US Hwy 1, Palm Beach Gardens, FL 33408 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.419 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #A820 - 1301 Harbor Bay Parkway | Otis Elevator Co.San Francisco, 11760 US Hwy 1, Palm Beach Gardens, FL 33408 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.420 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #A825 - Transamerica T2- 505 | Otis Elevator Co.San Francisco, 11760 US Hwy 1, Palm Beach Gardens, FL 33408 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.421 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #A827 - 800 Addison - Berkeley | Otis Elevator Co.San Francisco, 11760 US Hwy 1, Palm Beach Gardens, FL 33408 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.422 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #A882 - Workday Building 5928 - | Otis Elevator Co.San Francisco, 11760 US Hwy 1, Palm Beach Gardens, FL 33408 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.423 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #A889 - 1776 Green St | Otis Elevator Co.San Francisco, 11760 US Hwy 1, Palm Beach Gardens, FL 33408 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.424 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #A904 - Sutter Buhler-Cabs 1 & 3 | Otis Elevator Co.San Francisco, 11760 US Hwy 1, Palm Beach Gardens, FL 33408 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.425 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14178 - Shop Parts | Otis OAK Elevator Company, 11760 US Hwy 1, Suite W600, Palm Beach Gardens, FL 33408 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.426 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14238 - UCSF 3rd St, S.F. - Car 1 | Otis OAK Elevator Company, 11760 US Hwy 1, Suite W600, Palm Beach Gardens, FL 33408 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.427 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14239 - UCSF 3rd St, S.F. - car 2 | Otis OAK Elevator Company, 11760 US Hwy 1, Suite W600, Palm Beach Gardens, FL 33408 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.428 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14711 - CPMC Davies | Otis OAK Elevator Company, 11760 US Hwy 1, Suite W600, Palm Beach Gardens, FL 33408 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.429 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14719 - Oakland Airport, Elev. 7 | Otis OAK Elevator Company, 11760 US Hwy 1, Suite W600, Palm Beach Gardens, FL 33408 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

2.430 **State what the contract or lease is for and the nature of the debtor's interest**
**State the term remaining**
**List the contract number of any government contract**

Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14803 - 1510 Webster St. Oakland

Otis OAK Elevator Company, 11760 US Hwy 1, Suite W600, Palm Beach Gardens, FL 33408

2.431 **State what the contract or lease is for and the nature of the debtor's interest**
**State the term remaining**
**List the contract number of any government contract**

Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14862 - 1200 Park Avenue,

Otis OAK Elevator Company, 11760 US Hwy 1, Suite W600, Palm Beach Gardens, FL 33408

2.432 **State what the contract or lease is for and the nature of the debtor's interest**
**State the term remaining**
**List the contract number of any government contract**

Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14888 - Albany Graduate Housing

Otis OAK Elevator Company, 11760 US Hwy 1, Suite W600, Palm Beach Gardens, FL 33408

2.433 **State what the contract or lease is for and the nature of the debtor's interest**
**State the term remaining**
**List the contract number of any government contract**

Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14904 - 531 Bryant

Otis OAK Elevator Company, 11760 US Hwy 1, Suite W600, Palm Beach Gardens, FL 33408

2.434 **State what the contract or lease is for and the nature of the debtor's interest**
**State the term remaining**
**List the contract number of any government contract**

Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14912 - 1510 Webster, Oakland

Otis OAK Elevator Company, 11760 US Hwy 1, Suite W600, Palm Beach Gardens, FL 33408

2.435 **State what the contract or lease is for and the nature of the debtor's interest**
**State the term remaining**
**List the contract number of any government contract**

Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14940 - 66 Franklin

Otis OAK Elevator Company, 11760 US Hwy 1, Suite W600, Palm Beach Gardens, FL 33408

| 2.436 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14955 - Dublin Holiday Inn | Otis OAK Elevator Company, 11760 US Hwy 1, Suite W600, Palm Beach Gardens, FL 33408 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.437 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #15001 - City Hall | Otis OAK Elevator Company, 11760 US Hwy 1, Suite W600, Palm Beach Gardens, FL 33408 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.438 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #15004 - The Mill District | Otis OAK Elevator Company, 11760 US Hwy 1, Suite W600, Palm Beach Gardens, FL 33408 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.439 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #15023 - Pit Ladder - AMD Block 4 | Otis OAK Elevator Company, 11760 US Hwy 1, Suite W600, Palm Beach Gardens, FL 33408 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.440 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #15024 - 24th & Waverly | Otis OAK Elevator Company, 11760 US Hwy 1, Suite W600, Palm Beach Gardens, FL 33408 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.441 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #15025 - 805 71st Ave. | Otis OAK Elevator Company, 11760 US Hwy 1, Suite W600, Palm Beach Gardens, FL 33408 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

Debtor  Unique Elevator Interiors, LLC
Name

Case number *(if known)* 24-10358

| 2.442 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #15058 - 1463 Lombard | Otis OAK Elevator Company, 11760 US Hwy 1, Suite W600, Palm Beach Gardens, FL 33408 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.443 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #15073 - 1097 Howard | Otis OAK Elevator Company, 11760 US Hwy 1, Suite W600, Palm Beach Gardens, FL 33408 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.444 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #15074 - AMD Block 4 (N1T749) | Otis OAK Elevator Company, 11760 US Hwy 1, Suite W600, Palm Beach Gardens, FL 33408 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.445 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #15080 - 10 10th St., Oakland | Otis OAK Elevator Company, 11760 US Hwy 1, Suite W600, Palm Beach Gardens, FL 33408 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.446 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #15122 - Kaiser Walnut Creek | Otis OAK Elevator Company, 11760 US Hwy 1, Suite W600, Palm Beach Gardens, FL 33408 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.447 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #15123 - Richards Blvd | Otis OAK Elevator Company, 11760 US Hwy 1, Suite W600, Palm Beach Gardens, FL 33408 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.448 | State what the contract or lease is for and the nature of the debtor's interest State the term remaining List the contract number of any government contract | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #15160 - Albany Graduate Housing | Otis OAK Elevator Company, 11760 US Hwy 1, Suite W600, Palm Beach Gardens, FL 33408 |
| 2.449 | State what the contract or lease is for and the nature of the debtor's interest State the term remaining List the contract number of any government contract | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14894 - CalSTRS | Otis SAC Elevator Company, 11760 US Hwy 1, Suite W600, Palm Beach Gardens, FL 33408 |
| 2.450 | State what the contract or lease is for and the nature of the debtor's interest State the term remaining List the contract number of any government contract | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #15147 - Sutter Buhler | Otis SAC Elevator Company, 11760 US Hwy 1, Suite W600, Palm Beach Gardens, FL 33408 |
| 2.451 | State what the contract or lease is for and the nature of the debtor's interest State the term remaining List the contract number of any government contract | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #13717 - 888 O'Farrell | Otis SF Elevator Company, 11760 US Hwy 1, Suite W600, Palm Beach Gardens, FL 33408 |
| 2.452 | State what the contract or lease is for and the nature of the debtor's interest State the term remaining List the contract number of any government contract | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14207 - 611 Mason | Otis SF Elevator Company, 11760 US Hwy 1, Suite W600, Palm Beach Gardens, FL 33408 |
| 2.453 | State what the contract or lease is for and the nature of the debtor's interest State the term remaining List the contract number of any government contract | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14264 - 580 California | Otis SF Elevator Company, 11760 US Hwy 1, Suite W600, Palm Beach Gardens, FL 33408 |

| 2.454 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14319 - 135 Main | Otis SF Elevator Company, 11760 US Hwy 1, Suite W600, Palm Beach Gardens, FL 33408 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.455 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14383 - 150 California, S.F. | Otis SF Elevator Company, 11760 US Hwy 1, Suite W600, Palm Beach Gardens, FL 33408 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.456 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14388 - 611 Mason | Otis SF Elevator Company, 11760 US Hwy 1, Suite W600, Palm Beach Gardens, FL 33408 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.457 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14398 - 50 California | Otis SF Elevator Company, 11760 US Hwy 1, Suite W600, Palm Beach Gardens, FL 33408 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.458 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14399 - Kaiser Daly City | Otis SF Elevator Company, 11760 US Hwy 1, Suite W600, Palm Beach Gardens, FL 33408 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.459 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14402 - 888 O'Farrell | Otis SF Elevator Company, 11760 US Hwy 1, Suite W600, Palm Beach Gardens, FL 33408 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor  <u>Unique Elevator Interiors, LLC</u>
Name

Case number *(if known)* <u>24-10358</u>

| 2.460 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14424 - 135 Main | Otis SF Elevator Company, 11760 US Hwy 1, Suite W600, Palm Beach Gardens, FL 33408 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.461 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14441 - 2238 Geary | Otis SF Elevator Company, 11760 US Hwy 1, Suite W600, Palm Beach Gardens, FL 33408 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.462 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14458 - 2238 Geary | Otis SF Elevator Company, 11760 US Hwy 1, Suite W600, Palm Beach Gardens, FL 33408 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.463 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14459 - Kaiser Oakland, Car 10 | Otis SF Elevator Company, 11760 US Hwy 1, Suite W600, Palm Beach Gardens, FL 33408 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.464 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14460 - Kaiser Piedmont | Otis SF Elevator Company, 11760 US Hwy 1, Suite W600, Palm Beach Gardens, FL 33408 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.465 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14463 - 180 Howard | Otis SF Elevator Company, 11760 US Hwy 1, Suite W600, Palm Beach Gardens, FL 33408 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.466 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14475 - 611 Mason | Otis SF Elevator Company, 11760 US Hwy 1, Suite W600, Palm Beach Gardens, FL 33408 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.467 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14480 - Transamerica | Otis SF Elevator Company, 11760 US Hwy 1, Suite W600, Palm Beach Gardens, FL 33408 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.468 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14481 - Workday 5928 Stoneridge | Otis SF Elevator Company, 11760 US Hwy 1, Suite W600, Palm Beach Gardens, FL 33408 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.469 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14486 - Kaiser Daly City | Otis SF Elevator Company, 11760 US Hwy 1, Suite W600, Palm Beach Gardens, FL 33408 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.470 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14490 - 435 Pacific | Otis SF Elevator Company, 11760 US Hwy 1, Suite W600, Palm Beach Gardens, FL 33408 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.471 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14494 - 2238 Geary | Otis SF Elevator Company, 11760 US Hwy 1, Suite W600, Palm Beach Gardens, FL 33408 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.472 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14502 - 1 Tenth Street | Otis SF Elevator Company, 11760 US Hwy 1, Suite W600, Palm Beach Gardens, FL 33408 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.473 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14503 - Workday Delivery | Otis SF Elevator Company, 11760 US Hwy 1, Suite W600, Palm Beach Gardens, FL 33408 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.474 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14506 - 50 California | Otis SF Elevator Company, 11760 US Hwy 1, Suite W600, Palm Beach Gardens, FL 33408 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.475 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14514 - 100 Bush | Otis SF Elevator Company, 11760 US Hwy 1, Suite W600, Palm Beach Gardens, FL 33408 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.476 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14515 - 2525 Van Ness | Otis SF Elevator Company, 11760 US Hwy 1, Suite W600, Palm Beach Gardens, FL 33408 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.477 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14527 - 100 Bush | Otis SF Elevator Company, 11760 US Hwy 1, Suite W600, Palm Beach Gardens, FL 33408 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.478 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14529 - 50 Cal | Otis SF Elevator Company, 11760 US Hwy 1, Suite W600, Palm Beach Gardens, FL 33408 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.479 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14532 - 199 Fremont | Otis SF Elevator Company, 11760 US Hwy 1, Suite W600, Palm Beach Gardens, FL 33408 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.480 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14535 - 1483 Sutter | Otis SF Elevator Company, 11760 US Hwy 1, Suite W600, Palm Beach Gardens, FL 33408 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.481 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14538 - CPMC Davies | Otis SF Elevator Company, 11760 US Hwy 1, Suite W600, Palm Beach Gardens, FL 33408 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.482 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14548 - 888 O'Farrell | Otis SF Elevator Company, 11760 US Hwy 1, Suite W600, Palm Beach Gardens, FL 33408 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.483 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14549 - Workday 5928 Stoneridge | Otis SF Elevator Company, 11760 US Hwy 1, Suite W600, Palm Beach Gardens, FL 33408 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.484 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14558 - 450 Sutter | Otis SF Elevator Company, 11760 US Hwy 1, Suite W600, Palm Beach Gardens, FL 33408 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.485 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14564 - Kaiser Union City | Otis SF Elevator Company, 11760 US Hwy 1, Suite W600, Palm Beach Gardens, FL 33408 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.486 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14566 - Kaiser Antioch | Otis SF Elevator Company, 11760 US Hwy 1, Suite W600, Palm Beach Gardens, FL 33408 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.487 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14569 - Kaiser Walnut Creek | Otis SF Elevator Company, 11760 US Hwy 1, Suite W600, Palm Beach Gardens, FL 33408 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.488 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14570 - 180 Howard | Otis SF Elevator Company, 11760 US Hwy 1, Suite W600, Palm Beach Gardens, FL 33408 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.489 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14572 - 611 Mason; SF | Otis SF Elevator Company, 11760 US Hwy 1, Suite W600, Palm Beach Gardens, FL 33408 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.490 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14573 - Transamerica; 600 Montg. | Otis SF Elevator Company, 11760 US Hwy 1, Suite W600, Palm Beach Gardens, FL 33408 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.491 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14600 - 250 Montgomery | Otis SF Elevator Company, 11760 US Hwy 1, Suite W600, Palm Beach Gardens, FL 33408 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.492 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14601 - 611 Mason | Otis SF Elevator Company, 11760 US Hwy 1, Suite W600, Palm Beach Gardens, FL 33408 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.493 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14611 - 100 Bush | Otis SF Elevator Company, 11760 US Hwy 1, Suite W600, Palm Beach Gardens, FL 33408 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.494 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14614 - Center 21 | Otis SF Elevator Company, 11760 US Hwy 1, Suite W600, Palm Beach Gardens, FL 33408 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.495 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14623 - 2425 Geary / Kaiser | Otis SF Elevator Company, 11760 US Hwy 1, Suite W600, Palm Beach Gardens, FL 33408 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.496 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14639 - 2238 Geary | Otis SF Elevator Company, 11760 US Hwy 1, Suite W600, Palm Beach Gardens, FL 33408 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.497 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14643 - Transamerica | Otis SF Elevator Company, 11760 US Hwy 1, Suite W600, Palm Beach Gardens, FL 33408 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.498 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14663 - 50 Cal | Otis SF Elevator Company, 11760 US Hwy 1, Suite W600, Palm Beach Gardens, FL 33408 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.499 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14665 - 2238 Geary; Car 7 | Otis SF Elevator Company, 11760 US Hwy 1, Suite W600, Palm Beach Gardens, FL 33408 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.500 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14676 - Gantry Beam | Otis SF Elevator Company, 11760 US Hwy 1, Suite W600, Palm Beach Gardens, FL 33408 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.501 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14677 - 101 Second St., SF | Otis SF Elevator Company, 11760 US Hwy 1, Suite W600, Palm Beach Gardens, FL 33408 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.502 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14678 - 1 Tenth Street | Otis SF Elevator Company, 11760 US Hwy 1, Suite W600, Palm Beach Gardens, FL 33408 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.503 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14691 - 303 2nd St. | Otis SF Elevator Company, 11760 US Hwy 1, Suite W600, Palm Beach Gardens, FL 33408 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.504 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14694 - 199 Fremont | Otis SF Elevator Company, 11760 US Hwy 1, Suite W600, Palm Beach Gardens, FL 33408 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.505 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14696 - 180 Howard | Otis SF Elevator Company, 11760 US Hwy 1, Suite W600, Palm Beach Gardens, FL 33408 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.506 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14700 - Kaiser Union City | Otis SF Elevator Company, 11760 US Hwy 1, Suite W600, Palm Beach Gardens, FL 33408 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.507 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14715 - Sutter Buhler, Sacramento | Otis SF Elevator Company, 11760 US Hwy 1, Suite W600, Palm Beach Gardens, FL 33408 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.508 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14716 - 600 Montgomery | Otis SF Elevator Company, 11760 US Hwy 1, Suite W600, Palm Beach Gardens, FL 33408 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.509 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14754 - Transamerica; 600 | Otis SF Elevator Company, 11760 US Hwy 1, Suite W600, Palm Beach Gardens, FL 33408 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.510 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14759 - UCSF Parnassus | Otis SF Elevator Company, 11760 US Hwy 1, Suite W600, Palm Beach Gardens, FL 33408 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.511 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14761 - 1730 N First St. | Otis SF Elevator Company, 11760 US Hwy 1, Suite W600, Palm Beach Gardens, FL 33408 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.512 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14762 - 611 Mason | Otis SF Elevator Company, 11760 US Hwy 1, Suite W600, Palm Beach Gardens, FL 33408 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.513 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14765 - Transamerica; 600 | Otis SF Elevator Company, 11760 US Hwy 1, Suite W600, Palm Beach Gardens, FL 33408 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.514 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14776 - 50 California | Otis SF Elevator Company, 11760 US Hwy 1, Suite W600, Palm Beach Gardens, FL 33408 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.515 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14777 - Kaiser Daly City | Otis SF Elevator Company, 11760 US Hwy 1, Suite W600, Palm Beach Gardens, FL 33408 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.516 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14778 - 55 Hawthorne | Otis SF Elevator Company, 11760 US Hwy 1, Suite W600, Palm Beach Gardens, FL 33408 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.517 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14804 - 100 Bush | Otis SF Elevator Company, 11760 US Hwy 1, Suite W600, Palm Beach Gardens, FL 33408 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.518 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14808 - 100 Bush St. | Otis SF Elevator Company, 11760 US Hwy 1, Suite W600, Palm Beach Gardens, FL 33408 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.519 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14817 - Grantry Beam Assembly | Otis SF Elevator Company, 11760 US Hwy 1, Suite W600, Palm Beach Gardens, FL 33408 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.520 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14828 - Kaiser Union City | Otis SF Elevator Company, 11760 US Hwy 1, Suite W600, Palm Beach Gardens, FL 33408 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.521 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14833 - 2140 Taylor St. SF | Otis SF Elevator Company, 11760 US Hwy 1, Suite W600, Palm Beach Gardens, FL 33408 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.522 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14859 - 888 O'Farrell | Otis SF Elevator Company, 11760 US Hwy 1, Suite W600, Palm Beach Gardens, FL 33408 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.523 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14873 - UCSF, Elev. 7 | Otis SF Elevator Company, 11760 US Hwy 1, Suite W600, Palm Beach Gardens, FL 33408 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.524 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14880 - 8000 Sierra Point Pkwy | Otis SF Elevator Company, 11760 US Hwy 1, Suite W600, Palm Beach Gardens, FL 33408 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.525 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14881 - 8000 Sierra Point Pkwy | Otis SF Elevator Company, 11760 US Hwy 1, Suite W600, Palm Beach Gardens, FL 33408 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

Debtor  Unique Elevator Interiors, LLC
_____
Name

Case number *(if known)* 24-10358
_____

| | | | |
|---|---|---|---|
| 2.526 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14885 - Tioga, Merced | Otis SF Elevator Company, 11760 US Hwy 1, Suite W600, Palm Beach Gardens, FL 33408 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.527 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14887 - 6 Locksley | Otis SF Elevator Company, 11760 US Hwy 1, Suite W600, Palm Beach Gardens, FL 33408 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.528 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14924 - 600 Battery | Otis SF Elevator Company, 11760 US Hwy 1, Suite W600, Palm Beach Gardens, FL 33408 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.529 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14963 - 600 Battery | Otis SF Elevator Company, 11760 US Hwy 1, Suite W600, Palm Beach Gardens, FL 33408 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.530 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14970 - 6 Locksley | Otis SF Elevator Company, 11760 US Hwy 1, Suite W600, Palm Beach Gardens, FL 33408 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.531 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14976 - 5920 Geary | Otis SF Elevator Company, 11760 US Hwy 1, Suite W600, Palm Beach Gardens, FL 33408 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.532 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14985 - Transamerica | Otis SF Elevator Company, 11760 US Hwy 1, Suite W600, Palm Beach Gardens, FL 33408 |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.533 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14987 - Kaiser Walnut Creek | Otis SF Elevator Company, 11760 US Hwy 1, Suite W600, Palm Beach Gardens, FL 33408 |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.534 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #15002 - 50 Cal | Otis SF Elevator Company, 11760 US Hwy 1, Suite W600, Palm Beach Gardens, FL 33408 |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.535 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #15003 - 50 Cal | Otis SF Elevator Company, 11760 US Hwy 1, Suite W600, Palm Beach Gardens, FL 33408 |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.536 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #15007 - 220 Park, Burlingame | Otis SF Elevator Company, 11760 US Hwy 1, Suite W600, Palm Beach Gardens, FL 33408 |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.537 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #15029 - UC Berkeley Helen Diller | Otis SF Elevator Company, 11760 US Hwy 1, Suite W600, Palm Beach Gardens, FL 33408 |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| | | |
|---|---|---|
| 2.538 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #15032 - UC Berkeley Helen Diller | Otis SF Elevator Company, 11760 US Hwy 1, Suite W600, Palm Beach Gardens, FL 33408 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.539 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #15037 - 2190 Broadway | Otis SF Elevator Company, 11760 US Hwy 1, Suite W600, Palm Beach Gardens, FL 33408 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.540 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #15055 - 2525 Van Ness | Otis SF Elevator Company, 11760 US Hwy 1, Suite W600, Palm Beach Gardens, FL 33408 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.541 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #15057 - 8000 Marina Pkwy | Otis SF Elevator Company, 11760 US Hwy 1, Suite W600, Palm Beach Gardens, FL 33408 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.542 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #15076 - 450 Mission SF | Otis SF Elevator Company, 11760 US Hwy 1, Suite W600, Palm Beach Gardens, FL 33408 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.543 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #15077 - 875 Stevenson | Otis SF Elevator Company, 11760 US Hwy 1, Suite W600, Palm Beach Gardens, FL 33408 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| | | |
|---|---|---|
| 2.544 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #15078 - Kaiser Daly City | Otis SF Elevator Company, 11760 US Hwy 1, Suite W600, Palm Beach Gardens, FL 33408 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.545 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #15079 - Sutter Buhler | Otis SF Elevator Company, 11760 US Hwy 1, Suite W600, Palm Beach Gardens, FL 33408 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.546 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #15081 - 55 Hawthorne | Otis SF Elevator Company, 11760 US Hwy 1, Suite W600, Palm Beach Gardens, FL 33408 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.547 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #15082 - 555 California | Otis SF Elevator Company, 11760 US Hwy 1, Suite W600, Palm Beach Gardens, FL 33408 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.548 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #15094 - 180 Howard | Otis SF Elevator Company, 11760 US Hwy 1, Suite W600, Palm Beach Gardens, FL 33408 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.549 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #15118 - 2140 Taylor St. | Otis SF Elevator Company, 11760 US Hwy 1, Suite W600, Palm Beach Gardens, FL 33408 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.550 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #15120 - 1730 1732 1734 N First St | Otis SF Elevator Company, 11760 US Hwy 1, Suite W600, Palm Beach Gardens, FL 33408 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.551 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #15125 - 150 California | Otis SF Elevator Company, 11760 US Hwy 1, Suite W600, Palm Beach Gardens, FL 33408 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.552 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #15126 - ACLS Millbrae, 230 Adrean | Otis SF Elevator Company, 11760 US Hwy 1, Suite W600, Palm Beach Gardens, FL 33408 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.553 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #15127 - ACLS Millbrae, 230 Adrean | Otis SF Elevator Company, 11760 US Hwy 1, Suite W600, Palm Beach Gardens, FL 33408 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.554 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #15155 - 832 Folsom, Car 2 | Otis SF Elevator Company, 11760 US Hwy 1, Suite W600, Palm Beach Gardens, FL 33408 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.555 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #15165 - 1730 N First St. | Otis SF Elevator Company, 11760 US Hwy 1, Suite W600, Palm Beach Gardens, FL 33408 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor  Unique Elevator Interiors, LLC
        Name

Case number *(if known)* 24-10358

| | | |
|---|---|---|
| 2.556 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #15173 - 55 Hawthorne |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |

Otis SF Elevator Company, 11760 US Hwy 1, Suite W600, Palm Beach Gardens, FL 33408

| | | |
|---|---|---|
| 2.557 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #15174 - 180 Howard, SF |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |

Otis SF Elevator Company, 11760 US Hwy 1, Suite W600, Palm Beach Gardens, FL 33408

| | | |
|---|---|---|
| 2.558 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #15176 - 55 Hawthorne |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |

Otis SF Elevator Company, 11760 US Hwy 1, Suite W600, Palm Beach Gardens, FL 33408

| | | |
|---|---|---|
| 2.559 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #13246 - El Camino Women's Hospital |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |

Otis SJ Elevator Company, 11760 US Hwy 1, Suite W600, Palm Beach Gardens, FL 33408

| | | |
|---|---|---|
| 2.560 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14141 - Mission Towers 2 |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |

Otis SJ Elevator Company, 11760 US Hwy 1, Suite W600, Palm Beach Gardens, FL 33408

| | | |
|---|---|---|
| 2.561 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14315 - 500 Arguello |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |

Otis SJ Elevator Company, 11760 US Hwy 1, Suite W600, Palm Beach Gardens, FL 33408

| 2.562 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14335 - Grand Bay Hotel | Otis SJ Elevator Company, 11760 US Hwy 1, Suite W600, Palm Beach Gardens, FL 33408 |
|  | **State the term remaining** | | |
|  | **List the contract number of any government contract** | | |
| 2.563 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14354 - 189 Bascom, S.J. | Otis SJ Elevator Company, 11760 US Hwy 1, Suite W600, Palm Beach Gardens, FL 33408 |
|  | **State the term remaining** | | |
|  | **List the contract number of any government contract** | | |
| 2.564 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14366 - 2000 Marina Parkway | Otis SJ Elevator Company, 11760 US Hwy 1, Suite W600, Palm Beach Gardens, FL 33408 |
|  | **State the term remaining** | | |
|  | **List the contract number of any government contract** | | |
| 2.565 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14404 - 500 Arguello | Otis SJ Elevator Company, 11760 US Hwy 1, Suite W600, Palm Beach Gardens, FL 33408 |
|  | **State the term remaining** | | |
|  | **List the contract number of any government contract** | | |
| 2.566 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14462 - 1900 Broadway, Oakland | Otis SJ Elevator Company, 11760 US Hwy 1, Suite W600, Palm Beach Gardens, FL 33408 |
|  | **State the term remaining** | | |
|  | **List the contract number of any government contract** | | |
| 2.567 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14482 - Tan Plaza | Otis SJ Elevator Company, 11760 US Hwy 1, Suite W600, Palm Beach Gardens, FL 33408 |
|  | **State the term remaining** | | |
|  | **List the contract number of any government contract** | | |

| 2.568 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14484 - 1900 Broadway | Otis SJ Elevator Company, 11760 US Hwy 1, Suite W600, Palm Beach Gardens, FL 33408 |
|---|---|---|---|
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.569 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14501 - 1900 Broadway | Otis SJ Elevator Company, 11760 US Hwy 1, Suite W600, Palm Beach Gardens, FL 33408 |
|---|---|---|---|
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.570 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14507 - Mission Towers 1 | Otis SJ Elevator Company, 11760 US Hwy 1, Suite W600, Palm Beach Gardens, FL 33408 |
|---|---|---|---|
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.571 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14513 - 901 16th St. Flower Mart | Otis SJ Elevator Company, 11760 US Hwy 1, Suite W600, Palm Beach Gardens, FL 33408 |
|---|---|---|---|
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.572 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14528 - Grand Bay Hotel | Otis SJ Elevator Company, 11760 US Hwy 1, Suite W600, Palm Beach Gardens, FL 33408 |
|---|---|---|---|
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.573 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14533 - 1900 Broadway; Oakland | Otis SJ Elevator Company, 11760 US Hwy 1, Suite W600, Palm Beach Gardens, FL 33408 |
|---|---|---|---|
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

Debtor   Unique Elevator Interiors, LLC
         Name
                                                    Case number *(if known)* 24-10358

| | | |
|---|---|---|
| 2.574 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14534 - Tan Plaza; Los Altos |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |

Otis SJ Elevator Company, 11760 US Hwy 1, Suite W600, Palm Beach Gardens, FL 33408

| | | |
|---|---|---|
| 2.575 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14541 - Sunnyvale Business Park; |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |

Otis SJ Elevator Company, 11760 US Hwy 1, Suite W600, Palm Beach Gardens, FL 33408

| | | |
|---|---|---|
| 2.576 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14555 - 8000 Sierra Point Pkwy |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |

Otis SJ Elevator Company, 11760 US Hwy 1, Suite W600, Palm Beach Gardens, FL 33408

| | | |
|---|---|---|
| 2.577 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14585 - 1900 Broadway; Oakland |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |

Otis SJ Elevator Company, 11760 US Hwy 1, Suite W600, Palm Beach Gardens, FL 33408

| | | |
|---|---|---|
| 2.578 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14590 - Google |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |

Otis SJ Elevator Company, 11760 US Hwy 1, Suite W600, Palm Beach Gardens, FL 33408

| | | |
|---|---|---|
| 2.579 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14592 - UCSC |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |

Otis SJ Elevator Company, 11760 US Hwy 1, Suite W600, Palm Beach Gardens, FL 33408

Debtor    Unique Elevator Interiors, LLC
          Name                                                          Case number *(if known)* 24-10358

| 2.580 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14617 - 1900 Broadway; Oakland | Otis SJ Elevator Company, 11760 US Hwy 1, Suite W600, Palm Beach Gardens, FL 33408 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.581 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14636 - 150 Industrial Way | Otis SJ Elevator Company, 11760 US Hwy 1, Suite W600, Palm Beach Gardens, FL 33408 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.582 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14638 - Genentech | Otis SJ Elevator Company, 11760 US Hwy 1, Suite W600, Palm Beach Gardens, FL 33408 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.583 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14648 - Sunnyvale Business Park; | Otis SJ Elevator Company, 11760 US Hwy 1, Suite W600, Palm Beach Gardens, FL 33408 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.584 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14649 - Sunnyvale Business Park; | Otis SJ Elevator Company, 11760 US Hwy 1, Suite W600, Palm Beach Gardens, FL 33408 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.585 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14650 - Sunnyvale Business Park; | Otis SJ Elevator Company, 11760 US Hwy 1, Suite W600, Palm Beach Gardens, FL 33408 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor  Unique Elevator Interiors, LLC
        Name

Case number *(if known)* 24-10358

| | | |
|---|---|---|
| 2.586 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14651 - Sunnyvale Business Park; | Otis SJ Elevator Company, 11760 US Hwy 1, Suite W600, Palm Beach Gardens, FL 33408 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.587 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14670 - 500 Arguello | Otis SJ Elevator Company, 11760 US Hwy 1, Suite W600, Palm Beach Gardens, FL 33408 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.588 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14680 - 675 N First St., SJ | Otis SJ Elevator Company, 11760 US Hwy 1, Suite W600, Palm Beach Gardens, FL 33408 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.589 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14689 - Sunnyvale Business Park | Otis SJ Elevator Company, 11760 US Hwy 1, Suite W600, Palm Beach Gardens, FL 33408 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.590 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14703 - 150 Industrial | Otis SJ Elevator Company, 11760 US Hwy 1, Suite W600, Palm Beach Gardens, FL 33408 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.591 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14704 - Mission Towers 1 | Otis SJ Elevator Company, 11760 US Hwy 1, Suite W600, Palm Beach Gardens, FL 33408 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| | | |
|---|---|---|
| 2.592 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14708 - Sunnyvale Business Park | Otis SJ Elevator Company, 11760 US Hwy 1, Suite W600, Palm Beach Gardens, FL 33408 |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |
| 2.593 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14722 - 2000 Marina; Brisbane | Otis SJ Elevator Company, 11760 US Hwy 1, Suite W600, Palm Beach Gardens, FL 33408 |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |
| 2.594 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14725 - Mission Towers | Otis SJ Elevator Company, 11760 US Hwy 1, Suite W600, Palm Beach Gardens, FL 33408 |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |
| 2.595 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14733 - 1500 Plymouth. Mtn View | Otis SJ Elevator Company, 11760 US Hwy 1, Suite W600, Palm Beach Gardens, FL 33408 |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |
| 2.596 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14748 - Camino Court | Otis SJ Elevator Company, 11760 US Hwy 1, Suite W600, Palm Beach Gardens, FL 33408 |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |
| 2.597 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14752 - 450 E. Rommie | Otis SJ Elevator Company, 11760 US Hwy 1, Suite W600, Palm Beach Gardens, FL 33408 |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |

Debtor    Unique Elevator Interiors, LLC.
          Name

Case number *(if known)* 24-10358

| 2.598 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14767 - San Mateo Medical Center | Otis SJ Elevator Company, 11760 US Hwy 1, Suite W600, Palm Beach Gardens, FL 33408 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.599 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14774 - 240 S. Taaffe St. | Otis SJ Elevator Company, 11760 US Hwy 1, Suite W600, Palm Beach Gardens, FL 33408 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.600 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14775 - Cityline Subblock | Otis SJ Elevator Company, 11760 US Hwy 1, Suite W600, Palm Beach Gardens, FL 33408 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.601 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14793 - Genentech Building 6, | Otis SJ Elevator Company, 11760 US Hwy 1, Suite W600, Palm Beach Gardens, FL 33408 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.602 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14795 - 600 California | Otis SJ Elevator Company, 11760 US Hwy 1, Suite W600, Palm Beach Gardens, FL 33408 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.603 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14799 - Albany Plaza | Otis SJ Elevator Company, 11760 US Hwy 1, Suite W600, Palm Beach Gardens, FL 33408 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.604 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14826 - Mission Tower 2 | Otis SJ Elevator Company, 11760 US Hwy 1, Suite W600, Palm Beach Gardens, FL 33408 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.605 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14832 - Flower Mart | Otis SJ Elevator Company, 11760 US Hwy 1, Suite W600, Palm Beach Gardens, FL 33408 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.606 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14836 - 901 16th St. Flower Mart | Otis SJ Elevator Company, 11760 US Hwy 1, Suite W600, Palm Beach Gardens, FL 33408 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.607 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14851 - Salinas Valley Mem. Hosp. | Otis SJ Elevator Company, 11760 US Hwy 1, Suite W600, Palm Beach Gardens, FL 33408 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.608 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14876 - 500 Arguello | Otis SJ Elevator Company, 11760 US Hwy 1, Suite W600, Palm Beach Gardens, FL 33408 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.609 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14898 - 690 Leah Street | Otis SJ Elevator Company, 11760 US Hwy 1, Suite W600, Palm Beach Gardens, FL 33408 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.610 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14920 - Mission Towers 2 | Otis SJ Elevator Company, 11760 US Hwy 1, Suite W600, Palm Beach Gardens, FL 33408 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.611 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14921 - 2225 Bayshore | Otis SJ Elevator Company, 11760 US Hwy 1, Suite W600, Palm Beach Gardens, FL 33408 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.612 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14922 - Cityline Subblock | Otis SJ Elevator Company, 11760 US Hwy 1, Suite W600, Palm Beach Gardens, FL 33408 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.613 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14948 - Avalon Towers | Otis SJ Elevator Company, 11760 US Hwy 1, Suite W600, Palm Beach Gardens, FL 33408 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.614 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14953 - Avalon Towers | Otis SJ Elevator Company, 11760 US Hwy 1, Suite W600, Palm Beach Gardens, FL 33408 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.615 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14960 - Sunnyvale Business Par | Otis SJ Elevator Company, 11760 US Hwy 1, Suite W600, Palm Beach Gardens, FL 33408 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.616 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14964 - Mission Towers 1 and 2 | Otis SJ Elevator Company, 11760 US Hwy 1, Suite W600, Palm Beach Gardens, FL 33408 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.617 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14984 - 213 E Grand | Otis SJ Elevator Company, 11760 US Hwy 1, Suite W600, Palm Beach Gardens, FL 33408 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.618 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #15005 - 636 Palomar | Otis SJ Elevator Company, 11760 US Hwy 1, Suite W600, Palm Beach Gardens, FL 33408 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.619 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #15054 - 280 E Grand | Otis SJ Elevator Company, 11760 US Hwy 1, Suite W600, Palm Beach Gardens, FL 33408 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.620 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #15084 - 280 E Grand | Otis SJ Elevator Company, 11760 US Hwy 1, Suite W600, Palm Beach Gardens, FL 33408 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.621 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #15089 - 8000 Sierra Point Pkwy | Otis SJ Elevator Company, 11760 US Hwy 1, Suite W600, Palm Beach Gardens, FL 33408 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.622 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #15093 - 280 E Grand | Otis SJ Elevator Company, 11760 US Hwy 1, Suite W600, Palm Beach Gardens, FL 33408 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.623 | State what the contract or lease is for and the nature of the debtor's interest | Management Agreement | P4G Capital Management LLC, 150 California Street, 21st Floor, San Francisco, CA 94111 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.624 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #A736 - The Lane | Palace Company, LLC, 610 S Broadway, Suite 800, Los Angeles, CA 90014 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.625 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #A899 - One Market Plaza - Light | Paramount Group, Inc., 111 Sutter Street, San Francisco, CA 94104 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.626 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14937 - 1001 Pine St., SF | Pine Terrace Association, c/o The Bohan Company, Inc., 1625 Trancas St #3740, Napa, CA 94558 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.627 | State what the contract or lease is for and the nature of the debtor's interest | Dental/Vision/Life Insurance Policy | Principal Life Insurance Company, 711 High Street, Jeff Jensen, Des Moines, IA 50392 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.628 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #13401 - 1998 Vallejo | Property Management One, c/o Property Management One, 1808 Wedemeyer Street, Suite B, San Francisco, CA 94129 |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.629 | State what the contract or lease is for and the nature of the debtor's interest | Storate Rental Agreement - SOCAL Storage #1024 | Public Storage, 4501 W MacArthur Blvd, Santa Ana, CA 92704 |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | Month-to-Month | |

| 2.630 | State what the contract or lease is for and the nature of the debtor's interest | Storate Rental Agreement - SOCAL Storage #P113 | Public Storage, 4501 W MacArthur Blvd, Santa Ana, CA 92704 |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | Month-to-Month | |

| 2.631 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #A749 - Tasman East Senior Living | Related California, 6888 Lion Way, Oakland, CA 94621 |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.632 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #A750 - Tasman East Residential | Related California, 6888 Lion Way, Oakland, CA 94621 |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.633 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #A790 - 50 California - Temporary | Richlen Construction, 115 Aspen Drive, Pacheco, CA 94553 |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.634 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #A910 - 188 Spear St. - Lobby | Richlen Construction, 115 Aspen Drive, Pacheco, CA 94553 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.635 | State what the contract or lease is for and the nature of the debtor's interest | Management Liability Policy | Risk Strategies, 100 Pringle Avenue, Julie Rector, Walnut Creek, CA 94596 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.636 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14488 - 100 Pine St., SF | Rockhill Management, L.L.C. (1, 100 Pine Street, San Francisco, CA 94111 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.637 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #A838 - 350 Parnassus | Rubicon Point Partners, 55 Second Street, Ste 1900, San Francisco, CA 94105 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.638 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #A843 - 300 Frank Ogawa Plaza - | Rubicon Point Partners, 55 Second Street, Ste 1900, San Francisco, CA 94105 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.639 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #A875 - 111 W Saint John St - | Rubicon Point Partners, 55 Second Street, Ste 1900, San Francisco, CA 94105 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor    Unique Elevator Interiors, LLC
          Name
          Case number *(if known)* 24-10358

| 2.640 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14296 - 8300 Ocean View Terrace | San Francisco Elevator Srvcs, 6509 Sierra Lane, Dublin, CA 94568 |
|---|---|---|---|
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.641 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14371 - 379 Lytton, Palo Alto | San Francisco Elevator Srvcs, 6509 Sierra Lane, Dublin, CA 94568 |
|---|---|---|---|
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.642 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14391 - 3400 Laguna SF | San Francisco Elevator Srvcs, 6509 Sierra Lane, Dublin, CA 94568 |
|---|---|---|---|
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.643 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14474 - Bridge Bank; 55 Almaden | San Francisco Elevator Srvcs, 6509 Sierra Lane, Dublin, CA 94568 |
|---|---|---|---|
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.644 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14496 - Shop Tools | San Francisco Elevator Srvcs, 6509 Sierra Lane, Dublin, CA 94568 |
|---|---|---|---|
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.645 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14577 - 379 Lytton | San Francisco Elevator Srvcs, 6509 Sierra Lane, Dublin, CA 94568 |
|---|---|---|---|
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| | | |
|---|---|---|
| 2.646 | **State what the contract or lease is for and the nature of the debtor's interest**<br>**State the term remaining**<br>**List the contract number of any government contract** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14603 - 55 Almaden | San Francisco Elevator Srvcs, 6509 Sierra Lane, Dublin, CA 94568 |
| 2.647 | **State what the contract or lease is for and the nature of the debtor's interest**<br>**State the term remaining**<br>**List the contract number of any government contract** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14628 - 25001 Industrial | San Francisco Elevator Srvcs, 6509 Sierra Lane, Dublin, CA 94568 |
| 2.648 | **State what the contract or lease is for and the nature of the debtor's interest**<br>**State the term remaining**<br>**List the contract number of any government contract** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14763 - 350 W Trimble; San Jose | San Francisco Elevator Srvcs, 6509 Sierra Lane, Dublin, CA 94568 |
| 2.649 | **State what the contract or lease is for and the nature of the debtor's interest**<br>**State the term remaining**<br>**List the contract number of any government contract** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14814 - 1045 Sansom SF | San Francisco Elevator Srvcs, 6509 Sierra Lane, Dublin, CA 94568 |
| 2.650 | **State what the contract or lease is for and the nature of the debtor's interest**<br>**State the term remaining**<br>**List the contract number of any government contract** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14902 - 150 North Hill | San Francisco Elevator Srvcs, 6509 Sierra Lane, Dublin, CA 94568 |
| 2.651 | **State what the contract or lease is for and the nature of the debtor's interest**<br>**State the term remaining**<br>**List the contract number of any government contract** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #A525 - 550 South Hope Street, | Schindler - Los Angeles, 3 Ravinia Drive, 7th Floor, Atlanta Business Service Ctr, Atlanta, GA 30346 |

2.652 **State what the contract or lease is for and the nature of the debtor's interest**
**State the term remaining**
**List the contract number of any government contract**

Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14950 - 3592 W. 1820 S., SLC

Schindler - Salt Lake City, 3 Ravinia Drive, 7th Floor, Atlanta, GA 30346

2.653 **State what the contract or lease is for and the nature of the debtor's interest**
**State the term remaining**
**List the contract number of any government contract**

Customer Agreement(s) and all related purchase order(s) (if any) re: Job #13429 - Powell St. Station

Schindler - San Leandro, 3 Ravinia Drive, 7th Floor, Atlanta, GA 30346

2.654 **State what the contract or lease is for and the nature of the debtor's interest**
**State the term remaining**
**List the contract number of any government contract**

Customer Agreement(s) and all related purchase order(s) (if any) re: Job #13679 - 399 Fremont

Schindler - San Leandro, 3 Ravinia Drive, 7th Floor, Atlanta, GA 30346

2.655 **State what the contract or lease is for and the nature of the debtor's interest**
**State the term remaining**
**List the contract number of any government contract**

Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14111 - 2168 Shattuck

Schindler - San Leandro, 3 Ravinia Drive, 7th Floor, Atlanta, GA 30346

2.656 **State what the contract or lease is for and the nature of the debtor's interest**
**State the term remaining**
**List the contract number of any government contract**

Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14216 - 1340 Treat Blvd

Schindler - San Leandro, 3 Ravinia Drive, 7th Floor, Atlanta, GA 30346

2.657 **State what the contract or lease is for and the nature of the debtor's interest**
**State the term remaining**
**List the contract number of any government contract**

Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14268 - Sutter Merritt 3N, 4N, 6N

Schindler - San Leandro, 3 Ravinia Drive, 7th Floor, Atlanta, GA 30346

| 2.658 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14308 - John's Repair Truck | Schindler - San Leandro, 3 Ravinia Drive, 7th Floor, Atlanta, GA 30346 |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.659 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14392 - 1200 California | Schindler - San Leandro, 3 Ravinia Drive, 7th Floor, Atlanta, GA 30346 |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.660 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14394 - Hilltop Walmart | Schindler - San Leandro, 3 Ravinia Drive, 7th Floor, Atlanta, GA 30346 |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.661 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14406 - Grand Hyatt, Car 5 | Schindler - San Leandro, 3 Ravinia Drive, 7th Floor, Atlanta, GA 30346 |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.662 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14409 - Summit Oakland | Schindler - San Leandro, 3 Ravinia Drive, 7th Floor, Atlanta, GA 30346 |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.663 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14431 - Macy's Coddingtown | Schindler - San Leandro, 3 Ravinia Drive, 7th Floor, Atlanta, GA 30346 |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

2.664 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14439 - 1340 Treat; WC | Schindler - San Leandro, 3 Ravinia Drive, 7th Floor, Atlanta, GA 30346
 | **State the term remaining** | |
 | **List the contract number of any government contract** | |

2.665 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14457 - Bart Montgomery P4, SF | Schindler - San Leandro, 3 Ravinia Drive, 7th Floor, Atlanta, GA 30346
 | **State the term remaining** | |
 | **List the contract number of any government contract** | |

2.666 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14470 - 1333 Bush | Schindler - San Leandro, 3 Ravinia Drive, 7th Floor, Atlanta, GA 30346
 | **State the term remaining** | |
 | **List the contract number of any government contract** | |

2.667 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14487 - Macy's Union Square | Schindler - San Leandro, 3 Ravinia Drive, 7th Floor, Atlanta, GA 30346
 | **State the term remaining** | |
 | **List the contract number of any government contract** | |

2.668 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14489 - Fairmont Hotel; SF | Schindler - San Leandro, 3 Ravinia Drive, 7th Floor, Atlanta, GA 30346
 | **State the term remaining** | |
 | **List the contract number of any government contract** | |

2.669 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14491 - The Embarcadero (Car 3) | Schindler - San Leandro, 3 Ravinia Drive, 7th Floor, Atlanta, GA 30346
 | **State the term remaining** | |
 | **List the contract number of any government contract** | |

| 2.670 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14518 - Macy's Union Square | Schindler - San Leandro, 3 Ravinia Drive, 7th Floor, Atlanta, GA 30346 |
|---|---|---|---|
|  | State the term remaining |  |  |
|  | List the contract number of any government contract |  |  |

| 2.671 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14519 - Macy's Union Square | Schindler - San Leandro, 3 Ravinia Drive, 7th Floor, Atlanta, GA 30346 |
|---|---|---|---|
|  | State the term remaining |  |  |
|  | List the contract number of any government contract |  |  |

| 2.672 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14521 - HP; 1501 Page Mill Rd. | Schindler - San Leandro, 3 Ravinia Drive, 7th Floor, Atlanta, GA 30346 |
|---|---|---|---|
|  | State the term remaining |  |  |
|  | List the contract number of any government contract |  |  |

| 2.673 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14525 - Valley Fair Macy's | Schindler - San Leandro, 3 Ravinia Drive, 7th Floor, Atlanta, GA 30346 |
|---|---|---|---|
|  | State the term remaining |  |  |
|  | List the contract number of any government contract |  |  |

| 2.674 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14526 - HP; 1501 Page Mill Rd. | Schindler - San Leandro, 3 Ravinia Drive, 7th Floor, Atlanta, GA 30346 |
|---|---|---|---|
|  | State the term remaining |  |  |
|  | List the contract number of any government contract |  |  |

| 2.675 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14537 - 930 3rd St.; Napa | Schindler - San Leandro, 3 Ravinia Drive, 7th Floor, Atlanta, GA 30346 |
|---|---|---|---|
|  | State the term remaining |  |  |
|  | List the contract number of any government contract |  |  |

| 2.676 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14540 - 1550 Space Park | Schindler - San Leandro, 3 Ravinia Drive, 7th Floor, Atlanta, GA 30346 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.677 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14545 - Cupertino Hotel | Schindler - San Leandro, 3 Ravinia Drive, 7th Floor, Atlanta, GA 30346 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.678 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14565 - 1 Maritime | Schindler - San Leandro, 3 Ravinia Drive, 7th Floor, Atlanta, GA 30346 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.679 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14579 - 350 Hawthorne | Schindler - San Leandro, 3 Ravinia Drive, 7th Floor, Atlanta, GA 30346 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.680 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14582 - 1801 Pagemill Rd | Schindler - San Leandro, 3 Ravinia Drive, 7th Floor, Atlanta, GA 30346 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.681 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14604 - 49 Geary | Schindler - San Leandro, 3 Ravinia Drive, 7th Floor, Atlanta, GA 30346 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.682 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14605 - Bart Projects | Schindler - San Leandro, 3 Ravinia Drive, 7th Floor, Atlanta, GA 30346 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.683 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14615 - Bart Powell P3 | Schindler - San Leandro, 3 Ravinia Drive, 7th Floor, Atlanta, GA 30346 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.684 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14616 - Woodspring Condos | Schindler - San Leandro, 3 Ravinia Drive, 7th Floor, Atlanta, GA 30346 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.685 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14633 - Wood Springs | Schindler - San Leandro, 3 Ravinia Drive, 7th Floor, Atlanta, GA 30346 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.686 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14640 - Embarcadero; Cars 18 & 20 | Schindler - San Leandro, 3 Ravinia Drive, 7th Floor, Atlanta, GA 30346 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.687 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14641 - Erick's Work Truck | Schindler - San Leandro, 3 Ravinia Drive, 7th Floor, Atlanta, GA 30346 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

2.688   **State what the contract or lease is for and the nature of the debtor's interest**
**State the term remaining**
**List the contract number of any government contract**

Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14669 - 405 14th St.; Oakland

Schindler - San Leandro, 3 Ravinia Drive, 7th Floor, Atlanta, GA 30346

2.689   **State what the contract or lease is for and the nature of the debtor's interest**
**State the term remaining**
**List the contract number of any government contract**

Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14687 - Grand Hyatt

Schindler - San Leandro, 3 Ravinia Drive, 7th Floor, Atlanta, GA 30346

2.690   **State what the contract or lease is for and the nature of the debtor's interest**
**State the term remaining**
**List the contract number of any government contract**

Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14697 - Embarcadero 2

Schindler - San Leandro, 3 Ravinia Drive, 7th Floor, Atlanta, GA 30346

2.691   **State what the contract or lease is for and the nature of the debtor's interest**
**State the term remaining**
**List the contract number of any government contract**

Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14721 - Bart SF

Schindler - San Leandro, 3 Ravinia Drive, 7th Floor, Atlanta, GA 30346

2.692   **State what the contract or lease is for and the nature of the debtor's interest**
**State the term remaining**
**List the contract number of any government contract**

Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14728 - Grand Hyatt

Schindler - San Leandro, 3 Ravinia Drive, 7th Floor, Atlanta, GA 30346

2.693   **State what the contract or lease is for and the nature of the debtor's interest**
**State the term remaining**
**List the contract number of any government contract**

Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14729 - Bart

Schindler - San Leandro, 3 Ravinia Drive, 7th Floor, Atlanta, GA 30346

2.694 **State what the contract or lease is for and the nature of the debtor's interest**
**State the term remaining**
**List the contract number of any government contract**

Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14742 - Graduate Hotel

Schindler - San Leandro, 3 Ravinia Drive, 7th Floor, Atlanta, GA 30346

2.695 **State what the contract or lease is for and the nature of the debtor's interest**
**State the term remaining**
**List the contract number of any government contract**

Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14755 - Warm Springs Bart

Schindler - San Leandro, 3 Ravinia Drive, 7th Floor, Atlanta, GA 30346

2.696 **State what the contract or lease is for and the nature of the debtor's interest**
**State the term remaining**
**List the contract number of any government contract**

Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14760 - 3 Circle Star Way

Schindler - San Leandro, 3 Ravinia Drive, 7th Floor, Atlanta, GA 30346

2.697 **State what the contract or lease is for and the nature of the debtor's interest**
**State the term remaining**
**List the contract number of any government contract**

Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14768 - Embarcadero 1

Schindler - San Leandro, 3 Ravinia Drive, 7th Floor, Atlanta, GA 30346

2.698 **State what the contract or lease is for and the nature of the debtor's interest**
**State the term remaining**
**List the contract number of any government contract**

Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14797 - Embarcadero 2

Schindler - San Leandro, 3 Ravinia Drive, 7th Floor, Atlanta, GA 30346

2.699 **State what the contract or lease is for and the nature of the debtor's interest**
**State the term remaining**
**List the contract number of any government contract**

Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14815 - 22330 Homestead Rd;

Schindler - San Leandro, 3 Ravinia Drive, 7th Floor, Atlanta, GA 30346

| 2.700 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14818 - Grand Hyatt SF | Schindler - San Leandro, 3 Ravinia Drive, 7th Floor, Atlanta, GA 30346 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.701 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14835 - Fairmont car 7 | Schindler - San Leandro, 3 Ravinia Drive, 7th Floor, Atlanta, GA 30346 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.702 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14848 - Macy's Union Square | Schindler - San Leandro, 3 Ravinia Drive, 7th Floor, Atlanta, GA 30346 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.703 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14857 - Shop Escalator Tools | Schindler - San Leandro, 3 Ravinia Drive, 7th Floor, Atlanta, GA 30346 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.704 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14869 - 405 14th St.; Oakland | Schindler - San Leandro, 3 Ravinia Drive, 7th Floor, Atlanta, GA 30346 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.705 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14871 - Embarcadero 4 | Schindler - San Leandro, 3 Ravinia Drive, 7th Floor, Atlanta, GA 30346 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

2.706 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14874 - Seton Medical Center; SF | Schindler - San Leandro, 3 Ravinia Drive, 7th Floor, Atlanta, GA 30346
| **State the term remaining** | |
| **List the contract number of any government contract** | |

2.707 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14908 - 339 Bernardo Ave. | Schindler - San Leandro, 3 Ravinia Drive, 7th Floor, Atlanta, GA 30346
| **State the term remaining** | |
| **List the contract number of any government contract** | |

2.708 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14918 - 1550 Space Park | Schindler - San Leandro, 3 Ravinia Drive, 7th Floor, Atlanta, GA 30346
| **State the term remaining** | |
| **List the contract number of any government contract** | |

2.709 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14928 - Lumiere | Schindler - San Leandro, 3 Ravinia Drive, 7th Floor, Atlanta, GA 30346
| **State the term remaining** | |
| **List the contract number of any government contract** | |

2.710 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14930 - Macy's Union Square | Schindler - San Leandro, 3 Ravinia Drive, 7th Floor, Atlanta, GA 30346
| **State the term remaining** | |
| **List the contract number of any government contract** | |

2.711 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14933 - Embarcadero Center 1 | Schindler - San Leandro, 3 Ravinia Drive, 7th Floor, Atlanta, GA 30346
| **State the term remaining** | |
| **List the contract number of any government contract** | |

2.712 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14938 - Embarcadero 4 | Schindler - San Leandro, 3 Ravinia Drive, 7th Floor, Atlanta, GA 30346
| **State the term remaining** | |
| **List the contract number of any government contract** | |

2.713 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14941 - 98 Battery | Schindler - San Leandro, 3 Ravinia Drive, 7th Floor, Atlanta, GA 30346
| **State the term remaining** | |
| **List the contract number of any government contract** | |

2.714 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14956 - 333 Market | Schindler - San Leandro, 3 Ravinia Drive, 7th Floor, Atlanta, GA 30346
| **State the term remaining** | |
| **List the contract number of any government contract** | |

2.715 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14972 - Macy's Union Square | Schindler - San Leandro, 3 Ravinia Drive, 7th Floor, Atlanta, GA 30346
| **State the term remaining** | |
| **List the contract number of any government contract** | |

2.716 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14977 - Macy's Union Square | Schindler - San Leandro, 3 Ravinia Drive, 7th Floor, Atlanta, GA 30346
| **State the term remaining** | |
| **List the contract number of any government contract** | |

2.717 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14995 - 1550 Space Park | Schindler - San Leandro, 3 Ravinia Drive, 7th Floor, Atlanta, GA 30346
| **State the term remaining** | |
| **List the contract number of any government contract** | |

Debtor   Unique Elevator Interiors, LLC
         Name

Case number *(if known)* 24-10358

2.718  **State what the contract or lease is for and the nature of the debtor's interest**
       **State the term remaining**
       **List the contract number of any government contract**

Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14996 - 1550 Space Park

Schindler - San Leandro, 3 Ravinia Drive, 7th Floor, Atlanta, GA 30346

2.719  **State what the contract or lease is for and the nature of the debtor's interest**
       **State the term remaining**
       **List the contract number of any government contract**

Customer Agreement(s) and all related purchase order(s) (if any) re: Job #15021 - Washington Hosp., Fremont

Schindler - San Leandro, 3 Ravinia Drive, 7th Floor, Atlanta, GA 30346

2.720  **State what the contract or lease is for and the nature of the debtor's interest**
       **State the term remaining**
       **List the contract number of any government contract**

Customer Agreement(s) and all related purchase order(s) (if any) re: Job #15027 - Zephyr; SF

Schindler - San Leandro, 3 Ravinia Drive, 7th Floor, Atlanta, GA 30346

2.721  **State what the contract or lease is for and the nature of the debtor's interest**
       **State the term remaining**
       **List the contract number of any government contract**

Customer Agreement(s) and all related purchase order(s) (if any) re: Job #15041 - Escalator Tools

Schindler - San Leandro, 3 Ravinia Drive, 7th Floor, Atlanta, GA 30346

2.722  **State what the contract or lease is for and the nature of the debtor's interest**
       **State the term remaining**
       **List the contract number of any government contract**

Customer Agreement(s) and all related purchase order(s) (if any) re: Job #15044 - Golden Gate Fields

Schindler - San Leandro, 3 Ravinia Drive, 7th Floor, Atlanta, GA 30346

2.723  **State what the contract or lease is for and the nature of the debtor's interest**
       **State the term remaining**
       **List the contract number of any government contract**

Customer Agreement(s) and all related purchase order(s) (if any) re: Job #15059 - Embarcadero 2

Schindler - San Leandro, 3 Ravinia Drive, 7th Floor, Atlanta, GA 30346

Debtor    Unique Elevator Interiors, LLC
       Name

Case number *(if known)* 24-10358

| 2.724 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #15063 - Silverado Resort, Napa | Schindler - San Leandro, 3 Ravinia Drive, 7th Floor, Atlanta, GA 30346 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.725 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #15067 - Fairmont Penthouse | Schindler - San Leandro, 3 Ravinia Drive, 7th Floor, Atlanta, GA 30346 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.726 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #15143 - 399 Fremont | Schindler - San Leandro, 3 Ravinia Drive, 7th Floor, Atlanta, GA 30346 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.727 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #15156 - 350 Hawthorne | Schindler - San Leandro, 3 Ravinia Drive, 7th Floor, Atlanta, GA 30346 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.728 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #15179 - Cupertino Hotel | Schindler - San Leandro, 3 Ravinia Drive, 7th Floor, Atlanta, GA 30346 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.729 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #A624 - 49 Geary - Bankers | Schindler - San Leandro, 3 Ravinia Drive, 7th Floor, Atlanta, GA 30346 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.730 | State what the contract or lease is for and the nature of the debtor's interest State the term remaining List the contract number of any government contract | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #A742 - 300 Constitution Drive - | Schindler - San Leandro, 3 Ravinia Drive, 7th Floor, Atlanta, GA 30346 |
|---|---|---|---|
| 2.731 | State what the contract or lease is for and the nature of the debtor's interest State the term remaining List the contract number of any government contract | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #A813 - 98 Battery-Cab Interiors | Schindler - San Leandro, 3 Ravinia Drive, 7th Floor, Atlanta, GA 30346 |
| 2.732 | State what the contract or lease is for and the nature of the debtor's interest State the term remaining List the contract number of any government contract | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #A915 - 1230 N. Horn - Horn Plaza | Schindler - Sylmar, 3 Ravinia Drive, 7th Floor, Atlanta, GA 30346 |
| 2.733 | State what the contract or lease is for and the nature of the debtor's interest State the term remaining List the contract number of any government contract | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #A315A - WA State Convention | Schindler - Washington, 3 Ravinia Drive, 7th Floor, Atlanta Business Service Ctr, Atlanta, GA 30346 |
| 2.734 | State what the contract or lease is for and the nature of the debtor's interest State the term remaining List the contract number of any government contract | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #A762 - Boeing Bldg 09-096 | Schindler - Washington, 3 Ravinia Drive, 7th Floor, Atlanta Business Service Ctr, Atlanta, GA 30346 |
| 2.735 | State what the contract or lease is for and the nature of the debtor's interest State the term remaining List the contract number of any government contract | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #A594 - Seach Eagle Elevator - | Sellen Construction, 227 Westlake Avenue North, Seattle, WA 98109 |

2.736 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #A594A - Seach Frog Elevator - | Sellen Construction, 227 Westlake Avenue North, Seattle, WA 98109
| **State the term remaining** | |
| **List the contract number of any government contract** | |

2.737 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14586 - One Tenth Street | Shorenstein Realty Services,LP, 621 Capitol Mall, Suite 1475, Sacramento, CA 95814
| **State the term remaining** | |
| **List the contract number of any government contract** | |

2.738 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14892 - 235 Montgomery | Shorenstein Realty Services,LP, 621 Capitol Mall, Suite 1475, Sacramento, CA 95814
| **State the term remaining** | |
| **List the contract number of any government contract** | |

2.739 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14959 - 235 Montgomery | Shorenstein Realty Services,LP, 621 Capitol Mall, Suite 1475, Sacramento, CA 95814
| **State the term remaining** | |
| **List the contract number of any government contract** | |

2.740 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #15135 - 235 Montgomery, SF | Shorenstein Realty Services,LP, 621 Capitol Mall, Suite 1475, Sacramento, CA 95814
| **State the term remaining** | |
| **List the contract number of any government contract** | |

2.741 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #A706 - 235 Montgomery | Shorenstein Realty Services,LP, 621 Capitol Mall, Suite 1475, Sacramento, CA 95814
| **State the term remaining** | |
| **List the contract number of any government contract** | |

| 2.742 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #A754 - One Tenth St. Shuttle Cab | Shorenstein Realty Services,LP, 621 Capitol Mall, Suite 1475, Sacramento, CA 95814 |
|---|---|---|---|
|  | State the term remaining |  |  |
|  | List the contract number of any government contract |  |  |

| 2.743 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #A801 - 235 Montgomery - Entrance | Shorenstein Realty Services,LP, 621 Capitol Mall, Suite 1475, Sacramento, CA 95814 |
|---|---|---|---|
|  | State the term remaining |  |  |
|  | List the contract number of any government contract |  |  |

| 2.744 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #A901 - 259 Post St | Singular Builders, 1160 Battery St., Suite 100, San Francisco, CA 94111 |
|---|---|---|---|
|  | State the term remaining |  |  |
|  | List the contract number of any government contract |  |  |

| 2.745 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #A903 - 450 Pacific Ave - Bain | Skyline Construction, 731 Sansome, 4th Floor, San Francisco, CA 94111 |
|---|---|---|---|
|  | State the term remaining |  |  |
|  | List the contract number of any government contract |  |  |

| 2.746 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #A792 - 1475 Mission Street - | Soma Storage, 1475 Mission Street, San Francisco, CA 94103 |
|---|---|---|---|
|  | State the term remaining |  |  |
|  | List the contract number of any government contract |  |  |

| 2.747 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #A823 - The Lane - Temp Ceiling | Sonder USA, Inc., 101 15th Street, San Francisco, CA 94103 |
|---|---|---|---|
|  | State the term remaining |  |  |
|  | List the contract number of any government contract |  |  |

Debtor    Unique Elevator Interiors, LLC.
Name

Case number *(if known)* 24-10358

| | | |
|---|---|---|
| 2.748 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #A113 - Stanford Park Hotel | Stanford Park Hotel, 100 EL Camino Road, Menlo Park, CA 94025 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.749 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14244 - 8001 Redwood Rd | Star Elevator, Inc., 601 Harbor Blvd., Belmont, CA 94002 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.750 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14397 - Star Elev. Shop | Star Elevator, Inc., 601 Harbor Blvd., Belmont, CA 94002 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.751 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14428 - 555 Battery | Star Elevator, Inc., 601 Harbor Blvd., Belmont, CA 94002 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.752 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14593 - 724 Laurel Ave. | Star Elevator, Inc., 601 Harbor Blvd., Belmont, CA 94002 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.753 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14701 - 434 Leavenworth | Star Elevator, Inc., 601 Harbor Blvd., Belmont, CA 94002 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.754 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14705 - Shop Stock | Star Elevator, Inc., 601 Harbor Blvd., Belmont, CA 94002 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.755 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14714 - 701 Shelter Creek Bldg. 1 | Star Elevator, Inc., 601 Harbor Blvd., Belmont, CA 94002 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.756 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14901 - 555 Battery; SF | Star Elevator, Inc., 601 Harbor Blvd., Belmont, CA 94002 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.757 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #15008 - 154 Cap St. | Star Elevator, Inc., 601 Harbor Blvd., Belmont, CA 94002 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.758 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #15009 - Shop Stock | Star Elevator, Inc., 601 Harbor Blvd., Belmont, CA 94002 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.759 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #15019 - 1001 California | Star Elevator, Inc., 601 Harbor Blvd., Belmont, CA 94002 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

Debtor  Unique Elevator Interiors, LLC.
Name

Case number *(if known)* 24-10358

| 2.760 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #A814 - 450 Golden Gate Ave - | Star Elevator, Inc., 601 Harbor Blvd., Belmont, CA 94002 |
|---|---|---|---|
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.761 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #A819 - 1050 Northgate | Star Elevator, Inc., 601 Harbor Blvd., Belmont, CA 94002 |
|---|---|---|---|
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.762 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #A894 - 899 Northgate | Star Elevator, Inc., 601 Harbor Blvd., Belmont, CA 94002 |
|---|---|---|---|
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.763 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #13502 - 833 Market | Stenson-Pacific Elevator, Company, 676 Toland Place, San Francisco, CA 94124 |
|---|---|---|---|
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.764 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14436 - 833 Market; SF | Stenson-Pacific Elevator, Company, 676 Toland Place, San Francisco, CA 94124 |
|---|---|---|---|
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.765 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14831 - 833 Market; SF | Stenson-Pacific Elevator, Company, 676 Toland Place, San Francisco, CA 94124 |
|---|---|---|---|
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.766 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14961 - 833 Market | Stenson-Pacific Elevator, Company, 676 Toland Place, San Francisco, CA 94124 |
|---|---|---|---|
| 2.767 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #A886 - 632 Commercial Street | Structure Properties, 100 Green Street, San Francisco, CA 94111 |
| 2.768 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #A610 - Palo Alto Medical | Sutter Health, 3200 Kearney Street, Fremont, CA 94538 |
| 2.769 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #A611 - Palo Alto Medical | Sutter Health, 3200 Kearney Street, Fremont, CA 94538 |
| 2.770 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #A629 - 1111 Broadway - Garage | Swift Real Estate Partners, 260 California Street, San Francisco, CA 94111 |
| 2.771 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #A803 - 425 Pontius | Swift Real Estate Partners, 260 California Street, San Francisco, CA 94111 |

| 2.772 | State what the contract or lease is for and the nature of the debtor's interest | Vehicle Credit Agreement - Ford Credit 2019 Transit 15940 | The Ford Store San Leandro, 1111 Marina Boulevard, San Leandro, CA 94577 |
| | State the term remaining | |
| | List the contract number of any government contract | 5/21/2024 |

| 2.773 | State what the contract or lease is for and the nature of the debtor's interest | Vehicle Credit Agreement - Ford Credit 2020 Transit 46896 | The Ford Store San Leandro, 1111 Marina Boulevard, San Leandro, CA 94577 |
| | State the term remaining | |
| | List the contract number of any government contract | 12/26/2024 |

| 2.774 | State what the contract or lease is for and the nature of the debtor's interest | Vehicle Credit Agreement - Ford Credit 2020 Transit 50879 | The Ford Store San Leandro, 1111 Marina Boulevard, San Leandro, CA 94577 |
| | State the term remaining | |
| | List the contract number of any government contract | 12/26/2024 |

| 2.775 | State what the contract or lease is for and the nature of the debtor's interest | Vehicle Credit Agreement - Ford Credit 2020 Transit 50881 | The Ford Store San Leandro, 1111 Marina Boulevard, San Leandro, CA 94577 |
| | State the term remaining | |
| | List the contract number of any government contract | 12/26/2024 |

| 2.776 | State what the contract or lease is for and the nature of the debtor's interest | Vehicle Credit Agreement - Ford Credit Ford Ranger | The Ford Store San Leandro, 1111 Marina Boulevard, San Leandro, CA 94577 |
| | State the term remaining | |
| | List the contract number of any government contract | 9/15/2028 |

| 2.777 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14211 - ANO Tower - Face Plates | TK Elevator - Anchorage, 3100 Interstate N Circle SE, Ste 500, Atlanta, GA 30339 |
| | State the term remaining | |
| | List the contract number of any government contract | |

2.778  **State what the contract or lease is for and the nature of the debtor's interest**
**State the term remaining**
**List the contract number of any government contract**

Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14433 - Chuckanut Bay Distillery

TK Elevator - Kirkland, 3100 Interstate N Circle SE, Suite 500, Atlanta, GA 30339

2.779  **State what the contract or lease is for and the nature of the debtor's interest**
**State the term remaining**
**List the contract number of any government contract**

Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14553 - Kiosk Screen Wrap

TK Elevator - Kirkland, 3100 Interstate N Circle SE, Suite 500, Atlanta, GA 30339

2.780  **State what the contract or lease is for and the nature of the debtor's interest**
**State the term remaining**
**List the contract number of any government contract**

Customer Agreement(s) and all related purchase order(s) (if any) re: Job #A622 - NE 8th Tower - Seattle

TK Elevator - Kirkland, 3100 Interstate N Circle SE, Suite 500, Atlanta, GA 30339

2.781  **State what the contract or lease is for and the nature of the debtor's interest**
**State the term remaining**
**List the contract number of any government contract**

Customer Agreement(s) and all related purchase order(s) (if any) re: Job #A893 - OHSU Expansion

TK Elevator - Portland, 3100 Interstate N Circle SE, Atlanta, GA 0339-2227

2.782  **State what the contract or lease is for and the nature of the debtor's interest**
**State the term remaining**
**List the contract number of any government contract**

Customer Agreement(s) and all related purchase order(s) (if any) re: Job #A780 - The Club SFO

TK Elevator - S. San Francisco, 3100 Interstate North Circle, Atlanta, GA 94080

2.783  **State what the contract or lease is for and the nature of the debtor's interest**
**State the term remaining**
**List the contract number of any government contract**

Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14668 - UCDH48H - Blockouts

TK Elevator - Sacramento, 3100 Interstate N Circle SE, Ste 500, Atlanta, GA 30339-2227

| 2.784 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14684 - 9815 Goethe | TK Elevator - Sacramento, 3100 Interstate N Circle SE, Ste 500, Atlanta, GA 30339-2227 |
|---|---|---|---|
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.785 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14693 - Kaiser Morse | TK Elevator - Sacramento, 3100 Interstate N Circle SE, Ste 500, Atlanta, GA 30339-2227 |
|---|---|---|---|
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.786 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14923 - UCDH 48X | TK Elevator - Sacramento, 3100 Interstate N Circle SE, Ste 500, Atlanta, GA 30339-2227 |
|---|---|---|---|
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.787 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #13634 - 505 Montgomery | TK Elevator - San Francisco, 3100 Interstate N Circle SE, Ste 500, Atlanta, GA 30339-2227 |
|---|---|---|---|
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.788 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14026 - 188 Spear | TK Elevator - San Francisco, 3100 Interstate N Circle SE, Ste 500, Atlanta, GA 30339-2227 |
|---|---|---|---|
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.789 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14086 - 560 Mission, Elev. #2 | TK Elevator - San Francisco, 3100 Interstate N Circle SE, Ste 500, Atlanta, GA 30339-2227 |
|---|---|---|---|
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.790 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14118 - 1st and Market | TK Elevator - San Francisco, 3100 Interstate N Circle SE, Ste 500, Atlanta, GA 30339-2227 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.791 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14456 - 201 Industrial | TK Elevator - San Francisco, 3100 Interstate N Circle SE, Ste 500, Atlanta, GA 30339-2227 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.792 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14492 - 301 Van Ness | TK Elevator - San Francisco, 3100 Interstate N Circle SE, Ste 500, Atlanta, GA 30339-2227 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.793 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14551 - SFSU Fine Arts | TK Elevator - San Francisco, 3100 Interstate N Circle SE, Ste 500, Atlanta, GA 30339-2227 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.794 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14560 - 833 San Mateo Ave. | TK Elevator - San Francisco, 3100 Interstate N Circle SE, Ste 500, Atlanta, GA 30339-2227 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.795 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14561 - 995 El Camino | TK Elevator - San Francisco, 3100 Interstate N Circle SE, Ste 500, Atlanta, GA 30339-2227 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.796 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14574 - 33 Tehama | TK Elevator - San Francisco, 3100 Interstate N Circle SE, Ste 500, Atlanta, GA 30339-2227 |
| 2.797 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14612 - SF MOMA Garage Car 2 | TK Elevator - San Francisco, 3100 Interstate N Circle SE, Ste 500, Atlanta, GA 30339-2227 |
| 2.798 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14675 - 211 Main High Rise | TK Elevator - San Francisco, 3100 Interstate N Circle SE, Ste 500, Atlanta, GA 30339-2227 |
| 2.799 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14726 - SFIA; Elev. 216 | TK Elevator - San Francisco, 3100 Interstate N Circle SE, Ste 500, Atlanta, GA 30339-2227 |
| 2.800 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14764 - SF General | TK Elevator - San Francisco, 3100 Interstate N Circle SE, Ste 500, Atlanta, GA 30339-2227 |
| 2.801 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14798 - 590 Bush St. SF | TK Elevator - San Francisco, 3100 Interstate N Circle SE, Ste 500, Atlanta, GA 30339-2227 |

Debtor   Unique Elevator Interiors, LLC
         Name

Case number *(if known)* 24-10358

| 2.802 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14820 - 181 Fremont | TK Elevator - San Francisco, 3100 Interstate N Circle SE, Ste 500, Atlanta, GA 30339-2227 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.803 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14884 - 181 Fremont | TK Elevator - San Francisco, 3100 Interstate N Circle SE, Ste 500, Atlanta, GA 30339-2227 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.804 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #15034 - 160 Spear St. | TK Elevator - San Francisco, 3100 Interstate N Circle SE, Ste 500, Atlanta, GA 30339-2227 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.805 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14418 - 2509 Orchard Parkway | TK Elevator - San Jose, 3100 Interstate N Circle SE, Ste 500, Atlanta, GA 30339-2227 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.806 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14440 - CHOMP | TK Elevator - San Jose, 3100 Interstate N Circle SE, Ste 500, Atlanta, GA 30339-2227 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.807 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14536 - 5425 Stevens Creek Blvd | TK Elevator - San Jose, 3100 Interstate N Circle SE, Ste 500, Atlanta, GA 30339-2227 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.808 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14554 - 4980 Great America Pkwy | TK Elevator - San Jose, 3100 Interstate N Circle SE, Ste 500, Atlanta, GA 30339-2227 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.809 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14608 - Hilton San Jose | TK Elevator - San Jose, 3100 Interstate N Circle SE, Ste 500, Atlanta, GA 30339-2227 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.810 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14674 - Apple Los Gatos | TK Elevator - San Jose, 3100 Interstate N Circle SE, Ste 500, Atlanta, GA 30339-2227 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.811 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14706 - 444 Castro; Mountain View | TK Elevator - San Jose, 3100 Interstate N Circle SE, Ste 500, Atlanta, GA 30339-2227 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.812 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14864 - Santana Row | TK Elevator - San Jose, 3100 Interstate N Circle SE, Ste 500, Atlanta, GA 30339-2227 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.813 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14910 - 201 1st Street | TK Elevator - San Jose, 3100 Interstate N Circle SE, Ste 500, Atlanta, GA 30339-2227 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.814 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14911 - River Park | TK Elevator - San Jose, 3100 Interstate N Circle SE, Ste 500, Atlanta, GA 30339-2227 |

| 2.815 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #15075 - 10431 N De Anza Blvd-DA07 | TK Elevator - San Jose, 3100 Interstate N Circle SE, Ste 500, Atlanta, GA 30339-2227 |

| 2.816 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #13445 - 275 Battery | TK Elevator - San Leandro, 3100 Interstate N Circle SE, Atlanta, GA 0339-2227 |

| 2.817 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14265 - Savemart | TK Elevator - San Leandro, 3100 Interstate N Circle SE, Atlanta, GA 0339-2227 |

| 2.818 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14325 - Logan Park | TK Elevator - San Leandro, 3100 Interstate N Circle SE, Atlanta, GA 0339-2227 |

| 2.819 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14390 - 200 Park | TK Elevator - San Leandro, 3100 Interstate N Circle SE, Atlanta, GA 0339-2227 |

Debtor  <u>Unique Elevator Interiors, LLC</u>
        Name

Case number *(if known)* <u>24-10358</u>

| | | |
|---|---|---|
| 2.820 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14401 - 1331 N California |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |

TK Elevator - San Leandro, 3100 Interstate N Circle SE, Atlanta, GA 0339-2227

| | | |
|---|---|---|
| 2.821 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14405 - 95th & International |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |

TK Elevator - San Leandro, 3100 Interstate N Circle SE, Atlanta, GA 0339-2227

| | | |
|---|---|---|
| 2.822 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14410 - Oakmont Gardens |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |

TK Elevator - San Leandro, 3100 Interstate N Circle SE, Atlanta, GA 0339-2227

| | | |
|---|---|---|
| 2.823 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14415 - 69 Green Street |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |

TK Elevator - San Leandro, 3100 Interstate N Circle SE, Atlanta, GA 0339-2227

| | | |
|---|---|---|
| 2.824 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14416 - Murieta HOA; Newark |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |

TK Elevator - San Leandro, 3100 Interstate N Circle SE, Atlanta, GA 0339-2227

| | | |
|---|---|---|
| 2.825 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14429 - John Muir |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |

TK Elevator - San Leandro, 3100 Interstate N Circle SE, Atlanta, GA 0339-2227

| | | |
|---|---|---|
| 2.826 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14434 - Westlake Christian |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |
| | | TK Elevator - San Leandro, 3100 Interstate N Circle SE, Atlanta, GA 0339-2227 |

| | | |
|---|---|---|
| 2.827 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14435 - Napa Jail |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |
| | | TK Elevator - San Leandro, 3100 Interstate N Circle SE, Atlanta, GA 0339-2227 |

| | | |
|---|---|---|
| 2.828 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14438 - 275 Middlefield |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |
| | | TK Elevator - San Leandro, 3100 Interstate N Circle SE, Atlanta, GA 0339-2227 |

| | | |
|---|---|---|
| 2.829 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14464 - Shattuck Hotel |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |
| | | TK Elevator - San Leandro, 3100 Interstate N Circle SE, Atlanta, GA 0339-2227 |

| | | |
|---|---|---|
| 2.830 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14479 - 275 Battery |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |
| | | TK Elevator - San Leandro, 3100 Interstate N Circle SE, Atlanta, GA 0339-2227 |

| | | |
|---|---|---|
| 2.831 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14508 - SFIA |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |
| | | TK Elevator - San Leandro, 3100 Interstate N Circle SE, Atlanta, GA 0339-2227 |

| | | |
|---|---|---|
| 2.832 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14530 - Oakmont Gardens 3 & 4 | TK Elevator - San Leandro, 3100 Interstate N Circle SE, Atlanta, GA 0339-2227 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.833 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14571 - Logan Park | TK Elevator - San Leandro, 3100 Interstate N Circle SE, Atlanta, GA 0339-2227 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.834 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14575 - AERB | TK Elevator - San Leandro, 3100 Interstate N Circle SE, Atlanta, GA 0339-2227 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.835 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14580 - 275 Battery | TK Elevator - San Leandro, 3100 Interstate N Circle SE, Atlanta, GA 0339-2227 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.836 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14589 - La Quinta | TK Elevator - San Leandro, 3100 Interstate N Circle SE, Atlanta, GA 0339-2227 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.837 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14591 - Shop Tools John Muir | TK Elevator - San Leandro, 3100 Interstate N Circle SE, Atlanta, GA 0339-2227 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

2.838 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14594 - 600 Cal | TK Elevator - San Leandro, 3100 Interstate N Circle SE, Atlanta, GA 0339-2227
| **State the term remaining** | |
| **List the contract number of any government contract** | |

2.839 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14598 - 1401 Lakeside | TK Elevator - San Leandro, 3100 Interstate N Circle SE, Atlanta, GA 0339-2227
| **State the term remaining** | |
| **List the contract number of any government contract** | |

2.840 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14613 - 200 Park | TK Elevator - San Leandro, 3100 Interstate N Circle SE, Atlanta, GA 0339-2227
| **State the term remaining** | |
| **List the contract number of any government contract** | |

2.841 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14625 - 12th Street; Oakland | TK Elevator - San Leandro, 3100 Interstate N Circle SE, Atlanta, GA 0339-2227
| **State the term remaining** | |
| **List the contract number of any government contract** | |

2.842 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14655 - 3700 Valle Verde; Napa | TK Elevator - San Leandro, 3100 Interstate N Circle SE, Atlanta, GA 0339-2227
| **State the term remaining** | |
| **List the contract number of any government contract** | |

2.843 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14661 - 275 Battery | TK Elevator - San Leandro, 3100 Interstate N Circle SE, Atlanta, GA 0339-2227
| **State the term remaining** | |
| **List the contract number of any government contract** | |

Debtor  Unique Elevator Interiors, LLC
        Name
                                                    Case number *(if known)* 24-10358

| 2.844 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14664 - 275 Battery | TK Elevator - San Leandro, 3100 Interstate N Circle SE, Atlanta, GA 0339-2227 |
|---|---|---|---|
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.845 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14683 - Bay Center | TK Elevator - San Leandro, 3100 Interstate N Circle SE, Atlanta, GA 0339-2227 |
|---|---|---|---|
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.846 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14690 - Yerba Buena; SF | TK Elevator - San Leandro, 3100 Interstate N Circle SE, Atlanta, GA 0339-2227 |
|---|---|---|---|
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.847 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14713 - John Muir | TK Elevator - San Leandro, 3100 Interstate N Circle SE, Atlanta, GA 0339-2227 |
|---|---|---|---|
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.848 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14718 - 275 Battery | TK Elevator - San Leandro, 3100 Interstate N Circle SE, Atlanta, GA 0339-2227 |
|---|---|---|---|
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.849 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14730 - 275 Battery | TK Elevator - San Leandro, 3100 Interstate N Circle SE, Atlanta, GA 0339-2227 |
|---|---|---|---|
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

Debtor  Unique Elevator Interiors, LLC
        Name

Case number *(if known)* 24-10358

| | | |
|---|---|---|
| 2.850 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14745 - SFSU Fine Arts |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |

TK Elevator - San Leandro, 3100 Interstate N Circle SE, Atlanta, GA 0339-2227

| | | |
|---|---|---|
| 2.851 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14746 - 2050 Durant |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |

TK Elevator - San Leandro, 3100 Interstate N Circle SE, Atlanta, GA 0339-2227

| | | |
|---|---|---|
| 2.852 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14753 - Lawrence Livermore Lab |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |

TK Elevator - San Leandro, 3100 Interstate N Circle SE, Atlanta, GA 0339-2227

| | | |
|---|---|---|
| 2.853 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14758 - Longfellow |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |

TK Elevator - San Leandro, 3100 Interstate N Circle SE, Atlanta, GA 0339-2227

| | | |
|---|---|---|
| 2.854 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14766 - 275 Battery |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |

TK Elevator - San Leandro, 3100 Interstate N Circle SE, Atlanta, GA 0339-2227

| | | |
|---|---|---|
| 2.855 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14789 - 2000 University |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |

TK Elevator - San Leandro, 3100 Interstate N Circle SE, Atlanta, GA 0339-2227

2.856  **State what the contract or lease is for and the nature of the debtor's interest**
**State the term remaining**
**List the contract number of any government contract**

Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14791 - James Kennedy Rec

TK Elevator - San Leandro, 3100 Interstate N Circle SE, Atlanta, GA 0339-2227

2.857  **State what the contract or lease is for and the nature of the debtor's interest**
**State the term remaining**
**List the contract number of any government contract**

Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14792 - Visa

TK Elevator - San Leandro, 3100 Interstate N Circle SE, Atlanta, GA 0339-2227

2.858  **State what the contract or lease is for and the nature of the debtor's interest**
**State the term remaining**
**List the contract number of any government contract**

Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14796 - 1111 Broadway

TK Elevator - San Leandro, 3100 Interstate N Circle SE, Atlanta, GA 0339-2227

2.859  **State what the contract or lease is for and the nature of the debtor's interest**
**State the term remaining**
**List the contract number of any government contract**

Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14800 - 888 4th St. Santa Rosa

TK Elevator - San Leandro, 3100 Interstate N Circle SE, Atlanta, GA 0339-2227

2.860  **State what the contract or lease is for and the nature of the debtor's interest**
**State the term remaining**
**List the contract number of any government contract**

Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14801 - HUSD

TK Elevator - San Leandro, 3100 Interstate N Circle SE, Atlanta, GA 0339-2227

2.861  **State what the contract or lease is for and the nature of the debtor's interest**
**State the term remaining**
**List the contract number of any government contract**

Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14816 - Hilton San Jose

TK Elevator - San Leandro, 3100 Interstate N Circle SE, Atlanta, GA 0339-2227

Debtor  Unique Elevator Interiors, LLC
        Name                                                    Case number *(if known)* 24-10358

| 2.862 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14822 - Heritage House | TK Elevator - San Leandro, 3100 Interstate N Circle SE, Atlanta, GA 0339-2227 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.863 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14841 - Townplace | TK Elevator - San Leandro, 3100 Interstate N Circle SE, Atlanta, GA 0339-2227 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.864 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14842 - Vineberg, 1010 Napa Rd | TK Elevator - San Leandro, 3100 Interstate N Circle SE, Atlanta, GA 0339-2227 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.865 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14846 - SFSU Fine Arts | TK Elevator - San Leandro, 3100 Interstate N Circle SE, Atlanta, GA 0339-2227 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.866 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14847 - Mark's Retirement | TK Elevator - San Leandro, 3100 Interstate N Circle SE, Atlanta, GA 0339-2227 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.867 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14850 - Hayward HOJ | TK Elevator - San Leandro, 3100 Interstate N Circle SE, Atlanta, GA 0339-2227 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

Debtor    Unique Elevator Interiors, LLC
          Name

Case number *(if known)* 24-10358

| | | | |
|---|---|---|---|
| 2.868 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14855 - TK Shop Tool | TK Elevator - San Leandro, 3100 Interstate N Circle SE, Atlanta, GA 0339-2227 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.869 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14856 - Tesla | TK Elevator - San Leandro, 3100 Interstate N Circle SE, Atlanta, GA 0339-2227 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.870 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14863 - 275 Battery | TK Elevator - San Leandro, 3100 Interstate N Circle SE, Atlanta, GA 0339-2227 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.871 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14867 - Vantage L-Angle | TK Elevator - San Leandro, 3100 Interstate N Circle SE, Atlanta, GA 0339-2227 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.872 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14899 - 275 Battery | TK Elevator - San Leandro, 3100 Interstate N Circle SE, Atlanta, GA 0339-2227 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.873 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14900 - 600 Cal | TK Elevator - San Leandro, 3100 Interstate N Circle SE, Atlanta, GA 0339-2227 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

2.874 **State what the contract or lease is for and the nature of the debtor's interest**
**State the term remaining**
**List the contract number of any government contract**

Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14903 - Murieta Apts

TK Elevator - San Leandro, 3100 Interstate N Circle SE, Atlanta, GA 0339-2227

2.875 **State what the contract or lease is for and the nature of the debtor's interest**
**State the term remaining**
**List the contract number of any government contract**

Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14909 - Vantage Thumb Gauges

TK Elevator - San Leandro, 3100 Interstate N Circle SE, Atlanta, GA 0339-2227

2.876 **State what the contract or lease is for and the nature of the debtor's interest**
**State the term remaining**
**List the contract number of any government contract**

Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14914 - Pit Ladder (Almaden)

TK Elevator - San Leandro, 3100 Interstate N Circle SE, Atlanta, GA 0339-2227

2.877 **State what the contract or lease is for and the nature of the debtor's interest**
**State the term remaining**
**List the contract number of any government contract**

Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14936 - 600 Cal

TK Elevator - San Leandro, 3100 Interstate N Circle SE, Atlanta, GA 0339-2227

2.878 **State what the contract or lease is for and the nature of the debtor's interest**
**State the term remaining**
**List the contract number of any government contract**

Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14944 - Fruitvale

TK Elevator - San Leandro, 3100 Interstate N Circle SE, Atlanta, GA 0339-2227

2.879 **State what the contract or lease is for and the nature of the debtor's interest**
**State the term remaining**
**List the contract number of any government contract**

Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14946 - Murieta Apts

TK Elevator - San Leandro, 3100 Interstate N Circle SE, Atlanta, GA 0339-2227

2.880 **State what the contract or lease is for and the nature of the debtor's interest**
**State the term remaining**
**List the contract number of any government contract**

Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14954 - Almaden Terrace

TK Elevator - San Leandro, 3100 Interstate N Circle SE, Atlanta, GA 0339-2227

2.881 **State what the contract or lease is for and the nature of the debtor's interest**
**State the term remaining**
**List the contract number of any government contract**

Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14974 - 6000 Bollinger

TK Elevator - San Leandro, 3100 Interstate N Circle SE, Atlanta, GA 0339-2227

2.882 **State what the contract or lease is for and the nature of the debtor's interest**
**State the term remaining**
**List the contract number of any government contract**

Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14975 - Sunnyhill

TK Elevator - San Leandro, 3100 Interstate N Circle SE, Atlanta, GA 0339-2227

2.883 **State what the contract or lease is for and the nature of the debtor's interest**
**State the term remaining**
**List the contract number of any government contract**

Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14978 - 350 Rhode Island

TK Elevator - San Leandro, 3100 Interstate N Circle SE, Atlanta, GA 0339-2227

2.884 **State what the contract or lease is for and the nature of the debtor's interest**
**State the term remaining**
**List the contract number of any government contract**

Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14983 - Murieta Apts

TK Elevator - San Leandro, 3100 Interstate N Circle SE, Atlanta, GA 0339-2227

2.885 **State what the contract or lease is for and the nature of the debtor's interest**
**State the term remaining**
**List the contract number of any government contract**

Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14986 - Apple AQ07

TK Elevator - San Leandro, 3100 Interstate N Circle SE, Atlanta, GA 0339-2227

Debtor  Unique Elevator Interiors, LLC
        Name

Case number *(if known)* 24-10358

| 2.886 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14988 - 1853 Almaden Terrace | TK Elevator - San Leandro, 3100 Interstate N Circle SE, Atlanta, GA 0339-2227 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.887 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14990 - HUSD | TK Elevator - San Leandro, 3100 Interstate N Circle SE, Atlanta, GA 0339-2227 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.888 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #15006 - Town Place | TK Elevator - San Leandro, 3100 Interstate N Circle SE, Atlanta, GA 0339-2227 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.889 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #15012 - 85 Guards | TK Elevator - San Leandro, 3100 Interstate N Circle SE, Atlanta, GA 0339-2227 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.890 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #15015 - 1501 Almaden | TK Elevator - San Leandro, 3100 Interstate N Circle SE, Atlanta, GA 0339-2227 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.891 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #15030 - 2500 Farmers Rd | TK Elevator - San Leandro, 3100 Interstate N Circle SE, Atlanta, GA 0339-2227 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor  Unique Elevator Interiors, LLC
        Name

Case number *(if known)* 24-10358

| | | | |
|---|---|---|---|
| 2.892 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #15036 - Bay Center | TK Elevator - San Leandro, 3100 Interstate N Circle SE, Atlanta, GA 0339-2227 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.893 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #15038 - 901 Mariners Island | TK Elevator - San Leandro, 3100 Interstate N Circle SE, Atlanta, GA 0339-2227 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.894 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #15040 - 951 Mariners Island | TK Elevator - San Leandro, 3100 Interstate N Circle SE, Atlanta, GA 0339-2227 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.895 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #15051 - Shop Tools | TK Elevator - San Leandro, 3100 Interstate N Circle SE, Atlanta, GA 0339-2227 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.896 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #15060 - 350 Rhode Island | TK Elevator - San Leandro, 3100 Interstate N Circle SE, Atlanta, GA 0339-2227 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.897 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #15066 - 33 New Montgomery SF | TK Elevator - San Leandro, 3100 Interstate N Circle SE, Atlanta, GA 0339-2227 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.898 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #15072 - 275 Battery | TK Elevator - San Leandro, 3100 Interstate N Circle SE, Atlanta, GA 0339-2227 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.899 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #15090 - 33 New Montgomery | TK Elevator - San Leandro, 3100 Interstate N Circle SE, Atlanta, GA 0339-2227 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.900 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #15105 - SM COB | TK Elevator - San Leandro, 3100 Interstate N Circle SE, Atlanta, GA 0339-2227 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.901 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #15108 - Per Steve | TK Elevator - San Leandro, 3100 Interstate N Circle SE, Atlanta, GA 0339-2227 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.902 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #15129 - Retirement Plaques | TK Elevator - San Leandro, 3100 Interstate N Circle SE, Atlanta, GA 0339-2227 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.903 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #15131 - 275 Battery | TK Elevator - San Leandro, 3100 Interstate N Circle SE, Atlanta, GA 0339-2227 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

2.904  **State what the contract or lease is for and the nature of the debtor's interest**
**State the term remaining**
**List the contract number of any government contract**

Customer Agreement(s) and all related purchase order(s) (if any) re: Job #15136 - Shop Tools

TK Elevator - San Leandro, 3100 Interstate N Circle SE, Atlanta, GA 0339-2227

2.905  **State what the contract or lease is for and the nature of the debtor's interest**
**State the term remaining**
**List the contract number of any government contract**

Customer Agreement(s) and all related purchase order(s) (if any) re: Job #15148 - 275 Middlefield

TK Elevator - San Leandro, 3100 Interstate N Circle SE, Atlanta, GA 0339-2227

2.906  **State what the contract or lease is for and the nature of the debtor's interest**
**State the term remaining**
**List the contract number of any government contract**

Customer Agreement(s) and all related purchase order(s) (if any) re: Job #15153 - Bay Center

TK Elevator - San Leandro, 3100 Interstate N Circle SE, Atlanta, GA 0339-2227

2.907  **State what the contract or lease is for and the nature of the debtor's interest**
**State the term remaining**
**List the contract number of any government contract**

Customer Agreement(s) and all related purchase order(s) (if any) re: Job #15170 - 951 Mariners Island

TK Elevator - San Leandro, 3100 Interstate N Circle SE, Atlanta, GA 0339-2227

2.908  **State what the contract or lease is for and the nature of the debtor's interest**
**State the term remaining**
**List the contract number of any government contract**

Customer Agreement(s) and all related purchase order(s) (if any) re: Job #15177 - Blake Apartments

TK Elevator - San Leandro, 3100 Interstate N Circle SE, Atlanta, GA 0339-2227

2.909  **State what the contract or lease is for and the nature of the debtor's interest**
**State the term remaining**
**List the contract number of any government contract**

Customer Agreement(s) and all related purchase order(s) (if any) re: Job #A378 - 535 Arastradero Road,

TK Elevator - San Leandro, 3100 Interstate N Circle SE, Atlanta, GA 0339-2227

Debtor    Unique Elevator Interiors, LLC.
          Name

Case number *(if known)* 24-10358

| 2.910 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #A510 - Hayward HOJ - Judges Cab, | TK Elevator - San Leandro, 3100 Interstate N Circle SE, Atlanta, GA 0339-2227 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.911 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #A598 - 600 California Street, SF | TK Elevator - San Leandro, 3100 Interstate N Circle SE, Atlanta, GA 0339-2227 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.912 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #A732 - 600 California St - | TK Elevator - San Leandro, 3100 Interstate N Circle SE, Atlanta, GA 0339-2227 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.913 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #A834 - SFSU - 796 Font Blvd | TK Elevator - San Leandro, 3100 Interstate N Circle SE, Atlanta, GA 0339-2227 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.914 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #A865 - 3700 Valle Verde Dr - | TK Elevator - San Leandro, 3100 Interstate N Circle SE, Atlanta, GA 0339-2227 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.915 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #A884 - SFSU - Cesar Chavez | TK Elevator - San Leandro, 3100 Interstate N Circle SE, Atlanta, GA 0339-2227 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

Debtor    Unique Elevator Interiors, LLC
          Name

Case number *(if known)* 24-10358

| 2.916 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #A895 - North Park - Cypress | TK Elevator - San Leandro, 3100 Interstate N Circle SE, Atlanta, GA 0339-2227 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.917 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #A898 - 865 Vallejo St. | TK Elevator - San Leandro, 3100 Interstate N Circle SE, Atlanta, GA 0339-2227 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.918 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14432 - Costco Hall Fixture Plate | TK Elevator - Seattle, 3100 Interstate N Circle SE, Atlanta, GA 0339-2227 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.919 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14819 - TK Dest. Station Coating | TK Elevator - Seattle, 3100 Interstate N Circle SE, Atlanta, GA 0339-2227 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.920 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14982 - TK Microsoft Powder | TK Elevator - Seattle, 3100 Interstate N Circle SE, Atlanta, GA 0339-2227 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.921 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #A668 - Microsoft Chelan Building | TK Elevator - Seattle, 3100 Interstate N Circle SE, Atlanta, GA 0339-2227 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.922 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #A804 - MoPOP | TK Elevator - Seattle, 3100 Interstate N Circle SE, Atlanta, GA 0339-2227 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.923 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #A863 - Chapter 1 - 98105 | TK Elevator - Seattle, 3100 Interstate N Circle SE, Atlanta, GA 0339-2227 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.924 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #A876 - Mt Vernon Library Commons | TK Elevator - Seattle, 3100 Interstate N Circle SE, Atlanta, GA 0339-2227 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.925 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #A885 - WWU Electrical | TK Elevator - Seattle, 3100 Interstate N Circle SE, Atlanta, GA 0339-2227 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.926 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14552 - 1330 Broadway | TMG Partners R.E., LLC, , One Post Street, 33rd Floor, San Francisco, CA 94104 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.927 | State what the contract or lease is for and the nature of the debtor's interest | Automobile Insurance Policy | Travelers, 315 Lennon Lane, Kate Freemantle, Walnut Creek, CA 94598 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.928 | State what the contract or lease is for and the nature of the debtor's interest | Commercial Package (General Liability) Insurance Policy | Travelers, 315 Lennon Lane, Julie Rector, Walnut Creek, CA 94598 |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.929 | State what the contract or lease is for and the nature of the debtor's interest | Commercial Package (Property) Insurance Policy | Travelers, 315 Lennon Lane, Julie Rector, Walnut Creek, CA 94598 |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.930 | State what the contract or lease is for and the nature of the debtor's interest | Excess Liability (Umbrella) Insurance Policy | Travelers, 315 Lennon Lane, Julie Rector, Walnut Creek, CA 94598 |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.931 | State what the contract or lease is for and the nature of the debtor's interest | Spectrum Accounting Software License Agreement | Trimble Inc., 10368 Westmoor Drive, Westminster, CO 80021 |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | 10/31/2024 | |

| 2.932 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14511 - Trinity Place 1177 Market | Trinity Management Services, 1145 Market St., Suite 1200, San Francisco, CA 94103-6761 |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.933 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #A817 - 1835 Owens Street - UCSF | UCSF Medical Center, 1855 Folsom Street, Attn.Accounts Payable Box 0816, San Francisco, CA 94143-0816 |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.934 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #A902 - 1501 4th Flooring | Unico Properties LLC, 1215 4th Avenue, Suite 600, Seattle, WA 98161 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.935 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #A760 - 600 Stewart St. - Plaza 6 | Unimark Construction, LLC, 1221 4th Street, Seattle, WA 98101 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.936 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #A908 - 4300 Roosevelt - | Unimark Construction, LLC, 1221 4th Street, Seattle, WA 98101 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.937 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #A908 - 4300 Roosevelt - | Unimark Construction, LLC, 1221 4th Street, Seattle, WA 98101 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.938 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #A908 - 4300 Roosevelt - | Unimark Construction, LLC, 1221 4th Street, Seattle, WA 98101 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.939 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14568 - UEI Shop Stock | Unique Elevator Interiors, , , |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor  Unique Elevator Interiors, LLC
        Name

Case number *(if known)* 24-10358

| | | |
|---|---|---|
| 2.940 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #A787 - 3801 Miranda-VA Palo Alto |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |

Urban Elevator Service CA, PO Box 70, Berwyn, IL 60402

| | | |
|---|---|---|
| 2.941 | **State what the contract or lease is for and the nature of the debtor's interest** | Verizon Mobile Cell Phone Agreement(s) |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |

Verizon, 1095 Avenue of the Americas, New York, NY 10036

| | | |
|---|---|---|
| 2.942 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #A839 - 3761 Harrison Street |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |

Village Properties, 940 Emmett Ave., Suite 200, Belmont, CA 94002

| | | |
|---|---|---|
| 2.943 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14517 - 425 El Camino Real |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |

Vintage Elevator Services, Inc, 21 Willow Lane, Belmont, CA 94002

| | | |
|---|---|---|
| 2.944 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14550 - 425 El Camino |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |

Vintage Elevator Services, Inc, 21 Willow Lane, Belmont, CA 94002

| | | |
|---|---|---|
| 2.945 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement(s) and all related purchase order(s) (if any) re: Job #14562 - 2301 Harrison |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |

Vintage Elevator Services, Inc, 21 Willow Lane, Belmont, CA 94002

2.946 **State what the contract or lease is for and the nature of the debtor's interest**
**State the term remaining**
**List the contract number of any government contract**

Customer Agreement(s) and all related purchase order(s) (if any) re: Job #15092 - 1550 Frontera Millbrae

Vintage Elevator Services, Inc, 21 Willow Lane, Belmont, CA 94002

2.947 **State what the contract or lease is for and the nature of the debtor's interest**
**State the term remaining**
**List the contract number of any government contract**

Customer Agreement(s) and all related purchase order(s) (if any) re: Job #A828 - 2000 3rd Avenue/First

Virginia Street Joint Venture, 2107 Elliott Avenue, Ste 303, Seattle, WA 98121

2.948 **State what the contract or lease is for and the nature of the debtor's interest**
**State the term remaining**
**List the contract number of any government contract**

Customer Agreement(s) and all related purchase order(s) (if any) re: Job #A709 - 298 South Sunnyvale Ave

Vulcan Construction, 346 Mathew Street, Santa Clara, CA 95050

2.949 **State what the contract or lease is for and the nature of the debtor's interest**
**State the term remaining**
**List the contract number of any government contract**

Customer Agreement(s) and all related purchase order(s) (if any) re: Job #A837 - 1050 Elevator Cab Refresh

Vulcan Construction, 346 Mathew Street, Santa Clara, CA 95050

2.950 **State what the contract or lease is for and the nature of the debtor's interest**
**State the term remaining**
**List the contract number of any government contract**

Customer Agreement(s) and all related purchase order(s) (if any) re: Job #A768 - 1407 116th Ave NE

Wallace Properties, Washington Park LLC, 330 112th Avenue Northeast, Bellevue, WA 98004

2.951 **State what the contract or lease is for and the nature of the debtor's interest**
**State the term remaining**
**List the contract number of any government contract**

Customer Agreement(s) and all related purchase order(s) (if any) re: Job #A836 - 725 Potter St

Wareham Property Group, 5858 Horton Street, Suite 288, Emeryville, CA 94608

2.952  **State what the contract or lease is for and the nature of the debtor's interest**

State the term remaining

List the contract number of any government contract

Customer Agreement(s) and all related purchase order(s) (if any) re: Job #A873 - 5858 Horton Emeryville -

Wareham Property Group, 5858 Horton Street, Suite 288, Emeryville, CA 94608

2.953  **State what the contract or lease is for and the nature of the debtor's interest**

State the term remaining

List the contract number of any government contract

Customer Agreement(s) and all related purchase order(s) (if any) re: Job #A744 - 855 Oak Grove

Wheatley Properties, L.P., c/o Wheatley Properties LP, Palo Alto, CA 94304

2.954  **State what the contract or lease is for and the nature of the debtor's interest**

State the term remaining

List the contract number of any government contract

Customer Agreement(s) and all related purchase order(s) (if any) re: Job #A912 - 755 Page Mill Rd.

Wheatley Properties, L.P., c/o Wheatley Properties LP, Palo Alto, CA 94304

2.955  **State what the contract or lease is for and the nature of the debtor's interest**

State the term remaining

List the contract number of any government contract

Wise Digital Contract

5/2/2024

WISE Digital Partners, Inc., 500 W. Harbor Dr, #303, San Diego, CA 92101

2.956  **State what the contract or lease is for and the nature of the debtor's interest**

State the term remaining

List the contract number of any government contract

Customer Agreement(s) and all related purchase order(s) (if any) re: Job #A854 - Inn at the Park - 525

Wyndham Destinations, 525 Spruce Street, San Diego, CA 92103

2.957  **State what the contract or lease is for and the nature of the debtor's interest**

State the term remaining

List the contract number of any government contract

Settlement Agreement

Zimmerman, Richard E, 2444 Williams Rd., Oak Harbor, WA 98277

**Fill in this information to identify the case:**

Debtor name: Unique Elevator Interiors, LLC

United States Bankruptcy Court for the: Delaware

Case number: 24-10358

☐ **Check if this is an amended filing**

**Official Form 206H**

## Schedule H: Codebtors

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

**1. Does the debtor have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors,** *Schedules D-G.* Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | **Check all schedules that apply:** |
| 2.1 Unique Elevator Interiors Holdings, LLC | 1930 North Loop Road, Alameda, CA 94502 | P4G Capital Management LLC | ☐ D ☐ E/F ☑ G |

**Fill in this information to identify the case:**

Debtor name: Unique Elevator Interiors, LLC

United States Bankruptcy Court for the: Delaware

Case number: 24-10358

☐ Check if this is an amended filing

## Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a _____

declaration

I declare under penalty of perjury that the foregoing is true and correct.

| | |
|---|---|
| 03/21/2024 | /s/ Rachel Lehman |
| Executed on | Signature of individual signing on behalf of debtor |
| | Rachel Lehman |
| | Printed name |
| | Authorized Person |
| | Position or relationship to debtor |