**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 7 |
| Unique Elevator Interiors, LLC,[1] | Case No. 24-10358 (KBO) |
| Debtor. | **Objection Deadline: October 11, 2024 at 4:00 p.m. (ET)**<br>**Hearing Date: October 18, 2024 at 10:30 a.m. (ET)** |

**SUMMARY OF FIRST INTERIM APPLICATION OF COZEN O'CONNOR AS COUNSEL TO THE TRUSTEE FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM MARCH 8, 2024 THROUGH AUGUST 31, 2024**

| | |
|---|---|
| Name of Applicant: | Cozen O'Connor |
| Authorized to Provide Professional Services to: | Jeoffrey L. Burtch, Chapter 7 Trustee |
| Date of Retention: | March 8, 2024 |
| Period for which interim compensation and reimbursement is sought: | March 8, 2024 through August 31, 2024 |
| Amount of interim compensation sought as actual, reasonable and necessary: | $236,285.50 |
| Amount of interim expense reimbursement sought as actual, reasonable and necessary: | $1,565.23 |

This is a:   _X_ Interim   ___ Final Application

Prior Applications filed: None

---

[1] The last four digits of the Debtor's federal tax identification number are (5175). The main address of the Debtor is 1930 North Loop Road, Alameda, California 94502.

**SUMMARY OF COZEN O'CONNOR FEES BY INDIVIDUAL**
**MARCH 8, 2024 THROUGH AUGUST 31, 2024**

| Name of Professional | Position | Initials | Hourly Rate | Total Hours | Total Compensation |
|---|---|---|---|---|---|
| Mark Felger | Joined firm as Member in 1997. Member of Delaware, New Jersey, New York and Pennsylvania bars. Bankruptcy attorney since 1989. Certified by ABC as business bankruptcy specialist in 2005. | MEF | $940.00 | 79.7 | $74,918.00 |
| Simon Fraser | Member of the firm since 2011. Member of the Delaware bar since 2009, New Jersey bar since 2000 and Pennsylvania bar since 1999. | SEF | $795.00 | 14.5 | $11,527.50 |
| Gregory Fischer | Member. Joined firm as an Associate in 2015. Member of Delaware and District of Columbia bars. Bankruptcy attorney since 2009. | GFF | $720.00 | 72.4 | $52,128.00 |
| Joel Nesset | Joined firm as a Member in 2013. Member of Minnesota bar. Bankruptcy attorney since 2001. | JDN | $720.00 | 96.5 | $69,480.00 |
| Bethany Vasquez | Joined firm as Member in 2020. Member of California bar. Admitted in 2000. | BAV | $740.00 | 9.7 | $7,178.00 |
| Brett Greving | Joined firm as Member in 2019. Member of California bar. Admitted in 2010. | BCG | $650.00 | 16.9 | $10,985.00 |
| Matthew Wood | Joined firm as Associate in 2024. Member of Washington bar. Admitted in 2015. | MW | $565.00 | 5.9 | $3,333.50 |

| Name of Professional | Position | Initials | Hourly Rate | Total Hours | Total Compensation |
|---|---|---|---|---|---|
| Jeremy Knight | Joined firm as Associate in 2023. Member of Washington bar. Admitted in 2021. | JTK | $475.00 | 3.3 | $1,567.50 |
| Sandi Shidner | Bankruptcy Paralegal | SLS | $340.00 | 15.2 | $5,168.00 |
| **TOTAL** | | | | **314.1** | **$236,285.50** |
| **BLENDED RATE: $752.26** | | | | | |

### SUMMARY OF COZEN O'CONNOR FEES BY PROJECT CATEGORY
### MARCH 8, 2024 THROUGH AUGUST 31, 2024

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Case Administration | 90.0 | $66,033.50 |
| Insurance | 4.9 | $4,364.00 |
| Executory Contracts and Related Matters | 15.7 | $10,947.50 |
| Relief from Stay Proceedings | 13.7 | $10,307.00 |
| Miscellaneous Motions and Related Pleadings | 12.7 | $9,542.00 |
| Asset Disposition | 95.4 | $74,253.00 |
| Fee/Employment Applications | 5.2 | $4,406.50 |
| Travel | 5.4 | $3,120.00 |
| Cozen O'Connor Fee and Employment Applications | 8.1 | $5,398.00 |
| Asset Analysis and Recovery | 63.0 | $47,914.00 |
| **TOTAL** | **314.1** | **$236,285.50** |

### SUMMARY OF COZEN O'CONNOR'S EXPENSES
### MARCH 8, 2024 THROUGH AUGUST 31, 2024

| Expense Category | Service Provider | Total Expenses |
|---|---|---|
| Duplication and Service Costs | Parcel's | $743.96 |
| Travel and Related Expenses – Mileage | Various | $190.95 |
| Travel and Related Expenses – Tolls | Transit Authority | $42.00 |
| Travel and Related Expenses – Parking | Various | $69.00 |
| Travel and Related Expenses – Uber | Uber | $126.66 |
| Travel and Related Expenses - Meals | Various | $86.67 |
| Courier Services | FedEx | $70.99 |
| Filing Fees | U.S. Bankruptcy Court | $199.00 |
| Search Fees | PACER | $36.00 |
| **TOTAL** | | **$1,565.23** |

2

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Unique Elevator Interiors, LLC,[1]<br><br>Debtor. | Chapter 7<br><br>Case No. 24-10358 (KBO)<br><br>**Objection Deadline: October 11, 2024 at 4:00 p.m. (ET)**<br>**Hearing Date: October 18, 2024 at 10:30 a.m. (ET)** |

**FIRST INTERIM APPLICATION OF COZEN O'CONNOR AS COUNSEL
TO THE TRUSTEE FOR ALLOWANCE OF COMPENSATION
AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD
FROM MARCH 8, 2024 THROUGH AUGUST 31, 2024**

Pursuant to Sections 328, 330, and 331 of Title 11 of the United States Code (11 U.S.C. §§ 101 *et seq.* (the "Bankruptcy Code")) and Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Cozen O'Connor ("Cozen") hereby files this first interim application (the "Application") for allowance of interim compensation in the amount of $236,285.50 and reimbursement of expenses in the amount of $1,565.23 for a total of $237,850.73 for the period from March 8, 2024 through August 31, 2024 (the "First Interim Period"). In support of this Application, Cozen respectfully represents as follows:

**Jurisdiction**

1. The Court has jurisdiction over this Application pursuant to 28 U.S.C. § 1334. This matter is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A).

2. Venue for this proceeding and this Application is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409.

3. The statutory predicates for the relief sought herein are Sections 328, 330, and 331 of the Bankruptcy Code and Bankruptcy Rule 2016.

---

[1] The last four digits of the Debtor's federal tax identification number are (5175). The main address of the Debtor is 1930 North Loop Road, Alameda, California 94502.

## Background

4. On March 7, 2024 (the "Petition Date"), the Debtor commenced the above-captioned bankruptcy case (the "Bankruptcy Case") by filing a voluntary petition for relief under Chapter 7 of the Bankruptcy Code.

5. On or about the Petition Date, the United States Trustee appointed the Trustee as interim Chapter 7 Trustee. Pursuant to Section 341 of the Bankruptcy Code, the meeting of creditors was held and concluded on April 11, 2024, and the Trustee now serves pursuant to Section 702(d) of the Bankruptcy Code.

6. On April 8, 2024, the Trustee filed his Application to Employ Cozen O'Connor as Counsel to the Trustee (the "Retention Application"). [D.I. 20]

7. On May 6, 2024, the Court entered an order approving the Retention Application and authorizing Cozen's retention effective as of March 8, 2024. [D.I. 38]

8. Pursuant to the Retention Application and the Order approving the Retention Application, Cozen's employment was approved, with compensation to be determined on an hourly fee basis. Cozen was further authorized to seek reimbursement for actual and necessary out-of-pocket expenses.

9. During the First Interim Period, Cozen has received no payment and no promises of payment from any source for services rendered or to be rendered in any capacity in connection with the matters covered by this Application. There is no agreement or understanding between Cozen and any other person for the sharing of compensation to be received for services rendered in the Bankruptcy Case, other than among the shareholders of Cozen.

**Identity of Professionals**

10.     The Cozen members, associates, and paraprofessionals who have rendered professional services in the Bankruptcy Case during the First Interim Period are: Mark E. Felger, Simon E. Fraser, Gregory F. Fischer, Joel D. Nesset, Bethany A. Vasquez, Brett C. Greving, Matthew Wood, Jeremy T. Knight, and Sandi L. Shidner.

**Summary of Services by Project**

11.     Cozen has represented the Trustee regarding various matters necessary to the administration of the Bankruptcy Case, with the principal activities during the First Interim Period being: (i) general case administration and communications with creditors and the Trustee; (ii) communications and analysis related to insurance policies maintained by the Debtor; (iii) communications with counterparties to executory contracts and unexpired leases and motion practice related to the same; (iv) analysis of various motions for relief from the automatic stay, and responding to such motions; (v) negotiations with certain of the Debtor's former customers regarding contract issues and ownership of materials in the Debtor's possession as of the Petition Date; (vi) negotiation of terms of the sale of substantially all of the operating assets that were property of the estate, preparation of transactional documents and motion for approval of sale, and communications with various parties in interest regarding formal and informal objections to sale; (vii) various tasks related to the employment of professionals; (viii) travel necessary to the administration of the Bankruptcy Case; and (ix) various tasks necessary to the analysis, preservation, and security of estate assets.

12.     The services rendered by Cozen during the First Interim Period can be grouped into the categories set forth below. Detailed time records are attached hereto as Exhibit A.

3

A.    **BKA400: General/Case Administration**

**Fees: $66,033.50**        **Total Hours: 90.0**

This category includes tasks generally related to the administration of this case, including, but not limited to: (i) case management and analysis of various case administration issues; (ii) monitoring the case docket; (iii) preparation of agendas and other hearing-related items; (iv) communications with creditors, the Trustee, and other parties in interest; and (v) efforts necessary to the recovery of the Debtor's books and records. This category also includes a substantial number of entries involving multiple matters that cannot practically be allocated to other, more specific task codes. Prominent among the services involving multiple matters are certain tasks related to certain of the Debtor's former customers. In some cases, services related to former customers would deal primarily with contract rejection or with ownership of property. When possible, such entries would be assigned to more specific categories. A substantial amount of customer-related work, however, involved inextricably intertwined issues related to the treatment of executory contracts and the sale or other disposition of property in which they claimed an interest. Because such entries could not reasonably be separated into different categories, they are included in the general case administration category.

B.    **BKA402: Insurance**

**Fees: $4,364.00**        **Total Hours: 4.9**

This category includes various insurance-related tasks, including, but not limited to: (i) review and analysis of Debtors' insurance policies; (ii) communications with carriers and agents regarding premiums and cancellation of coverage; and (iii) and evaluation of potential estate claims that may be covered by one or more policies.

C.  **BKA413: Executory Contracts and Related Matters**

Fees: $10,947.50                Total Hours: 15.7

This category includes tasks related to the Debtor's executory contracts and unexpired leases, including but not limited to: (i) review and analysis of contract and lease documents; (ii) communications and negotiations with the landlords, former customers, and others regarding the treatment of executory contracts and unexpired leases; and (iii) motion practice related to the rejection of certain leases and contracts and extension of time for assumption.

D.  **BKA414: Relief from Stay Proceedings**

Fees: $10,307.00                Total Hours: 13.7

This category includes tasks related to multiple motions for relief from the automatic stay filed by customers and secured creditors, including but not limited to: (i) review and analysis of motion papers; (ii) evaluation of competing interests and potential value that the estate might realize from property at issue in motions; (iii) negotiations with movants; and (iv) preparing responses to motions.

E.  **BKA416: Miscellaneous Motions**

Fees: $9,542.00                Total Hours: 12.7

This category includes tasks related to miscellaneous motions, including but not limited to: (i) communications regarding proposed settlement of customer disputes and procedural issues related to such settlements; and (ii) preparation of settlement stipulations and motions for approval.

  **F.**  **BKA417: Asset Disposition**

    **Fees: $74,253.00**    **Total Hours: 95.4**

This category includes tasks associated with the sale of estate assets, including but not limited to: (i) communications with the purchaser of substantially all operating assets of the estate; (ii) extensive negotiations and drafting of multiple versions of asset purchase agreement; (iii) preparation of a motion and other documents related to approval of a sale of a substantial portion of estate assets; (iv) preparation of closing and conveyancing documents; (v) various post-closing services; and (vi) review and analysis of abandonment issues.

  **G.**  **BKA422:  Fee/Employment Applications**

    **Fees: $4,406.50**    **Total Hours: 5.2**

This category includes tasks related to the retention of professionals, including but not limited to: (i) communications with prospective auctioneer and preparing draft terms of retention; and (ii) communications with prospective special counsel.

  **H.**  **BKA424:  Travel**

    **Fees: $3,120.00**    **Total Hours: 5.4**

This category includes time spent traveling facilities in Alameda, California and Kent, Washington that were leased by the Debtor for the purpose of conducting an initial inventory and to accompany the prospective purchaser and former customers asserting interests in certain assets in the Debtor's possession as of the Petition Date. The time included in this category is 50% of the actual time spent performing these activities pursuant to Local Rule 2016-2(d)(ix).

I.     **BKA428: Cozen O'Connor Fee/Employment Applications**

Fees: $5,398.00                              Total Hours: 8.1

This category includes tasks related to Cozen's retention, including preparation of the Retention Application and related documents.

J.     **BKA430: Asset Analysis and Recovery**

Fees: $47,914.00                             Total Hours: 63.0

This category includes various tasks related to the evaluation and preservation of estate assets, including, but not limited to: (i) communications with members of Debtor's former management team regarding background and potential purchasers; (ii) conducting site visits to Debtor's facilities; (iii) analysis of complex issues regarding competing interests in certain property in Debtor's possession on the Petition Date and communications with interested parties; and (iv) communications with a prospective auctioneer regarding sale alternatives.

**Description and Valuation of Services**

13.    Cozen attorneys and paralegals have expended a total of 314.1 hours in connection with the Bankruptcy Case during the First Interim Period at the hourly rates indicated below:

| ATTORNEYS/PARALEGALS | HOURS | RATE |
|---|---|---|
| Mark E. Felger | 79.7 | $940.00 |
| Simon E. Fraser | 14.5 | $795.00 |
| Gregory F. Fischer | 72.4 | $720.00 |
| Joel D. Nesset | 96.5 | $720.00 |
| Bethany A. Vasquez | 9.7 | $740.00 |
| Brett C. Greving | 16.9 | $650.00 |
| Matthew Wood | 5.9 | $565.00 |
| Jeremy T. Knight | 3.3 | $475.00 |
| Sandi L. Shidner | 15.2 | $340.00 |

14.    The nature of the work performed by each person is fully set forth in the detailed time entries included in Exhibit A attached hereto. The rates charged for work on the Bankruptcy

Case are Cozen's normal hourly rates for work of this nature. The reasonable value of the services rendered by Cozen during the First Interim Period is $236,285.50.

15. In accordance with the factors enumerated in Section 330 of the Bankruptcy Code, Cozen respectfully submits that the compensation sought herein is fair and reasonable given: (a) the complexity of the Bankruptcy Case; (b) the time expended; (c) the nature and extent of the services rendered; (d) the value of such services; and (e) the costs of comparable services other than in a case under this title.

16. Cozen has reviewed the requirements of Local Rule 2016-2 and believes that this Application complies with such Local Rule.

## Actual and Necessary Expenses

17. The actual and necessary expenses incurred by Cozen during the First Interim Period are itemized in the attached Exhibit B. As and when necessary and appropriate, Cozen utilizes outside copy, mailing, and delivery services, and this Application seeks the recovery of those costs. Cozen also seeks reimbursement of filing fees, courier charges, certain travel-related expenses, and PACER charges necessary to the efficient administration of the Bankruptcy Case.

18. Cozen believes that the foregoing rates are at or below the market rates that the majority of law firms charge for such services. In addition, Cozen believes that such charges are consistent with the American Bar Association's ("ABA") guidelines, as set forth in the ABA's Statement of Principles, dated January 12, 1995, regarding billing for disbursements and other charges.

WHEREFORE, Cozen respectfully requests that this Court enter an Order in substantially the form attached hereto as Exhibit C: (a) allowing Cozen (i) interim compensation in the amount of $236,285.50 for actual, reasonable, and necessary professional services rendered on

behalf of the Trustee during the First Interim Period, and (ii) reimbursement of actual, reasonable, and necessary expenses in the amount of $1,565.23 incurred during the same period; (b) authorizing the Trustee to pay Cozen the amount of $237,850.73; and (c) granting such further relief as may be just and equitable.

Dated:  September 17, 2024	COZEN O'CONNOR

	 /s/ Mark E. Felger
	Mark E. Felger (No. 3919)
	Gregory F. Fischer (No. 5269)
	1201 N. Market Street, Suite 1001
	Wilmington, DE 19801
	Telephone: (302) 295-2000
	Fax: (302) 295-2013
	Email: mfelger@cozen.com
	gfischer@cozen.com

	*Counsel for Jeoffrey L. Burtch,*
	*Chapter 7 Trustee*

## VERIFICATION

Mark E. Felger, deposes and says:

a)  I am a Shareholder with the applicant firm, Cozen O'Connor.

b)  I have personally performed or supervised the legal services rendered by Cozen O'Connor, as counsel to Jeoffrey L. Burtch, Chapter 7 Trustee of the estate of Unique Elevator Interiors, LLC.

c)  I have reviewed the foregoing Application, and the facts set forth therein are true and correct to the best of my knowledge, information, and belief.

d)  I have reviewed Local Rule 2016-2, and submit that the Application substantially complies with such Rule.

Dated:  September 17, 2024                                     */s/ Mark E. Felger*
                                                                               Mark E. Felger