IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | ) | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| Unique Elevator Interiors, LLC,[1] | ) | Case No. 24-10358 (KBO) |
| | ) | |
| Debtor. | ) | Re: Docket No. 90 |
| | ) | |

**ORDER APPROVING FIRST INTERIM APPLICATION OF COZEN O'CONNOR FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO JEOFFREY L. BURTCH, CHAPTER 7 TRUSTEE**

Upon consideration of the first interim application of Cozen O'Connor ("Cozen"), counsel to Jeoffrey L. Burtch, Chapter 7 Trustee (the "Trustee"), for the allowance of compensation and reimbursement of expenses for the period March 8, 2024 through August 31, 2024 (the "Application"); all of the requirements of 11 U.S.C. §§ 328, 330, and 331, Fed. R. Bankr. P. 2016 and L.R. 2016-1 appearing to have been met; the Court having determined that the fees and expenses incurred were reasonable and necessary and that notice of the Application was appropriate; and good cause appearing therefore;

IT IS HEREBY ORDERED that the Application is APPROVED;

IT IS FURTHER ORDERED that Cozen is allowed, on an interim basis, compensation in the amount of $236,285.50;

---

[1] The last four digits of the Debtor's federal tax identification number are (5175). The main address of the Debtor is 1930 North Loop Road, Alameda, California 94502.

IT IS FURTHER ORDERED that Cozen is allowed, on an interim basis, the reimbursement of actual, reasonable, and necessary expenses in the amount of $1,565.23; and

IT IS FURTHER ORDERED that the Trustee is authorized to remit payment in the amount of $237,850.73 to Cozen on account of the fees and expenses allowed under this Order.

Dated: October 15th, 2024  
Wilmington, Delaware

KAREN B. OWENS  
UNITED STATES BANKRUPTCY JUDGE